DAVID GARCIA   #106743
Name and Prisoner/Booking Number

ASPC-Lewis / Bachman Unit 5F4L
Place of Confinement

P.O. Box 70
Mailing Address

Buckeye, AZ 85326
City, State, Zip Code

```
┌─────────────────────────────────┐
│ ✓ FILED        ___ LODGED        │
│ ___ RECEIVED   ___ COPY          │
│                                  │
│        AUG 05 2013               │
│                                  │
│   CLERK U S DISTRICT COURT       │
│     DISTRICT OF ARIZONA          │
│ BY_____ B DEPUTY  │
└─────────────────────────────────┘
```

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

DAVID GARCIA
(Full Name of Plaintiff)
                          Plaintiff,

vs.

(1) Charles L. Ryan. et. al.,
(Full Name of Defendant)

(2) _____

(3) _____

(4) _____
                   Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**CV-13-01591-PHX-DGC(MEA)**

CASE NO. _____
(To be supplied by the Clerk)

(JURY TRIAL DEMANDED)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
    ☐ Other: _____

2.  Institution/city where violation occurred: ASPC-Tucson, Santa Rita Unit,
    Tucson, AZ — & — ASPC-Lewis, Bachman Unit, Buckeye, AZ

Revised 3/9/07                                1                          **550/555**

## B. DEFENDANTS

1. Name of first Defendant: _"See Additional pages_. The first Defendant is employed as:
   _2A, 2B, & 2C –_ at _____.
   (Position and Title)                              (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
   _____ at _____.
   (Position and Title)                              (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
   _____ at _____.
   (Position and Title)                              (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
   _____ at _____.
   (Position and Title)                              (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?       ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? _0_. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _N/A_____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
         _____

   b. Second prior lawsuit:
      1. Parties: _N/A_____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
         _____

   c. Third prior lawsuit:
      1. Parties: _N/A_____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
         _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

PARTIES

1.) Plaintiff DAVID GARCIA is a prisoner being held in the ADC's Lewis Complex.

2.) At all times relevant hereto, Defendant Charles L. RyAN was the Director of the ADC and was acting under color of state law. He is being Sued herein in his official capacity as well his Supervisory capacity. As Director of the ADC, Mr. RyAN is responsible for establishing, monitoring, and enforcing overall operations, policies, and practices of the state prison System, including the provision of constitutionally adequate Medical and Mental Health Care as well as providing adequate protection from attacks by other inmates and the conditions of confinement.

3.) Defendant THERESE Schroeder was the WARDEN of the Tucson Complex in Tucson, Arizona, where Plaintiff was being housed during time of assault on him by other inmates. She is being Sued here in her official capacity as well as her Supervisory capacity. As Warden Schroeder is ultimately responsible for the operations of the complex to which they are assigned and for implementing the ADC's Orders and other written instruction issued by the Director. At all times relevent hereto, Schroeder acted under color of state LAW.

4.) Deputy WARDEN FEY was the Deputy Warden of Santa Rita Unit located at the Tucson prison Complex in Tucson, where her is responsible for the daily running of the unit. D.W. FEY is ultimately responsible for enforcing overall operations, policies, and practices of the state Prison System, including the provision of constitutionally adequate Medical and Mental Health Care As well as providing

page 2-A

adequate protection from attacks by other inmates and the conditions of confinement. FEY is being sued in ther official & supervisory Capacity.

5.) Defendant, CHILDREE was the rank of Captain at all times relevant to the issues in this Complaint and was ultimately responsible for enforcing overall operations, policies, and practices of the State Prison System, including the provisions of constitutionally adequate Medical Care and Mental Health Care as well as providing adequate protection from attacks by other inmates and the conditions of confinement and is being sued in their official and supervisory Capacity.

6.) Defendant RICHARD Johnson was an inmate at the Santa Rita Unit of the Tucson Complex at all times relevant to this lawsuit and is ultimately responsible for the Attack on Plaintiff which caused severe injuries to his head and other parts of his body. He is being sued in his personal & private capacity. This Defendant is presently charged with aggravated Assault in CR20131188.

7.) Defendant John Doe #1 was the Correctional Officer who was employed at the Santa Rita Unit of the Tucson Complex and at all times relevant to the issues in this Complaint was ultimately responsible for enforcing the overall operation, policies, and practices of the State Prison System, including providing adequate protection from attack by other inmates and is being sued in their official Capacity.

8.) Defendant John Doe #2 is being sued in their official Capacity.

9.) Defendant John Doe #3 is being sued in their official Capacity.

10.) Defendant John Doe #4 is being sued in their official Capacity.

11.) Defendant CAMERON Lewis is Site Manager, an employee of Corizon Health Services who is responsible for overseeing all Medical issues at Lewis Complex. He is responsible for enforcing the overall operation, polices, and practices of Corizon Health Services with reference to providing Medical Services for inmates in the State of Arizona per the contract that Corizon has currently with ADC. Defendant is being Sued in his Official Capacity as well as his Supervisory Capacity.

12.) Defendant RICHARD PRATT, is the Director of Division of Health Services, located at ADC Central Office in Phoenix and is responsible for the overall State-wide operation, policies, and practices with reference to providing Medical Care & treatment to inmates housed in ADC Statewide. Defendant is being Sued in his Official Capacity as well as his Supervisory Capacity.

13.) Defendant, Corizon Health Services is the private Medical Contractor currently under contract with ADC to provide Medical Care & treatment to inmates Statewide. Defendant is being Sued in their Official Capacity as well as their Supervisory Capacity.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Eigth Amendment

2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On or about 9/20/2012 Plaintiff was assaulted by inmate Richard Johnson who beat him into unconciousness causing him Severe & traumatic brain injury and injuries to other parts of his body. This was allowed to happen because of John Doe #1 actions or inactions to keep the yard fence to 3 Bldg closed so that rioting inmates would not have access to MS in 4 Bldg yard. There were other inmates involved in the attack on Plaintiff but he does not know who they are. This Defendant is known to Plaintiff only because the Pima County Attorneys Office notified him that Plaintiff has been listed as a victim in the case of State of Arizona - vs - Richard Johnson  CR 20131188. This inmate has received disiplinary charges from ADC as well as being prosecuted presently for aggravated assault. John Does #2, 3 & 4 were also responsible for allowing gates to 3 Bldg yard to be opened and allowing a large group of black inmates to surge through the gate, allowing them to attack Plaintiff with a steel or metal object, thereby causing severe and traumatic brain injury and other bodily injury, which he still suffers effects from attack to present date.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Beaten into unconciousness, head & brain injury as well as other bodily injury from a metal or steel object. Hospital records will verify Plaintiffs injuries, which are lifetime and permanent brain injury and Mental Health issues.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____ N/A _____

## COUNT II

1. State the constitutional or other federal civil right that was violated: _Eigth Amendment_

2. **Count II.** Identify the issue involved. **Check only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Since Plaintiff's release from hospital After Surgery he has received absolutely no follow up treatment for his Severe & traumatic head & permanent brain injuries, including Vision problems, Speech problems, Severe headaches, loss of balance, not being Able to clearly think out problems as he used to do prior to Attack on him. Plaintiff has continually requested Medical followup by way of HNRs and has filed inmate informals & Greivances to Medical for the same which has done nothing to Alleviate my Medical issues to date. Defendants are purposefully delaying / denying needed Medical Care and treatment by outside Consultants trained in their own Specialties because of Cost issues, Plaintiff is entitled to the Medical Care & treatment that he is requesting and is being denied.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Ongoing permanent injuries from Severe & traumatic head & brain injuries, Vision problems, Speech problems, Severe headaches, loss of balance, not being Able to think clearly.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

COUNT III

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Count III.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities　　☐ Mail　　☐ Access to the court　　☐ Medical care
   - ☐ Disciplinary proceedings　☐ Property　☐ Exercise of religion　☐ Retaliation
   - ☐ Excessive force by an officer　☐ Threat to safety　☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?　☐ Yes　☐ No
   b. Did you submit a request for administrative relief on Count III?　☐ Yes　☐ No
   c. Did you appeal your request for relief on Count III to the highest level?　☐ Yes　☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Award Plaintiff the costs of this Suit, and reasonable Attorneys fees and litigation expenses pursuant to 42 USC Section 1988, and other applicable law. Plaintiff further requests this Court Grant him and Award him Actual, Compensatory consequential, future, general and punitive damages for all injuries sustained by Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __7/30/2013__
DATE

SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.