Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**ANGELINI MILLS WOODS + ORI LAW**
5055 North 12th Street
Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@amwolawaz.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David M. Garcia,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Charles L. Ryan, et al,<br><br>　　　　　　Defendants, | Case No.: 2:13-cv-01591-DJH-DMF<br><br>**REQUEST FOR ENTRY OF DEFAULT** |

Plaintiff David Garcia, by and through undersigned counsel, hereby requests the Clerk to enter a default against Defendant Wexford Health Sources Inc., on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

**RESPECTFULLY SUBMITTED** this 29th day of August 2017.

**ANGELINI MILLS WOODS + ORI LAW**

By */s/ Sean A. Woods*
    Sean A. Woods
    Robert T. Mills
    5055 North 12th Street, Ste 101
    Phoenix, Arizona 85014
    *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of August 2017, I electronically transmitted the foregoing document to the Clerk's office using the Court's CM/ECF Filing System and forwarded copies to the following parties via electronic mail or U.S. Mail:

Mark Brnovich
Michelle Lombino
1275 W. Washington
Phoenix, Arizona 85007
michelle.lombino@azag.gov
*Attorneys for Jasso, Pacheco, Thompson, Ryan, Thomas, Moody, Runge, Puri, Luker, Kokemor, and McCutcheon*

Anthony J. Fernandez
Heather A. Neal
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
2390 E. Camelback Road, Suite 440
Phoenix, Arizona 85016
afernandez@qpwblaw.com
heather.neal@qpwblaw.com
*Attorneys for Defendant Corizon Health, Inc.*

Wexford Health Sources, Inc.,
2338 W. Royal Palm Rd., Ste J
Phoenix, AZ 85021

Wexford Health Sources, Inc.
501 Holiday Dr,
Foster Plaza Four
Pittsburgh, PA 15220

/s/  Jordan C. Wolff