1  Robert T. Mills (Arizona Bar #018853)
2  Sean A. Woods (Arizona Bar #028930)
   **ANGELINI MILLS WOODS + ORI LAW**
3  5055 North 12th Street, Suite 101
   Phoenix, Arizona 85014
4  Telephone 480.999.4556
   docket@amwolawaz.com
5  *Attorneys for Plaintiff*

6              **IN THE UNITED STATES DISTRICT COURT**

7              **IN AND FOR THE DISTRICT OF ARIZONA**

8

9   David M. Garcia,                    | Case No. 2:13-cv-01591-DJH-DMF

10              Plaintiff,              | **AFFIDAVIT OF DEFAULT**

11      vs.

12  Charles L. Ryan, et al,

13              Defendants,

14

15  STATE OF ARIZONA    )
16                      ) ss.
    County of Maricopa  )
17

18       SEAN A. WOODS, being first duly sworn, upon oath, deposes and says:

19       1.    I am an attorney for Plaintiff in this action and make this Affidavit to show the

20  fact and manner of compliance with the provisions of Rule 55, Fed. R. Civ. P.

21       2.    The following parties in this action, against whom a judgment for affirmative

22  relief is sought, have failed to plead or otherwise defend within the time periods prescribed by

23  the Federal Rules of Civil Procedure: Wexford Health Sources, Inc.

24

25

3.      To comply with the requirements of 50 U.S.C.A. § 520, I verify that the above-named parties are not in the military service.

4.      On June 23, 2017, Plaintiff filed his Third Amended Complaint in the United States District Court for the District of Arizona adding Wexford Health Services Inc. as a named defendant (Doc. 98).

5.      On July 26. 2017, during a Case Management Conference, this Court granted Plaintiff's request for leave to file a notice of name change to correct Defendant Wexford's corporation name to Wexford Health Sources, Inc. (Doc. 108).

6.      On August 3, 2017, Plaintiff filed his Notice to Correct Defendant Name. (Doc. 110).

7.      On August 7, 2017, Defendant Wexford Health Sources, Inc. was served with a Summons; Civil Rights Complaint by a Prisoner; Ex. 1-12; Plaintiff's Second Amended Complaint, Plaintiff's Third Amended Complaint, and Notice of Name Change. *See* Affidavit of Service attached hereto as Ex. 1.

8.      Defendant Wexford Health Sources, Inc., against whom judgment for affirmative relief is sought, has failed to plead or otherwise defend within the time period prescribed in Rule 12, Fed. R. Civ. P.

WHEREFORE, the undersigned requests that the Clerk of this Court enter the default of the parties designated herein to be in default.

2

DATED this 29th day of August 2017.

ANGELINI MILLS WOODS + ORI LAW

By_____

      Robert T. Mills
      Sean A. Woods
      5055 North 12th Street.
      Suite 101
      Phoenix, AZ  85014
      *Attorneys for Plaintiff*

      SUBSCRIBED AND SWORN TO before me this 29th day of August 2017, by SEAN

A. WOODS.

_____
Notary Public

My Commission Expires:

Sept. 19 2020
_____

JORDAN C WOLFF
Notary Public, State of Arizona
Maricopa County
My Commission Expires
September 19, 2020

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of August 2017, I electronically transmitted the foregoing document to the Clerk's office using the Court's CM/ECF Filing System and forwarded copies to the following parties via electronic mail or U.S. Mail:

Mark Brnovich
Michelle Lombino
1275 W. Washington
Phoenix, Arizona 85007
michelle.lombino@azag.gov
*Attorneys for Jasso, Pacheco, Thompson, Ryan, Thomas,*
*Moody, Runge, Puri, Luker, Kokemor, and McCutcheon*


Anthony J. Fernandez
Heather A. Neal
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
2390 E. Camelback Road, Suite 440
Phoenix, Arizona 85016
afernandez@qpwblaw.com
heather.neal@qpwblaw.com
*Attorneys for Defendant Corizon Health, Inc.*


Wexford Health Sources, Inc.,
2338 W. Royal Palm Rd., Ste J
Phoenix, AZ 85021

Wexford Health Sources, Inc.
501 Holiday Dr,
Foster Plaza Four
Pittsburgh, PA 15220


*/s/ Jordan C. Wolff*