# EXHIBIT 1

| Attorney or Party without Attorney:<br>MILLS + WOODS LAW PLLC ()<br>5055 NORTH 12TH STREET SUITE 101<br>PHOENIX , AZ 85014<br>Telephone No: (480) 999-4556 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney For: Plaintiff | | Ref. No. or File No.: GARCIA V RYAN | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA | | | | |
| Plaintiff: David M Garcia,<br>Defendant: Corizon Health Inc., et al., | | | | |
| AFFIDAVIT OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:13-CV-01591-DJH-DMF |

1. At the time of service I was at least 21 years of age and not a party to this action.

2. I served copies of the
   SUMMONS IN A CIVIL ACTION; CIVIL RIGHTS COMPLAINT BY A PRISONER; EXHIBIT 1-12; PLAINTIFF'S SECOND AMENDED COMPLAINT; PLAINTIFF'S THIRD AMENDED COMPLAINT; NOTICE TO CORRECT DEFENDANT NAME

3. a. Party served:   Wexford Health Sources, Inc
   b. Person served:  Josef Patawaran, service of process coordinator

4. Address where the party was served:   2338 W ROYAL PALM RD STE J , PHOENIX , AZ

5. I served the party:
   a. by substituted service.   On: Mon, Aug 07 2017 at: 10:51 AM by leaving the copies with or in the presence of:
   Josef Patawaran, service of process coordinator , , Asian American , Male , 20's , Black , Brown , 5'6" , 145lbs , .

   (a) ( Person of suitable age and discretion. Informed him or her of the general nature of the papers.
   (b) I received this subpoena for service on: 8/7/2017

Service: $51.42, Mileage: $24.00, Notary: $10.00, Wait: $0.00, Fees Advanced: $0.00, Total: $85.42

I Declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

6. Person Executing:
   a. Bill Bilyk MC-8749;
   b. First Legal Support Services
      3737 North 7th. Street Suite 125
      PHOENIX, AZ 85014
   c. (602) 248-9700

   8/08/17      B.B.
   (Date)       (Signature)

7. STATE OF ARIZONA, COUNTY OF Maricopa
   Subscribed and sworn to (or affirmed) before on this ___8___ day of August, 2017 by Bill Bilyk (MC-8749)
   proved to me on the basis of satisfactory evidence to be the person who appeared before me.



OFFICIAL SEAL
TRICIA DESPAIN
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires March 8, 2019

AFFIDAVIT OF SERVICE

(Notary Signature)

1582779 (583284)

