# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David M. Garcia,<br><br>    Plaintiff,<br><br>vs.<br><br>Charles L. Ryan, et al,<br><br>    Defendants | Case No. 2:13-cv-01591-DJH-DMF<br><br>**ENTRY OF DEFAULT** |

In this cause, Defendant Wexford Health Sources, Inc., has been regularly served with process, as appears from the record and papers on file, and has failed to answer Plaintiff's Third Amended Complaint, within the time allowed by law. The time for answering has expired.

Now, on application of Sean A. Woods, attorney for Plaintiff, the default of Defendant Wexford Health Sources, Inc. is entered in this action.

_____
Deputy Clerk