Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
Jordan C. Wolff (Arizona Bar #034110)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David M. Garcia, | Case No.: 2:13-cv-1591-PHX-DJH (DMF) |
| Plaintiff, | **NOTICE OF SERVICE OF DISCOVERY** |
| vs. | |
| Charles L. Ryan, et al., | (Assigned to the Hon. Deborah M. Fine) |
| Defendants, | |

PLEASE TAKE NOTICE that on July 25, 2018 Plaintiff David Garcia served Plaintiff's First Amended Request for Production of Documents from Defendant Charles L. Ryan, Plaintiff's Second Request for the Production of Documents to Defendant Corizon Health, Inc., and Plaintiff's Second Set of Interrogatories to Defendant Corizon Health, Inc. on all counsel via mail and/or email.

**RESPECTFULLY SUBMITTED** this 25th day of July 2018.

**MILLS + WOODS LAW, PLLC**


By /s/ Jordan C. Wolff
      Robert T. Mills
      Sean A. Woods
      Jordan C. Wolff
      5055 N. 12th Street, Suite 101
      Phoenix, AZ 85014
      *Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants forwarded copies via US Mail or email:

Mark Brnovich
Michelle Lombino
1275 W. Washington
Phoenix, Arizona 85007
michelle.lombino@azag.gov
*Attorneys for Jasso, Pacheco, Thompson, Ryan, Thomas, Moody, Runge, Puri, Luker, Kokemor, and McCutcheon*

Anthony J. Fernandez
Dustin A. Christner
Alyssa R. Illsley
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
2390 E. Camelback Road, Suite 440
Phoenix, Arizona 85016
afernandez@qpwblaw.com
Dustin.Christner@qpwblaw.com
Alyssa.Illsley@qpwblaw.com
*Attorneys for Defendant Corizon Health, Inc.*

Kevin C. Nicholas
Michael B. Smith
LEWIS BRISBOIS BISGAARD & SMITH LLP
Phoenix Plaza Tower II
2929 North Central Ave. Suite 1700
Phoenix, Arizona 85012-2761
Kevin.Nicholas@lewisbrisbois.com
*Attorneys for Defendant Thomas Rawa, M.D.*

Randy J. Aoyama
Bradley L. Dunn
HINSHAW & CULBERTSON LLP
2375 E. Camelback Rd., Suite 750
Phoenix, Arizona 85016
raoyama@hinshawlaw.com
bdunn@hinshawlaw.com

    /s/ *Jordan C. Wolff*