IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David M. Garcia,<br><br>              Plaintiff,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>              Defendants. | No. CV-13-1591-PHX-DJH (DMF)<br><br>**ORDER TO SHOW CAUSE** |

On June 23, 2017, Plaintiff filed his Third Amended Complaint (Doc. 98). As part of that Complaint, Plaintiff named as Defendants John and Jane Doe 1-80. On February 7, 2018, Plaintiff filed a Notice of Voluntary Dismissal regarding the Doe Defendants (Doc. 150). The Court notes that it did not address Defendants Doe 1-80. Pursuant to Fed. R. Civ. P. 4(m):

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

To date, Plaintiff has not substituted any of the Doe Defendants and has not filed a notice of service as to any of the Doe Defendants. The Court will order Plaintiff to show cause why Defendants John and Jane Doe 1-80 should not be dismissed from this action based on Plaintiff's failure to serve them. Accordingly,

**IT IS ORDERED** that on or before **August 30, 2018**, Plaintiff shall show cause in writing why Defendants John and Jane Doe 1-80 should not be dismissed without prejudice from this action for failure to serve pursuant to Fed. R. Civ. P. 4(m).

Dated this 8th day of August, 2018.

_____
Honorable Deborah M. Fine
United States Magistrate Judge