1
2
3
4
5

Robert T Mills (Arizona Bar #018853)
Sean A Woods (Arizona Bar #028930)
Jordan C. Wolff (Arizona Bar #034110)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona, 85014
Telephone (480) 999-4556
docket@millsandwoods.com
*Attorneys for Plaintiff*

6

7

# UNITED STATES DISTRICT COURT

8

## FOR THE DISTRICT OF ARIZONA

9
10

David M. Garcia,

11

Plaintiff,

12

vs.

13

Charles L. Ryan, et al,

14

Defendants,

15

Case No.:  2:13-cv-01591-DJH-DMF

**NOTICE OF SERVICE OF PLAINTIFF'S FOURTH SUPPLEMENTAL RULE 26(a)(1) DISCLOSURE STATEMENT**

16
17
18

PLEASE TAKE NOTICE that on August 10, 2018, Plaintiff David Garcia ("Plaintiff") served his Fourth Supplemental Rule 26(a)(1) Initial Disclosures on all counsel of record via US Mail.

19
20

**RESPECTFULLY SUBMITTED** this 17th day of August 2018.

21
22

**MILLS + WOODS LAW, PLLC**

23
24
25
26
27

By____/s/ *Jordan C. Wolff*_____
       Robert T. Mills
       Sean A. Woods
       Jordan C. Wolff
       5055 N. 12th Street, Suite 101
       Phoenix, AZ  85014
       *Attorneys for Plaintiff*

28

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of August 2018, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Mark Brnovich
Michelle Lombino
2005 N. Central Ave,
Phoenix, AZ 85004
michelle.lombino@azag.gov
*Attorneys for Jasso, Pacheco, Thompson, Ryan, Thomas, Moody, Runge, Puri, Luker, Kokemor, and McCutcheon*

Anthony J. Fernandez
Heather A. Neal
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
2390 E. Camelback Road, Suite 440
Phoenix, Arizona 85016
afernandez@qpwblaw.com
heather.neal@qpwblaw.com
*Attorneys for Defendant Corizon Health, Inc.*

Kevin C. Nicholas
Michael B. Smith
LEWIS BRISBOIS BISGAARD & SMITH LLP
Phoenix Plaza Tower II
2929 North Central Ave. Suite 1700
Phoenix, Arizona 85012-2761
*Attorneys for Defendant Thomas Rawa, M.D.*

Randy J. Aoyama
Bradley L. Dunn
Law Offices Hinshaw & Culbertson LLP
2375 E. Camelback Rd. Suite 750
Phoenix, AZ 85016
*Attorneys for Defendant Dottie Baker*


*/s/ Danny M. Ford*

2