Robert T Mills (Arizona Bar #018853)
Sean A Woods (Arizona Bar #028930)
Jordan C. Wolff (Arizona Bar #034110)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona, 85014
Telephone (480) 999-4556
docket@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David M. Garcia,<br><br>                         Plaintiff,<br><br>vs.<br><br>Charles L. Ryan, et al,<br><br>                         Defendants, | Case No.: 2:13-cv-01591-DJH-DMF<br><br>**AMENDED<br>NOTICE OF SERVICE OF PLAINTIFF'S FOURTH SUPPLEMENTAL DISCLOSURE STATEMENT** |

PLEASE TAKE NOTICE that on August 10, 2018, Plaintiff David Garcia ("Plaintiff") served his Fourth Supplemental Disclosure Statement on all counsel of record via US Mail. (Doc. 200). However, Plaintiff's counsel inadvertently mailed the Fourth Supplemental Disclosure Statement to the wrong address for State Defendants' counsel, Michelle Lombino of the Arizona Attorney General's Office. While the filed Notice of Service contained the correct address for the Attorney General as 2005 N. Central Ave, Phoenix, AZ 85004, the mail label was addressed and sent to the Arizona Attorney General's old address at 1275 W. Washington St, Phoenix, AZ 85007.[1] This error was unintentional.

---

[1] On December 8, 2017, Ms. Lombino filed a Notice of Change of Address changing the Arizona Attorney General's Office's address from 1275 W. Washington St, Phoenix, AZ 85007 to 2005 N. Central Ave, Phoenix, AZ 85004. (*See* docs. 106, 142).

This error was discovered on August 17, 2018, after Alyssa Illsey, Defendant Corizon Health, Inc.'s counsel, informed Plaintiff's counsel that neither her office nor Ms. Lombino had received Plaintiff's Fourth Supplemental Disclosure Statement.[2] After reviewing the tracking information, Plaintiff's counsel discovered that on August 15, 2018, there was an attempt to deliver Plaintiff's Fourth Supplemental Disclosure Statement at the 1275 W. Washington address. The tracking information also shows a comment that the package has been "forwarded." Plaintiff's counsel informed Ms. Lombino of the inadvertent error; Ms. Lombino requested that Plaintiff's counsel "email/hand-deliver" Plaintiff's Fourth Supplemental Disclosure Statement directly to her office. Within a few hours of Ms. Lombino's request, Plaintiff's counsel emailed Plaintiff's Fourth Supplemental Disclosure Statement directly to Ms. Lombino and hand-delivered a copy to Ms. Lombino's office.

Plaintiff's counsel has removed Ms. Lombino's old address at 1275 W. Washington St from their internal systems, including their case management and postage/mailing software, to ensure that this mistake does not occur again.

**RESPECTFULLY SUBMITTED** this 17th day of August 2018.

**MILLS + WOODS LAW, PLLC**

By   /s/ *Jordan C. Wolff*
   Robert T. Mills
   Sean A. Woods
   Jordan C. Wolff
   5055 N. 12th Street, Suite 101
   Phoenix, AZ  85014
   *Attorneys for Plaintiff*

---

[2] The USPS tracking information shows that Plaintiff's Fourth Supplemental Disclosure Statement was delivered to Ms. Illsey's office on August 15, 2018.

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of August 2018, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Mark Brnovich
Michelle Lombino
2005 N. Central Ave,
Phoenix, AZ 85004
michelle.lombino@azag.gov
*Attorneys for Jasso, Pacheco, Thompson, Ryan, Thomas, Moody, Runge, Puri, Luker, Kokemor, and McCutcheon*

Anthony J. Fernandez
Dustin A. Christner
Alyssa Illsey
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
2390 E. Camelback Road, Suite 440
Phoenix, Arizona 85016
afernandez@qpwblaw.com
dustin.christner@qpwblaw.com
alyssa.illsey@qpwblaw.com
*Attorneys for Defendant Corizon Health, Inc.*

Kevin C. Nicholas
Michael B. Smith
LEWIS BRISBOIS BISGAARD & SMITH LLP
Phoenix Plaza Tower II
2929 North Central Ave. Suite 1700
Phoenix, Arizona 85012-2761
*Attorneys for Defendant Thomas Rawa, M.D.*

Randy J. Aoyama
Bradley L. Dunn
Law Offices Hinshaw & Culbertson LLP
2375 E. Camelback Rd. Suite 750
Phoenix, AZ 85016
*Attorneys for Defendant Dottie Baker*


*/s/ Danny M. Ford*