Kevin C. Nicholas SB #015940
Kevin.Nicholas@lewisbrisbois.com
Michael B. Smith SB #014052; PCC #64562
Michael.Smith@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Ave. Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 520. 385.1051
Firm email: azdocketing@lewisbrisbois.com
Attorneys for Defendant Thomas Rawa, M.D.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| David Garcia, a single man,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Corizon Health, Inc., a Tennessee corporation; *et al.*,<br><br>　　　　Defendants. | No. 2:13-cv-1591-PHX-DJH (DMF)<br><br>**NOTICE OF VIDEOTAPED DEPOSITION OF PLAINTIFF** |

　　　YOU ARE HEREBY NOTIFIED that, pursuant to Rules 26 and 30, *Federal Rules of Civil Procedure*, the **videotaped** deposition will be taken upon oral examination of the person whose name and address is stated below at the time and place stated below, before an officer authorized by law to administer oaths.

PERSON TO BE EXAMINED:　　　David M. Garcia

DATE AND TIME OF DEPOSITION:　　Wednesday, September 19, 2018
　　　　　　　　　　　　　　　　　　10:00 A.M.

PLACE OF DEPOSITION:　　　Lewis Brisbois Bisgaard & Smith LLP
　　　　　　　　　　　　　　2929 North Central Avenue, Suite 1700
　　　　　　　　　　　　　　Phoenix, Arizona  85012

4849-4002-8272.1

RESPECTFULLY SUBMITTED August 20, 2018.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By /s/ Michael B. Smith .
Kevin C. Nicholas
Michael B. Smith
Attorneys for Defendant Thomas Rawa, MD

### CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2018, I electronically transmitted the above referenced document to the Clerk's Office using the CM/ECF System and thereby served all counsel of record in this matter. I further certify that I email the foregoing to the following:

Esquire Solutions
Court Reporters
esquirescheduling@esquiresolutions.com


/s/ Kathleen Biondolillo

4849-4002-8272.1

2