MARK BRNOVICH
Attorney General

Michelle C. Lombino
Assistant Attorney General
State Bar No. 016158
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Phone:    (602) 542-7605
Fax:       (602) 542-3393
E-mail:   Michelle.Lombino@azag.gov

*Attorneys for Defendants Jasso, Pacheco, Thompson, Ryan, Thomas, Moody, Runge, Puri, Luker, Kokemor and McCutcheon*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| David M. Garcia, | No. CV 13-01591-PHX-DJH (DMF) |
| Plaintiff, | **NOTICE OF SERVICE OF DISCOVERY** |
| v. | |
| Charles Ryan, et al., | |
| Defendants. | |

Defendant Ryan gives notice that ADC Defendants' Third Supplemental Rule 26.1 Initial Disclosure Statement was served on August 20, 2018 by U.S. Mail to:

>Robert T. Mills, Esq.
>Sean A. Woods, Esq.
>Mills and Woods Law PLLC
>5055 North 12th Street, Suite 101
>Phoenix, AZ 85014
>*Attorneys for Plaintiff*
>
>Anthony J. Fernandez
>Dustin A. Christner
>Alyssa R. Illsley
>QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
>2390 E. Camelback Road, Suite 440
>Phoenix, Arizona 85016
>afernandez@qpwblaw.com
>Dustin.Christner@qpwblaw.com
>Alyssa.Illsley@qpwblaw.com
>*Attorneys for Defendant Corizon Health, Inc.*

Kevin C. Nicholas
Michael B. Smith
LEWIS BRISBOIS BISGAARD & SMITH LLP
Phoenix Plaza Tower II
2929 North Central Ave. Suite 1700
Phoenix, Arizona 85012-2761
Kevin.Nicholas@lewisbrisbois.com
*Attorneys for Defendant Thomas Rawa, M.D.*

Randy J. Aoyama, Esq.
Bradley L. Dunn, Esq.
Hinshaw & Culbertson LLP
2375 East Camelback Road, Suite 750
Phoenix, AZ 85016
*Attorneys for Defendant Dottie Baker*

RESPECTFULLY SUBMITTED this 20th day of August, 2018.

MARK BRNOVICH
Attorney General

s/Michelle C. Lombino
Michelle C. Lombino
Assistant Attorney General
*Attorneys for Defendants Jasso, Pacheco, Thompson, Ryan, Thomas, Moody, Runge, Puri, Luker, Kokemor and McCutcheon*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2018, I electronically transmitted the attached document to the Clerk of the Court using the ECF System.

This document and the Notice of Electronic Filing were automatically served on the same date to the following, who are registered participants of the CM/ECF System:

Robert T. Mills, Esq.
Sean A. Woods, Esq.
Mills and Woods Law PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

Anthony J. Fernandez
Dustin A. Christner
Alyssa R. Illsley
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
2390 E. Camelback Road, Suite 440
Phoenix, Arizona 85016
afernandez@qpwblaw.com
Dustin.Christner@qpwblaw.com
Alyssa.Illsley@qpwblaw.com
*Attorneys for Defendant Corizon Health, Inc.*

Kevin C. Nicholas
Michael B. Smith
LEWIS BRISBOIS BISGAARD & SMITH LLP
Phoenix Plaza Tower II
2929 North Central Ave. Suite 1700
Phoenix, Arizona 85012-2761
Kevin.Nicholas@lewisbrisbois.com
*Attorneys for Defendant Thomas Rawa, M.D.*

Randy J. Aoyama, Esq.
Bradley L. Dunn, Esq.
Hinshaw & Culbertson LLP
2375 East Camelback Road, Suite 750
Phoenix, AZ 85016
*Attorneys for Defendant Dottie Baker*

s/ L Fuentes
Secretary to Michelle C. Lombino
#7255038