# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David M. Garcia,<br><br>    Plaintiff,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>    Defendants. | No.  CV-13-1591-PHX-DJH (DMF)<br><br><br>**ORDER** |

The Court having considered Plaintiff's Motion to Exceed Page Limit Regarding Response to Motion for Summary Judgment (Doc. 205) and Plaintiff's Motion to Seal Certain Exhibits Attached to His Response to Defendants' Motion for Summary Judgment (Doc. 206), and upon good cause appearing,

**IT IS HEREBY ORDERED** granting Plaintiff's Motion to Exceed Page Limit Regarding Response to Motion for Summary Judgment (Doc. 205).

**IT IS FURTHER ORDERED** granting Plaintiff's Motion to Seal Certain Exhibits Attached to His Response to Defendants' Motion for Summary Judgment (Doc. 206). Plaintiff's Exhibits 1-4, 6-12, and 20-22 attached to his Response to Defendants' Motion for Summary Judgment will be filed under seal.

Dated this 5th day of September, 2018.

*(signature)*
Honorable Deborah M. Fine
United States Magistrate Judge