Kevin C. Nicholas SB #015940
Kevin.Nicholas@lewisbrisbois.com
Michael B. Smith SB #014052; PCC #64562
Michael.Smith@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Ave. Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 520. 385.1051
Firm email: azdocketing@lewisbrisbois.com
Attorneys for Defendant Thomas Rawa, M.D.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| David Garcia, a single man,<br><br>    Plaintiff,<br><br>    vs.<br><br>Corizon Health, Inc., a Tennessee corporation; *et al.*,<br><br>    Defendants. | No. 2:13-cv-1591-PHX-DJH (DMF)<br><br>**NOTICE VACATING SEPTEMBER 19, 2018, DEPOSITION OF PLAINTIFF DAVID GARCIA** |

YOU ARE HEREBY NOTIFIED that, Defendant Rawa hereby vacates the **videotaped** deposition they set for September 19, 2018, at Lewis Brisbois Bisgaard & Smith LLP.

RESPECTFULLY SUBMITTED September 6, 2018.

                              **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                              By /s/ Michael B. Smith                                  .
                                  Kevin C. Nicholas
                                  Michael B. Smith
                                  Attorneys for Defendant Thomas Rawa, MD


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4818-6965-6945.1

# CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2018, I electronically transmitted the above referenced document to the Clerk's Office using the CM/ECF System and thereby served all counsel of record in this matter.  I further certify that I email the foregoing to the following:

Esquire Solutions
Court Reporters
esquirescheduling@esquiresolutions.com


/s/ Kathleen Biondolillo



4818-6965-6945.1

2