# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David M. Garcia,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>　　　　Defendants. | No. CV-13-1591-PHX-DJH (DMF)<br><br>**ORDER** |

　　　　The Third Amended Complaint in this matter was filed June 23, 2017 (Doc. 98). On August 8, 2018, the Court issued an order to show cause why Defendants John and Jane Doe 1-80 should not be dismissed without prejudice for failure to serve (Doc. 196). There being no response to the order to show cause, the Court will dismiss Defendants John and Jane Doe 1-80 from this matter. Accordingly,

　　　　**IT IS ORDERED** dismissing without prejudice Defendants John and Jane Doe 1-80.

　　　　Dated this 6th day of September, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　Honorable Diane J. Humetewa
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge