Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
Jordan C. Wolff (Arizona Bar #034110)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David M. Garcia,<br><br>                    Plaintiff,<br><br>          vs.<br><br>Charles L. Ryan, et al.,<br><br>                    Defendants, | Case No.: 2:13-cv-1591-PHX-DJH (DMF)<br><br>**NOTICE OF SERVICE OF DISCOVERY**<br><br>(Assigned to the Hon. Deborah M. Fine) |

   PLEASE TAKE NOTICE that on September 10, 2018, Plaintiff David Garcia served Plaintiff's Responses to ADOC Defendants First Set of Non-Uniform Interrogatories on all counsel via mail and/or email.

   **RESPECTFULLY SUBMITTED** this 10th day of September 2018.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**MILLS + WOODS LAW, PLLC**


By  /s/ Jordan C. Wolff
     Robert T. Mills
     Sean A. Woods
     Jordan C. Wolff
     5055 N. 12th Street, Suite 101
     Phoenix, AZ 85014
     *Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants forwarded copies via US Mail or email:

Mark Brnovich
Michelle Lombino
ARIZONA ATTORNEY GENERAL
2005 N. Central Ave.
Phoenix, Arizona 85004
michelle.lombino@azag.gov
*Attorneys for Jasso, Pacheco, Thompson, Ryan, Thomas, Moody, Runge, Puri, Luker, Kokemor, and McCutcheon*

Anthony J. Fernandez
Dustin A. Christner
Alyssa R. Illsley
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
2390 E. Camelback Road, Suite 440
Phoenix, Arizona 85016
afernandez@qpwblaw.com
dustin.christner@qpwblaw.com
alyssa.illsley@qpwblaw.com
*Attorneys for Defendant Corizon Health, Inc.*

Kevin C. Nicholas
Michael B. Smith
LEWIS BRISBOIS BISGAARD & SMITH LLP
Phoenix Plaza Tower II
2929 North Central Ave. Suite 1700
Phoenix, Arizona 85012-2761
kevin.nicholas@lewisbrisbois.com
*Attorneys for Defendant Thomas Rawa, M.D.*

Randy J. Aoyama
Bradley L. Dunn
HINSHAW & CULBERTSON LLP
2375 E. Camelback Rd., Suite 750
Phoenix, Arizona 85016
raoyama@hinshawlaw.com
bdunn@hinshawlaw.com

    /s/ *Danny M. Ford*