# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David M. Garcia, | No. CV-13-1591-PHX-DJH (DMF) |
| Plaintiff, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

Pending before the Court is Defendants' Joint Motion for Clarification and Reconsideration Regarding Defendants' Joint Motion to Extend Deadlines (Doc. 221). Expedited consideration is requested. Herein, the Court considers the motion on an expedited basis.

Motions for reconsideration should be granted only in rare circumstances. *Defenders of Wildlife v. Browner*, 909 F.Supp. 1342, 1351 (D.Ariz. 1995). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *School Dist. No. 1J, Multnomah County v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993). Such motions should not be used for the purpose of asking a court "'to rethink what the court had already thought through — rightly or wrongly.'" *Defenders of Wildlife*, 909 F.Supp. at 1351 (quoting *Above the Belt, Inc. v. Mel Bohannan Roofing, Inc.*, 99 F.R.D. 99, 101 (E.D.Va. 1983)).

Defendants have not shown that they are entitled to a full reconsideration of the Court's September 10, 2018 Order (Doc. 216). Because the motion before the Court makes the Court aware that the Plaintiff's deposition is now set on September 25, 2018, there is good cause to extend the defense expert disclosures and rebuttal disclosures so that Plaintiff's deposition transcript may be provided to experts for their reports. Thus, the Court will grant the motion in part insofar as to extend defense expert disclosures and rebuttal disclosures. The Court is allowing an additional five weeks.

Insofar as the argument that there is not been enough time for all the new defendants to complete discovery, the Court notes that the parties moved jointly for extensions of all the deadlines in this case on June 8, 2018 (Doc. 181). At the time, all of the parties had appeared and answered in the case, the latest of which was in March, 2018 (Doc. 158). The Court granted in full the parties motion for extension of all the deadlines and adopted the parties' suggested new deadlines (Doc. 182).

The motion for reconsideration asserts that winter holiday schedules may interfere with completion of expert discovery by the April 5, 2019, deadline. The Court previously ordered the parties to meet and confer by the end of October to set an expert deposition schedule (Doc. 216), and the Court will enter orders as necessary to ensure the completion of timely expert depositions (*see* Doc. 216). Further, if it arises after diligent efforts that there is any specific fact discovery which the parties believe cannot be completed by the set deadline of November 30, 2018, for fact discovery, then the parties should bring to the Court's attention such specific discovery needs, efforts undertaken to complete the discovery, and reasons why such cannot be completed timely. The Court will enter orders as appropriate regarding any such specific requests. To this end, the Court is setting a case management conference in early November, 2018, at the Phoenix location of the United States District Court, District of Arizona. Counsel shall personally appear.

Accordingly,

/ / /

**IT IS HEREBY ORDERED** granting in part Defendants' Joint Motion for Clarification and Reconsideration Regarding Defendants' Joint Motion to Extend Deadlines (Doc. 221), as relating to remaining expert disclosures, and otherwise denying the motion for reconsideration. The deadline for disclosure of defense expert reports is extended to October 31, 2018, and Plaintiff's rebuttal expert disclosure deadline is extended to November 13, 2018.

**IT IS FURTHER ORDERED** that Plaintiff's deposition proceed as noticed for September 25, 2018.

**IT IS FURTHER ORDERED** setting a case management conference for November 7, 2018, at 9:30 a.m. in the Special Proceedings Courtroom, 2nd Floor, 401 W. Washington St., Phoenix, AZ. Counsel shall personally appear. An hour is set aside on the Court's calendar.

Dated this 17th day of September, 2018.

_____
Honorable Deborah M. Fine
United States Magistrate Judge