Kevin C. Nicholas SB #015940
Kevin.Nicholas@lewisbrisbois.com
Michael B. Smith SB #014052; PCC #64562
Michael.Smith@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Ave. Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 520. 385.1051
Firm email: azdocketing@lewisbrisbois.com
Attorneys for Defendant Thomas Rawa, M.D.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| David Garcia, a single man,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Corizon Health, Inc., a Tennessee corporation; *et al*.,<br><br>　　　　Defendants. | No. 2:13-cv-1591-PHX-DJH (DMF)<br><br>**NOTICE OF SERVICE** |

Defendant Thomas Rawa, M.D., by and through his undersigned counsel, hereby gives notice that he has served his Requests for Admissions and Non-Uniform Interrogatories to Plaintiff on all parties by Email and First Class Mail on September 19, 2018.

RESPECTFULLY SUBMITTED September 19, 2018.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By /s/ Michael B. Smith                             .
　　　Kevin C. Nicholas
　　　Michael B. Smith
　　　Attorneys for Defendant Thomas Rawa, MD



4811-0926-5777.1

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2018, I electronically transmitted the above referenced document to the Clerk's Office using the CM/ECF System and thereby served all counsel of record in this matter.

/s/ Kathleen Biondolillo

4811-0926-5777.1

2