Anthony J. Fernandez (Bar No. 018342)
Dustin A. Christner (Bar No. 019707)
Alyssa R. Illsley (Bar No. 032956)
**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
2390 E. Camelback Road, Suite 440
Phoenix, Arizona 85016
Telephone: (602) 954-5605
Facsimile: (602) 954-5606
afernandez@qpwblaw.com
dustin.christner@qpwblaw.com
alyssa.illsley@qpwblaw.com
*Attorneys for Defendant Corizon Health, Inc., Smalley, Ende, Riaz, Rojas, Lewis, Tucker Moody (limited), McCutcheon (limited), Ryan (limited)*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| David M. Garcia,<br>Plaintiff,<br>v.<br>Charles L. Ryan, et al.<br>Defendants. | Case No. CV-13-1591-PHX-DJH (DMF)<br><br>**JOINT MOTION FOR INDEPENDENT MEDICAL EXAM OF PLAINTIFF DAVID GARCIA**<br><br>**(EXPEDITED CONSIDERATION REQUESTED)** |

The parties, by and through undersigned counsel, jointly, and respectfully, move this Court pursuant to Rule 35, Federal Rules of Civil Procedure for an order for the Independent Medical Examination of Plaintiff David Garcia.

## I. FED. R. CIV. P. 35 REQUIRES A COURT ORDER FOR AN INDEPENDENT MEDICAL EXAMINATION

Rule 35 of the Federal Rules of Civil Procedure provides that a court may order an independent medical examination of a party where the party's mental or physical condition "is in controversy." Fed. R. Civ. P. 35. Rule 35 requires an affirmative showing by the moving party that each condition as to which the examination is sought is really and genuinely in controversy and good cause exists for ordering each particular examination. *See Schlangenhauf v. Holder*, 379 U.S. 104, 118 (1964). "Good cause" indicates that the showing

is more than mere relevance, and is not merely a formality. *Id.* Rather, the court weighs the need for information against the individual's right to privacy. *Id.* The decision to grant or deny a Rule 35 examination is committed to the sound discretion of the court. *See Simpson v. University of Colorado*, 220 F.R.D. 354, 362 (D. Colo. 2004). Because the "in controversy" and the "good cause" requirements often implicate the same factors, the court may consider both issues together. *Id.*

## II. THE PARTIES STIPULATE THAT PLAINTIFF'S MEDICAL CONDITION IS IN CONTROVERSY AND GOOD CAUSE EXISTS FOR THE INDEPENDENT MEDICAL EXAMINATION.

Defendants' request pursuant to Fed. R. Civ. P. 35, that the court order Plaintiff to attend an independent medical examination by Dr. Hendin. The examination will include complaints, past medical history, physical examination, medications review, review of systems, functional capacity, rehabilitation, compliance or lack thereof, prognosis, and causation. Defendants assert that good cause exists for the examination because Plaintiff claims David Garcia was damaged in that he has, among other things, sustained severe and permanent injuries, suffered extreme pain and suffering, lost the enjoyment of life, lost the ability to have and maintain meaningful familial relationships, incurred current and future medical expenses, lost income and sustained other damages that will be demonstrated at trial. [Plaintiff's Third Amended Complaint, ¶ 238, Document 98}.

Plaintiff also stipulates that he has placed his physical and mental medical condition in controversy in this action and that good cause exists for the order directing an independent medical examination.

## III. STIPULATED EXAMINATION TERMS

Accordingly, the parties stipulate to the following regarding the examination:

Plaintiff is to attend an independent medical examination on October 19, 2018 at 9:00 a.m., at Phoenix Neurological Associates, 5090 N. 40th St., Suite 250, Phoenix, AZ 85018, to include complaints, past medical history, physical examination, medications review, review of systems, functional capacity, rehabilitation, compliance or lack thereof, prognosis, causation, and apportionment. Barry Hendin, M.D. will perform the examination, which will

last two hours and may include additional time for Dr. Hendin to review medical records, as necessary.

**RESPECTFULLY SUBMITTED** this 11th day of October, 2018.

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

By s/ Dustin A. Christner
Anthony J. Fernandez
Dustin A. Christner
Alyssa R. Illsley
*Attorneys for Defendant Corizon Health, Inc., Smalley, Ende, Riaz, Rojas, Lewis, Tucker, Moody (limited),McCutcheon (limited), Ryan (limited)*

**OFFICE OF THE ARIZONA ATTORNEY GENERAL**

By s/ Dustin A. Christner (w/ permission)
Mark Brnovich, Attorney General
Michelle Lombino, Assistant Attorney General
*Attorneys for Charles Ryan, J. Kokemor, C. Thomas, Robert Runge, Mitchell Patrick, COIII McCutcheon, Jawad Riaz,Minerette Jasso, Martin Pacheco, Ian Thompson, C. Thomas, Chris Moody, Robert Runge, Ashis Puri and Randy Luker*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By s/ Dustin A. Christner (w/ permission)
Kevin C. Nicholas
Michael B. Smith
*Attorneys for Defendant Thomas Rawa, M.D.*

**HINSHAW & CULBERTSON LLP**

By s/ Dustin A. Christner (w/ permission)
Randy J. Aoyama
Bradley L. Dunn
*Attorneys for Baker*

**ANGELINI MILLS WOODS + ORI LAW**

By s/ Dustin A. Christner (w/ permission)
Robert T. Mills
Sean A. Woods
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of October, 2018, I electronically transmitted the foregoing with the Clerk of the Court using the CM/ECF system for filing, and copies were e-mailed and mailed to all counsel of record at the following addresses:

Robert T. Mills
Sean A. Woods
**ANGELINI MILLS WOODS + ORI LAW**
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
docket@millsandwoods.com
*Attorneys for Plaintiff David Garcia*

Mark Brnovich, Attorney General
Michelle Lombino, Assistant Attorney General
**OFFICE OF THE ATTORNEY GENERAL**
2005 N. Central Avenue
Phoenix, AZ 85004-1592
michelle.lombino@azag.gov
*Attorneys for Defendants*
*Charles Ryan, J. Kokemor, C. Thomas, Robert Runge, Mitchell Patrick, COIII McCutcheon, Jawad Riaz, Minerette Jasso, Martin Pacheco, Ian Thompson, C. Thomas, Chris Moody, Robert Runge, Ashis Puri and Randy Luker*

Kevin C. Nicholas SB #015940
Kevin.Nicholas@lewisbrisbois.com
Michael B. Smith SB #014052; PCC #64562
Michael.Smith@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Ave. Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040

Facsimile: 520. 385.1051
Firm email: azdocketing@lewisbrisbois.com
*Attorneys for Defendant Thomas Rawa, M.D.*

Randy J. Aoyama
Bradley L. Dunn
**HINSHAW & CULBERTSON LLP**
2375 E. Camelback Rd., Suite 750
Phoenix, Arizona 85016
raoyama@hinshawlaw.com
bdunn@hinshawlaw.com
*Attorneys for Baker*

By: /s/ Fritzia M. Marquez