Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
Jordan C. Wolff (Arizona Bar #034110)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David M. Garcia,<br><br>  Plaintiff,<br><br>vs.<br><br>Charles L. Ryan, et al,<br><br>  Defendants. | Case No.: 2:13-cv-1591-DJH (DMF)<br><br>**NOTICE OF APPEAL**<br><br>(Assigned to the Hon. Diane Humetewa and before Magistrate Judge Deborah M. Fine) |

Pursuant to Federal Rules of Appellate Procedure 3 and 4, Plaintiff David Garcia hereby appeals to the United States Court of Appeals for the Ninth Circuit from the judgment entered in this action on the 14th day of September 2018. (Doc. 220).

**RESPECTFULLY SUBMITTED** this 15th day of October 2018.

**MILLS + WOODS LAW, PLLC**

By  /s/ Sean Woods
  Robert T. Mills
  Sean A. Woods
  Jordan C. Wolff
  5055 N 12th Street, Suite 101
  Phoenix, AZ 85014
  *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this this 15th day of October 2018, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Mark Brnovich
Michelle Lombino
1275 W. Washington
Phoenix, Arizona 85007
michelle.lombino@azag.gov
*Attorneys for Jasso, Pacheco, Thompson, Ryan, Thomas, Moody, Runge, Puri, Luker, Kokemor, and McCutcheon*

Anthony J. Fernandez
Dustin A. Christner
Alyssa R. Illsley
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
2390 E. Camelback Road, Suite 440
Phoenix, Arizona 85016
afernandez@qpwblaw.com
Dustin.Christner@qpwblaw.com
Alyssa.Illsley@qpwblaw.com
*Attorneys for Defendant Corizon Health, Inc.*

Kevin C. Nicholas
Michael B. Smith
LEWIS BRISBOIS BISGAARD & SMITH LLP
Phoenix Plaza Tower II
2929 North Central Ave. Suite 1700
Phoenix, Arizona 85012-2761
Kevin.Nicholas@lewisbrisbois.com
*Attorneys for Defendant Thomas Rawa, M.D.*

Randy J. Aoyama
Bradley L. Dunn
HINSHAW & CULBERTSON LLP
2375 E. Camelback Rd., Suite 750
Phoenix, Arizona 85016
raoyama@hinshawlaw.com
bdunn@hinshawlaw.com

Brandi C. Blair
Kenneth L. Moskow
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
bblair@jshfirm.com
kmoskow@jshfirm.com
*Attorneys for Defendant Wexford Health Sources, Inc.*

/s/ *Jordan C. Wolff*