Anthony J. Fernandez (Bar No. 018342)
Dustin A. Christner    (Bar No. 019707)
Alyssa R. Illsley (Bar No. 032956)
**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
2390 E. Camelback Road, Suite 440
Phoenix, Arizona  85016
Telephone:  (602) 954-5605
Facsimile:  (602) 954-5606
afernandez@qpwblaw.com
dustin.christner@qpwblaw.com
alyssa.illsley@qpwblaw.com
*Attorneys for Defendant Corizon Health, Inc,*
*Smalley, Ende, Riaz, Rojas, Lewis, Tucker*
*Moody (limited),McCutcheon (limited), Ryan (limited)*

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| David Garcia, a single man, | Case No. 2:13-cv-01591-PHX-DJH (DMF) |
| Plaintiff, | |
| v. | |
| Corizon Health Inc., a Tennessee Corporation; Charles L. Ryan and Jane Doe Ryan, husband and wife; C. Thomas and Jane Doe Thomas, husband and wife; Chris Moody and Jane Doe Moody, husband and wife; Ian Thompson and Jane Doe Thompson, husband and wife; Robert Runge and Jane Doe Runge, husband and wife; Martin Pacheco and Jane Doe Pacheco, husband and wife; Minetette Jasso and John Doe Jasso, husband and wife; Ashis Puri and Jane Doe Puri, husband and wife; Mitchell Patrick and Jane Doe Patrick, husband and wife; Randy Luker and Jane Doe Luker, husband and wife; John Doe Baker and Jane Doe Baker, husband and wife; J. Kokemor and John Doe Kokemor, husband and wife; COIII McCutcheon and Jane Doe McCutcheon, husband and wife; Carrie Smalley and John Doe Smalley, husband and wife; Lawrence Ende and Jane Doe Ende, husband and wife; Jawad Riaz and Jane Doe Riaz, husband and wife; Thomas Rawa and Jane Doe Rawa, husband and wife; Brenda Rojas and John Doe Rojas, husband and wife; Cameron Lewis and Jane Doe Lewis, husband and wife; Carey tucker and John Doe Tucker, husband and wife; and John | **DEFENDANT CORIZON HEALTH, INC.'S NOTICE OF INDEPENDENT MEDICAL EXAMINATION** |

and Jane Doe 1-80,

        Defendants.

**NOTICE IS HEREBY GIVEN**, pursuant to Rule 35, Federal Rules of Civil Procedure, that the following independent medical examination will be conducted by Barry Hendin, M.D.:

| | |
|---|---|
| **PERSON TO BE EXAMINED** | Plaintiff David Garcia |
| **DATE AND TIME** | October 19, 2018 at 9:30 a.m. |
| **PLACE OF EXAMINATION**: | Dr. Barry Hendin<br>Phoenix Neurological Associates<br>5090 N. 40th St., Suite 250<br>Phoenix, AZ 85018 |
| **SCOPE OF EXAMINATION:** | Neurology |

DATED this __16th__ day of October, 2018.

        **QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

        By: __/s/Dustin A. Christner__
             Anthony J. Fernandez
             Dustin A. Christner
             Alyssa R. Illsley
             *Attorneys for Defendant Corizon Health, Inc., Smalley, Ende, Riaz, Rojas, Lewis, Tucker Moody (limited), McCutcheon (limited), Ryan (limited)*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of October, 2018, I electronically transmitted the foregoing with the Clerk of the Court using the CM/ECF system for filing, and copies were e-mailed and mailed to all counsel of record at the following addresses:

Robert T. Mills
Sean A. Woods
ANGELINI MILLS WOODS + ORI LAW
5055 North 12th Street, Suite 101
Phoenix, AZ  85014
docket@millsandwoods.com
*Attorneys for Plaintiff David Garcia*

Mark Brnovich, Attorney General
Michelle Lombino, Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
2005 N. Central Avenue
Phoenix, AZ  85004-1592
michelle.lombino@azag.gov
*Attorneys for Defendants
Charles Ryan, J. Kokemor, C. Thomas, Robert Runge, Mitchell Patrick, COIII McCutcheon, Jawad Riaz, Minerette Jasso, Martin Pacheco, Ian Thompson, C. Thomas, Chris Moody, Robert Runge, Ashis Puri and Randy Luker*

Kevin C. Nicholas SB #015940
Kevin.Nicholas@lewisbrisbois.com
Michael B. Smith SB #014052; PCC #64562
Michael.Smith@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
Phoenix Plaza Tower II
2929 North Central Ave. Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 520. 385.1051
Firm email: azdocketing@lewisbrisbois.com
*Attorneys for Defendant Thomas Rawa, M.D.*

Randy J. Aoyama
Bradley L. Dunn
HINSHAW & CULBERTSON LLP
2375 E. Camelback Rd., Suite 750
Phoenix, Arizona 85016
raoyama@hinshawlaw.com

bdunn@hinshawlaw.com
*Attorneys for Baker*

By: /s/Fritzia M. Marquez