Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
Jordan C. Wolff (Arizona Bar #034110)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| David M. Garcia, | Case No.: 2:13-cv-1591-PHX-DJH (DMF) |
|---|---|
| Plaintiff, | **NOTICE OF SERVICE OF DISCOVERY** |
| vs. | |
| Charles L. Ryan, et al., | (Assigned to the Hon. Deborah M. Fine) |
| Defendants, | |

PLEASE TAKE NOTICE that on October 19, 2018, Plaintiff David Garcia served Plaintiff's Responses to Defendant Thomas Rawa's Request for Admissions and Non-Uniform Interrogatories on all counsel via mail and/or email.

**RESPECTFULLY SUBMITTED** this 19th day of October 2018.

**MILLS + WOODS LAW, PLLC**

By   /s/ Sean A. Woods
Robert T. Mills
Sean A. Woods
Jordan C. Wolff
5055 N. 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants forwarded copies via US Mail or email:

Mark Brnovich
Michelle Lombino
ARIZONA ATTORNEY GENERAL
2005 N. Central Ave.
Phoenix, Arizona 85004
michelle.lombino@azag.gov
*Attorneys for Jasso, Pacheco, Thompson, Ryan, Thomas, Moody, Runge, Puri, Luker, Kokemor, and McCutcheon*

Anthony J. Fernandez
Dustin A. Christner
Alyssa R. Illsley
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
2390 E. Camelback Road, Suite 440
Phoenix, Arizona 85016
afernandez@qpwblaw.com
dustin.christner@qpwblaw.com
alyssa.illsley@qpwblaw.com
*Attorneys for Defendant Corizon Health, Inc.*

Kevin C. Nicholas
Michael B. Smith
LEWIS BRISBOIS BISGAARD & SMITH LLP
Phoenix Plaza Tower II
2929 North Central Ave. Suite 1700
Phoenix, Arizona 85012-2761
kevin.nicholas@lewisbrisbois.com
*Attorneys for Defendant Thomas Rawa, M.D.*

Randy J. Aoyama
Bradley L. Dunn
HINSHAW & CULBERTSON LLP
2375 E. Camelback Rd., Suite 750
Phoenix, Arizona 85016
raoyama@hinshawlaw.com
bdunn@hinshawlaw.com

          /s/ *Elisabeth A. Small*