Anthony J. Fernandez (Bar No. 018342)
Dustin A. Christner   (Bar No. 019707)
Alyssa R. Illsley (Bar No. 032956)
**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
2390 E. Camelback Road, Suite 440
Phoenix, Arizona 85016
Telephone: (602) 954-5605
Facsimile: (602) 954-5606
afernandez@qpwblaw.com
dustin.christner@qpwblaw.com
alyssa.illsley@qpwblaw.com
*Attorneys for Defendants Corizon Health, Inc, Smalley, Ende, Riaz, Rojas, Lewis and Tucker*

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| David Garcia, a single man, | Case No. 2:13-cv-01591-PHX-DJH (DMF) |
| Plaintiff, | |
| v. | |
| Corizon Health Inc., a Tennessee Corporation; Charles L. Ryan and Jane Doe Ryan, husband and wife; C. Thomas and Jane Doe Thomas, husband and wife; Chris Moody and Jane Doe Moody, husband and wife; Ian Thompson and Jane Doe Thompson, husband and wife; Robert Runge and Jane Doe Runge, husband and wife; Martin Pacheco and Jane Doe Pacheco, husband and wife; Minetette Jasso and John Doe Jasso, husband and wife; Ashis Puri and Jane Doe Puri, husband and wife; Mitchell Patrick and Jane Doe Patrick, husband and wife; Randy Luker and Jane Doe Luker, husband and wife; John Doe Baker and Jane Doe Baker, husband and wife; J. Kokemor and John Doe Kokemor, husband and wife; COIII McCutcheon and Jane Doe McCutcheon, husband and wife; Carrie Smalley and John Doe Smalley, husband and wife; Lawrence Ende and Jane Doe Ende, husband and wife; Jawad Riaz and Jane Doe Riaz, husband and wife; Thomas Rawa and Jane Doe Rawa, husband and wife; Brenda Rojas and John Doe Rojas, husband and wife; Cameron Lewis and Jane Doe Lewis, husband and wife; Carey tucker and John Doe Tucker, husband and wife; and John and Jane Doe 1-80, | **DEFENDANTS CORIZON HEALTH, INC., SMALLEY, ENDE, RIAZ, ROJAS, LEWIS, TUCKER, AND RAWA'S NOTICE OF SERVICE OF FIRST SUPPLEMENTAL DISCLOSURE STATEMENT** |

Defendants.

Defendants, Corizon Health, Inc., Smalley, Ende, Riaz, Rojas, Lewis and Tucker (collectively "Corizon Defendants"), by and through counsel undersigned, hereby gives notice that it served Plaintiff David Garcia and Defendants Jasso, Pacheco, Thompson, Ryan, Thomas, Moody, Runge, Puri, Luker, Kokemor and McCutcheon with their First Supplemental Disclosure Statement via U.S. mail and email on October 31, 2018.

DATED this 2nd day of November, 2018.

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

By  /s/Anthony J. Fernandez
   Anthony J. Fernandez
   Dustin A. Christner
   Alyssa R. Illsley
   *Attorneys for Defendant Corizon Health, Inc., Smalley, Ende, Riaz, Rojas, Lewis, Tucker, Moody (limited),McCutcheon (limited), Ryan (limited)*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of November, 2018, I electronically transmitted the foregoing with the Clerk of the Court using the CM/ECF system for filing, and copies were e-mailed and mailed to all counsel of record at the following addresses:

Robert T. Mills
Sean A. Woods
ANGELINI MILLS WOODS + ORI LAW
5055 North 12th Street, Suite 101
Phoenix, AZ  85014
docket@millsandwoods.com
*Attorneys for Plaintiff David Garcia*

Mark Brnovich, Attorney General
Michelle Lombino, Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
2005 N. Central Avenue
Phoenix, AZ  85004-1592
michelle.lombino@azag.gov
*Attorneys for Defendants*
*Charles Ryan, J. Kokemor, C. Thomas, Robert Runge, Mitchell Patrick, COIII McCutcheon, Jawad Riaz, Minerette Jasso, Martin Pacheco, Ian Thompson, C. Thomas, Chris Moody, Robert Runge, Ashis Puri and Randy Luker*

Kevin C. Nicholas SB #015940
Kevin.Nicholas@lewisbrisbois.com
Michael B. Smith SB #014052; PCC #64562
Michael.Smith@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
Phoenix Plaza Tower II
2929 North Central Ave. Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 520. 385.1051
Firm email: azdocketing@lewisbrisbois.com
*Attorneys for Defendant Thomas Rawa, M.D.*

Randy J. Aoyama
Bradley L. Dunn
HINSHAW & CULBERTSON LLP
2375 East Camelback Road, Suite 8516
Phoenix, AZ 85016
raoyama@hinshawlaw.com
bdunn@hinshawlaw.com
*Attorneys for Baker*

By: /s/ Barbara McKinley