Robert T Mills (Arizona Bar #018853)
Sean A Woods (Arizona Bar #028930)
Jordan C. Wolff (Arizona Bar #034110)
Scott Griffiths (Arizona Bar #028906)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona, 85014
Telephone (480) 999-4556
docket@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David M. Garcia,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Charles L. Ryan, et al,<br><br>　　　　　　Defendants, | Case No.: 2:13-cv-01591-DJH-DMF<br><br>**NOTICE OF SERVICE OF PLAINTIFF'S FIFTH SUPPLEMENTAL DISCLOSURE STATEMENT** |

　　　　PLEASE TAKE NOTICE that on November 13, 2018, Plaintiff David Garcia served his Fifth Supplemental Disclosure Statement on all counsel of record via email and/or US Mail.

　　　　**RESPECTFULLY SUBMITTED** this 13th day of November 2018.

　　　　　　　　　　　　　　　　　　**MILLS + WOODS LAW, PLLC**


　　　　　　　　　　　　　　　　　　By　　/s/ *Jordan C. Wolff*　　　　
　　　　　　　　　　　　　　　　　　　　Robert T. Mills
　　　　　　　　　　　　　　　　　　　　Sean A. Woods
　　　　　　　　　　　　　　　　　　　　Jordan C. Wolff
　　　　　　　　　　　　　　　　　　　　Scott Griffiths
　　　　　　　　　　　　　　　　　　　　5055 N. 12th Street, Suite 101
　　　　　　　　　　　　　　　　　　　　Phoenix, AZ  85014
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of November 2018, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Mark Brnovich
Michelle Lombino
2005 N. Central Ave,
Phoenix, AZ 85004
michelle.lombino@azag.gov
*Attorneys for Jasso, Pacheco, Thompson, Ryan, Thomas, Moody, Runge, Puri, Luker, Kokemor, and McCutcheon*

Anthony J. Fernandez
Dustin A. Christner
Alyssa Illsey
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
2390 E. Camelback Road, Suite 440
Phoenix, Arizona 85016
afernandez@qpwblaw.com
dustin.christner@qpwblaw.com
alyssa.illsey@qpwblaw.com
*Attorneys for Defendant Corizon Health, Inc.*

Kevin C. Nicholas
Michael B. Smith
LEWIS BRISBOIS BISGAARD & SMITH LLP
Phoenix Plaza Tower II
2929 North Central Ave. Suite 1700
Phoenix, Arizona 85012-2761
kevin.nicholas@lewisbrisbois.com
Michael.smith@lewisbrisbois.com
*Attorneys for Defendant Thomas Rawa, M.D.*

Randy J. Aoyama
Bradley L. Dunn
Law Offices Hinshaw & Culbertson LLP
2375 E. Camelback Rd. Suite 750
Phoenix, AZ 85016
*Attorneys for Defendant Dottie Baker*
raoyama@hinshawlaw.com
bdunn@hinshawlaw.com


*/s/ Elisabeth A. Small*