Mark Brnovich
Attorney General

Michelle C. Lombino, No. 016252
Assistant Attorney General
2005 N. Central Ave
Phoenix, Arizona 85004-1592
Telephone: (602) 542-1610
Fax:  (602) 542-7670
E-mail: michelle.lombino@azag.gov

*Attorney for Defendants Jasso, Pacheco, and Thompson*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| David M. Garcia,<br><br>  Plaintiff,<br><br>v.<br><br>Charles Ryan, et al.,<br><br>  Defendants. | No.  CV 13-01591-PHX-DJH (DMF)<br><br>**DEFENDANTS JASSO, PACHECO, AND THOMPSON'S RESPONSE TO MOTION TO STAY CASE** |

Defendants Minerette Jasso, Martin Pacheco, and Ian Thompson (collectively, "ADC Defendants") respond to Defendants Corizon Health, Inc., Smalley, Ende, Riaz, Rojas, Lewis, and Tucker's (collectively, "Corizon Defendants") Motion to Stay Case (Doc. 242).

The Corizon Defendants request a complete stay of all proceedings in this case pending resolution of Plaintiff's appeal (the "Wexford Appeal") of summary judgment in favor of Wexford.  (*Id*.)  ADC Defendants join in the request to the extent that it seeks stay of any trial in this case pending resolution of the Wexford Appeal.  They oppose any stay of discovery related to Plaintiff's claims against ADC Defendants and ADC Defendants' defense of his claims.  They also oppose any stay of the filing of dispositive motions by ADC Defendants.

Plaintiff's claims against ADC Defendants and against Wexford and Corizon Defendants are based on different legal theories.  He alleges a threat to safety and failure

1  to protect claim against ADC Defendants.  (Doc. 98 at 30.)  His claims against Wexford
2  and the Corizon Defendants relate to medical care.  (*Id*. at 28-29, 31-32.)  The other
3  parties to this case would thus have little to gain from a stay of discovery and of
4  dispositive motions insofar as they relate to Plaintiff's claim against ADC Defendants,
5  and their defense of those claims.  In contrast, ADC Defendants would be prejudiced if
6  they are precluded from filing dispositive motions in this case, which has been pending
7  for over five years.
8      ADC Defendants request that the Court stay any trial in this case pending
9  resolution of the Wexford Appeal, and deny any stay of discovery related to  (i)
10 Plaintiff's claims against ADC Defendants and ADC Defendants' defense of his claims,
11 and/or (ii) the filing of dispositive motions by ADC Defendants.

13     RESPECTFULLY SUBMITTED this 14th day of November, 2018.

15     Mark Brnovich
    Attorney General

17     /s/Michelle C. Lombino
18     Michelle C. Lombino
    Assistant Attorney General
    *Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2018, I electronically transmitted the attached document to the Clerk of the Court using the ECF System.

This document and the Notice of Electronic Filing were automatically served on the same date to the following, who are registered participants of the CM/ECF System:

Robert T. Mills, Esq.
Sean A. Woods, Esq.
Mills and Woods Law PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

Anthony J. Fernandez
Dustin A. Christner
Alyssa R. Illsley
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
2390 E. Camelback Road, Suite 440
Phoenix, Arizona 85016
afernandez@qpwblaw.com
Dustin.Christner@qpwblaw.com
Alyssa.Illsley@qpwblaw.com
*Attorneys for Defendant Corizon Health, Inc.*

Kevin C. Nicholas
Michael B. Smith
LEWIS BRISBOIS BISGAARD & SMITH LLP
Phoenix Plaza Tower II
2929 North Central Ave. Suite 1700
Phoenix, Arizona 85012-2761
Kevin.Nicholas@lewisbrisbois.com
*Attorneys for Defendant Thomas Rawa, M.D.*

Randy J. Aoyama, Esq.
Bradley L. Dunn, Esq.
Hinshaw & Culbertson LLP
2375 East Camelback Road, Suite 750
Phoenix, AZ 85016
*Attorneys for Defendant Dottie Baker*

s/ L. Fuentes
Secretary to Michelle C. Lombino
#7465814