Robert T Mills (Arizona Bar #018853)
Sean A Woods (Arizona Bar #028930)
Jordan C. Wolff (Arizona Bar #034110)
Scott Griffiths (Arizona Bar #028906)
**ANGELINI MILLS WOODS + ORI LAW**
5055 North 12th Street, Suite 101
Phoenix, Arizona, 85014
Telephone (480) 999-4556
docket@amwolawaz.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David M. Garcia,<br><br>    Plaintiff,<br><br>vs.<br><br>Charles L. Ryan, et al,<br><br>    Defendants. | Case No.: 2:13-cv-1591-DJH (DMF)<br><br>**PLAINTIFF'S RESPONSE TO CORIZON DEFENDANT'S MOTION TO STAY PROCEEDINGS [DOC. 242]**<br><br>(Assigned to the Honorable Deborah M. Fine) |

  As this Court is aware, Plaintiff David Garcia filed this action in 2013 while incarcerated. However, Wexford Health Sources, Inc. ("Wexford") was only named in the Third Amended Complaint on June 23, 2017. Doc. 98. Immediately thereafter, Wexford filed its Motion for Judgment on the Pleading which was later converted to a Motion for Summary Judgment. Docs. 135, 138-139. In June 2018, the Court granted Wexford's Motion for Summary Judgment. Doc. 170.

  Because Wexford was only in the case for a short period of time before being dismissed, Wexford did not make any disclosures required by Rule 26. Plaintiff believes that Wexford has relevant information – and will seek that information via subpoena prior to the Court's deadline to propound discovery. Plaintiff does not oppose Corizon's Motion for Stay but does

reserve the right to conduct discovery with Wexford if Wexford is again a named party in this case.

**ABBREVIATED PROCEDURAL HISTORY**

In June 2016, Plaintiff retained MILLS + WOODS PLLC to represent him in the case. Doc. 52. In February 2017, Plaintiff filed his Second Amended Complaint. Doc. 77. In March 2017, summonses were requested and issued for the new defendants added in the Second Amended Complaint. Docs. 82-85.

In June 2017, Plaintiff filed a motion to amend the Second Amended Complaint to which Corizon and State of Arizona did not oppose. Docs. 94-96. This Court granted Plaintiff's Motion to Amend (Doc. 97) and Plaintiff filed the Third Amended Complaint (Doc. 98). Summonses were issued to Wexford Health Sources on July 3, 2017 (Doc.100) and served on Wexford on August 7, 2018 (Doc. 117). On July 26, 2017 the Court granted an additional thirty days to serve Defendants Rawa and Patrick (Doc. 108).

Plaintiff moved for default against defendants Wexford Health Sources on August 29, 2017. Doc. 118. Wexford moved to set aside the default on September 7, 2017 (Doc. 120) which the Court granted on October 18, 2017 (Doc. 128). Wexford filed an Answer on October 25, 2017 (Doc. 130) and promptly filed a Motion for Judgment on Pleading on November 7, 2017 (Doc 135). The parties completed briefing on Wexford's Motion for Judgment on the Pleading on November 29, 2017. Docs. 138-139.

On March 12, 2018, Judge Humetewa converted Wexford's Motion for Judgment on the Pleading to a Motion for Summary Judgment and granted additional thirty days for Wexford and Plaintiff to supplement their briefing on the new Motion for Summary Judgment. Doc. 152. On May 14, 2018, after briefing, Judge Humetewa granted Wexford's Motion for Summary Judgment. Doc. 170.

## PLAINTIFF'S NON-OPPOSITION TO CORIZON'S MOTION TO STAY

Because the Arizona Department of Corrections has contracted with both Corizon and Wexford to provide medical care for prisoners, including Plaintiff David Garcia, both entities have relevant information regarding the care of David Garcia. Some of that information, such as medical records, has already been disclosed by Corizon.[1] However, there is information that is in the custody and control of Wexford that Corizon would not have access to. For instance, it is expected that there are emails or other written communication between Wexford officials, and Wexford medical providers regarding the riot at the prison. These emails are expected to include some details regarding Plaintiff David Garcia and his care immediately after the riot – including his care in the weeks and months immediately after the assault.

As demonstrated above, Wexford was added as a defendant in this matter on June 23, 2017 and filed its Answer on October 25, 2017. Docs. 98 & 130. Wexford then promptly filed a Motion for Judgment on the Pleading (Docs. 135-139) that the Court converted to a Motion for Summary Judgment (Doc. 152). Two months later, the Court granted summary judgment in favor of Wexford. Doc. 170. As a result, Wexford was involved in the case for less than seven months – during which time there was a period of approximately two weeks where Wexford did not have a dispositive motion for consideration with the Court.

Wexford did not make any disclosures. Admittedly, Plaintiff did not make a discovery request to Wexford – although it is not unreasonable to expect Wexford to object to production of records with dispositive motions pending, particularly if the records include proprietary records that Wexford would seek to be produced under a protective order. In either event, Plaintiff considers that records from Wexford as well as any follow-up discovery these records you reveal would be relevant and would potentially lead to the discovery of relevant

---

[1] On or around March 4, 2013, the Arizona Department of Corrections terminated its contract with Wexford and executed its contract with Corizon. Corizon became the custodian of medical records for inmates in public prisons in Arizona.

information – including the names and titles of persons who made decisions about Plaintiff David Garcia's medical care – one of the central points to Plaintiff's Eighth Amendment claim.

Plaintiff (more specifically Plaintiff's counsel) is keenly aware of this Court's concerns if this case were to be extended out even longer than it has been. However, Plaintiff is entitled to appeal Judge Humetewa's decision as a matter of procedural due process and Plaintiff acknowledges that the appeal to the Ninth Circuit can take several months. For that reason, Plaintiff will be serving Wexford with a subpoena prior to the Court's deadline for propounding discovery. Plaintiff will be as diligent as possible in following up on Wexford's response(s). Thus, Plaintiff does not oppose Corizon's Motion to Stay the Proceedings if Corizon believes that additional discovery from Wexford would be critical to their defense(s)[2] if Wexford is again a defendant in this case.[3]

**RESPECTFULLY SUBMITTED** this 21st day of November 2018.

**ANGELINI MILLS WOODS + ORI LAW**

By   /s/ Scott Griffiths
    Robert T. Mills
    Sean A. Woods
    Jordan C. Wolff
    Scott Griffiths
    5055 North 12th Street, Suite 101
    Phoenix, AZ  85014
    *Attorneys for Plaintiff*

---

[2] Corizon filed a Notice of Non-Party at Fault identifying Wexford Health Sources, Inc. as a party "to whom liability may or should be allocated at time of trial in this matter." Doc. 243.

[3] Plaintiff would reserve the right to request a period of discovery as to Wexford if he succeeds in his appeal at the Ninth Circuit.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of November 2018, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Mark Brnovich
Michelle Lombino
2005 N. Central Ave,
Phoenix, AZ 85004
michelle.lombino@azag.gov
*Attorneys for Jasso, Pacheco, Thompson, Ryan, Thomas, Moody, Runge, Puri, Luker, Kokemor, and McCutcheon*

Anthony J. Fernandez
Heather A. Neal
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
2390 E. Camelback Road, Suite 440
Phoenix, Arizona 85016
afernandez@qpwblaw.com
heather.neal@qpwblaw.com
*Attorneys for Defendant Corizon Health, Inc.*

Brandi C. Blair
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
bblair@jshfirm.com
*Attorneys for Defendant Wexford Health Sources, Inc.*

Kevin C. Nicholas
Michael B. Smith
LEWIS BRISBOIS BISGAARD & SMITH LLP
Phoenix Plaza Tower II
2929 North Central Ave. Suite 1700
Phoenix, Arizona 85012-2761
*Attorneys for Defendant Thomas Rawa, M.D.*

Randy J. Aoyama
Bradley L. Dunn
Law Offices Hinshaw & Culbertson LLP
2375 E. Camelback Rd. Suite 750
Phoenix, AZ 85016
*Attorneys for Defendant Dottie Baker*

                                        /s/ Jordan C. Wolff