Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
Jordan C. Wolff (Arizona Bar #034110)
Scott Griffiths (Arizona Bar #028906)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David M. Garcia,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Charles L. Ryan, et al,<br><br>　　　　　Defendants. | Case No.: 2:13-cv-1591-DJH (DMF)<br><br>**NOTICE OF DEPOSITION**<br><br>(Assigned to the Hon. Diane Humetewa and before Magistrate Judge Deborah M. Fine) |

PLEASE TAKE NOTICE that, pursuant to Rule 30, Federal Rules of Civil Procedure, testimony will be taken upon oral examination of the person whose name, or general description sufficient to identify the person, and address are stated below, at the time and place stated below, before an officer authorized by law to administer oaths.

**PERSON TO BE EXAMINED:**   Minerette Jasso

**DATE OF DEPOSITION**:   November 29, 2018

**TIME OF DEPOSITION**:   10:00 a.m.

**PLACE OF DEPOSITION**:   State of Arizona Office Building

　　　　　　　　　　　　　416 West Congress

　　　　　　　　　　　　　2nd Floor

　　　　　　　　　　　　　Tucson, Arizona 85701-1315

|   |   |
|---|---|
| **COURT REPORTER**: | Coash & Coash |
| **METHOD OF RECORDING**: | Court Reporter |

**RESPECTFULLY SUBMITTED** this 21st day of November 2018.

**MILLS + WOODS LAW, PLLC**

By   /s/ Scott Griffiths
Robert T. Mills
Sean A. Woods
Jordan C. Wolff
Scott Griffiths
5055 N. 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this this 21st day of November 2018, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Mark Brnovich
Michelle Lombino
1275 W. Washington
Phoenix, Arizona 85007
michelle.lombino@azag.gov
*Attorneys for Jasso, Pacheco, Thompson, Ryan, Thomas, Moody, Runge, Puri, Luker, Kokemor, and McCutcheon*

Anthony J. Fernandez
Dustin A. Christner
Alyssa R. Illsley
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
2390 E. Camelback Road, Suite 440
Phoenix, Arizona 85016
afernandez@qpwblaw.com
Dustin.Christner@qpwblaw.com
Alyssa.Illsley@qpwblaw.com
*Attorneys for Defendant Corizon Health, Inc.*

//
//

2

| | |
|---|---|
| 1 | Kevin C. Nicholas |
| | Michael B. Smith |
| 2 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | Phoenix Plaza Tower II |
| 3 | 2929 North Central Ave. Suite 1700 |
| | Phoenix, Arizona 85012-2761 |
| 4 | Kevin.Nicholas@lewisbrisbois.com |
| | *Attorneys for Defendant Thomas Rawa, M.D.* |
| 5 | |
| 6 | Randy J. Aoyama |
| | Bradley L. Dunn |
| 7 | HINSHAW & CULBERTSON LLP |
| | 2375 E. Camelback Rd., Suite 750 |
| 8 | Phoenix, Arizona 85016 |
| | raoyama@hinshawlaw.com |
| 9 | bdunn@hinshawlaw.com |
| 10 | Brandi C. Blair |
| | Kenneth L. Moskow |
| 11 | JONES, SKELTON & HOCHULI, P.L.C. |
| | 40 North Central Avenue, Suite 2700 |
| 12 | Phoenix, Arizona 85004 |
| 13 | bblair@jshfirm.com |
| | kmoskow@jshfirm.com |
| 14 | *Attorneys for Defendant Wexford Health Sources, Inc.* |
| 15 | |
| 16 | /s/ *Jordan C. Wolff* |

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

3