Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
Jordan C. Wolff (Arizona Bar #034110)
Scott Griffiths (Arizona Bar #028906)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| David M. Garcia, | Case No.: 2:13-cv-1591-DJH (DMF) |
|---|---|
| Plaintiff, | **NOTICE OF DEPOSITION** |
| vs. | (Assigned to the Hon. Diane Humetewa and before Magistrate Judge Deborah M. Fine) |
| Charles L. Ryan, et al, | |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Rule 30, Federal Rules of Civil Procedure, testimony will be taken upon oral examination of the person whose name, or general description sufficient to identify the person, and address are stated below, at the time and place stated below, before an officer authorized by law to administer oaths.

**PERSON TO BE EXAMINED:**  Ian Thompson

**DATE OF DEPOSITION**:  November 29, 2018

**TIME OF DEPOSITION**:  2:00 p.m.

**PLACE OF DEPOSITION**:  State of Arizona Office Building

416 West Congress

2nd Floor

Tucson, Arizona 85701-1315

| | |
|---|---|
| **COURT REPORTER**: | Coash & Coash |
| **METHOD OF RECORDING**: | Court Reporter |

**RESPECTFULLY SUBMITTED** this 21st day of November 2018.

                          **MILLS + WOODS LAW, PLLC**

                          By   /s/ Scott Griffiths
                                    Robert T. Mills
                                    Sean A. Woods
                                    Jordan C. Wolff
                                    Scott Griffiths
                                    5055 N. 12th Street, Suite 101
                                    Phoenix, AZ 85014
                                    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this this 21st day of November 2018, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Mark Brnovich
Michelle Lombino
1275 W. Washington
Phoenix, Arizona 85007
michelle.lombino@azag.gov
*Attorneys for Jasso, Pacheco, Thompson, Ryan, Thomas, Moody, Runge, Puri, Luker, Kokemor, and McCutcheon*

Anthony J. Fernandez
Dustin A. Christner
Alyssa R. Illsley
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
2390 E. Camelback Road, Suite 440
Phoenix, Arizona 85016
afernandez@qpwblaw.com
Dustin.Christner@qpwblaw.com
Alyssa.Illsley@qpwblaw.com
*Attorneys for Defendant Corizon Health, Inc.*

//
//

Kevin C. Nicholas
Michael B. Smith
LEWIS BRISBOIS BISGAARD & SMITH LLP
Phoenix Plaza Tower II
2929 North Central Ave. Suite 1700
Phoenix, Arizona 85012-2761
Kevin.Nicholas@lewisbrisbois.com
*Attorneys for Defendant Thomas Rawa, M.D.*

Randy J. Aoyama
Bradley L. Dunn
HINSHAW & CULBERTSON LLP
2375 E. Camelback Rd., Suite 750
Phoenix, Arizona 85016
raoyama@hinshawlaw.com
bdunn@hinshawlaw.com

Brandi C. Blair
Kenneth L. Moskow
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
bblair@jshfirm.com
kmoskow@jshfirm.com
*Attorneys for Defendant Wexford Health Sources, Inc.*

/s/ *Jordan C. Wolff*

3