Kevin C. Nicholas SB #015940
Kevin.Nicholas@lewisbrisbois.com
Michael B. Smith SB #014052; PCC #64562
Michael.Smith@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Ave. Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 520. 385.1051
Firm email: azdocketing@lewisbrisbois.com
Attorneys for Defendant Thomas Rawa, M.D.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| David Garcia, a single man,<br><br>   Plaintiff,<br><br>   vs.<br><br>Corizon Health, Inc., a Tennessee corporation; *et al*.,<br><br>   Defendants. | No. 2:13-cv-1591-PHX-DJH (DMF)<br><br>**NOTICE OF SERVICE** |

Defendant Thomas Rawa, M.D., by and through his undersigned counsel, hereby gives notice that he has served his FRCP 26(a)(1)(A) First Supplemental Disclosure Statement on all parties by Email and First Class Mail on November 29, 2018.

RESPECTFULLY SUBMITTED November 29, 2018.

           **LEWIS BRISBOIS BISGAARD & SMITH LLP**

           By  /s/ Michael B. Smith                              .
             Kevin C. Nicholas
             Michael B. Smith
             Attorneys for Defendant Thomas Rawa, MD



4835-3185-7025.1

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2018, I electronically transmitted the above referenced document to the Clerk's Office using the CM/ECF System and thereby served all counsel of record in this matter.

/s/ Kathleen Biondolillo