Anthony J. Fernandez (Bar No. 018342)
Dustin A. Christner  (Bar No. 019707)
Alyssa R. Illsley (Bar No. 032956)
**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
2390 E. Camelback Road, Suite 440
Phoenix, Arizona  85016
Telephone:  (602) 954-5605
Facsimile:  (602) 954-5606
afernandez@qpwblaw.com
dustin.christner@qpwblaw.com
alyssa.illsley@qpwblaw.com
*Attorneys for Defendants Corizon Health, Inc, Smalley, Ende, Riaz, Rojas, Lewis and Tucker*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David M. Garcia, | **Case No. CV-13-1591-PHX-DJH (DMF)** |
| Plaintiff. | |
| v. | **NOTICE OF SERVICE** |
| Corizon Health Inc., a Tennessee Corporation; Charles L. Ryan and Jane Doe Ryan, husband and wife; C. Thomas and Jane Doe Thomas, husband and wife; Chris Moody and Jane Doe Moody, husband and wife; Ian Thompson and Jane Doe Thompson, husband and wife; Robert Runge and Jane Doe Runge, husband and wife; Martin Pacheco and Jane Doe Pacheco, husband and wife; Minetette Jasso and John Doe Jasso, husband and wife; Ashis Puri and Jane Doe Puri, husband and wife; Mitchell Patrick and Jane Doe Patrick, husband and wife; Randy Luker and Jane Doe Luker, husband and wife; John Doe Baker and Jane Doe Baker, husband and wife; J. Kokemor and John Doe Kokemor, husband and wife; COIII McCutcheon and Jane Doe McCutcheon, husband and wife; Carrie Smalley and John Doe Smalley, husband and wife; Lawrence Ende and Jane Doe Ende, husband and wife; Jawad Riaz and Jane Doe Riaz, husband and wife; Thomas Rawa and Jane Doe Rawa, husband and wife; Brenda Rojas and John Doe Rojas, husband and wife; Cameron Lewis and Jane Doe Lewis, husband and wife; Carey tucker and John Doe Tucker, husband and wife; and John and Jane Doe 1-80, | |
| Defendants. | |

1 | Defendant Corizon Health, Inc., by and through undersigned counsel, hereby gives notice that it has served its First Set of Request for Admission on all parties by Email and First Class Mail on November 29, 2018.

**RESPECTFULLY SUBMITTED** this 29th day of November, 2018.

                **QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

                By:   s/ Anthony J. Fernandez
                Anthony J. Fernandez
                Dustin A. Christner
                Alyssa R. Illsley
                *Attorneys for Defendant Corizon Health, Inc., Smalley, Ende, Riaz, Rojas, Lewis, Tucker Moody (limited),McCutcheon (limited), Ryan (limited)*

# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of November, 2018, I electronically transmitted the foregoing with the Clerk of the Court using the CM/ECF system for filing, and copies were e-mailed and mailed to all counsel of record at the following addresses:

Robert T. Mills
Sean A. Woods
**ANGELINI MILLS WOODS + ORI LAW**
5055 North 12th Street, Suite 101
Phoenix, AZ  85014
docket@millsandwoods.com
*Attorneys for Plaintiff David Garcia*

Mark Brnovich, Attorney General
Michelle Lombino, Assistant Attorney General
**OFFICE OF THE ATTORNEY GENERAL**
2005 N. Central Avenue
Phoenix, AZ  85004-1592
michelle.lombino@azag.gov
*Attorneys for Defendants*
*Charles Ryan, J. Kokemor, C. Thomas, Robert Runge, Mitchell Patrick, COIII McCutcheon, Jawad Riaz, Minerette Jasso, Martin Pacheco, Ian Thompson, C. Thomas, Chris Moody, Robert Runge, Ashis Puri and Randy Luker*

Kevin C. Nicholas
Michael B. Smith
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Ave. Suite 1700
Phoenix, Arizona 85012-2761
Kevin.Nicholas@lewisbrisbois.com
Michael.Smith@lewisbrisbois.com
Firm email: azdocketing@lewisbrisbois.com
*Attorneys for Defendant Thomas Rawa, M.D.*

Randy J. Aoyama
Bradley L. Dunn
**HINSHAW & CULBERTSON LLP**
2375 East Camelback Road, Suite 8516
Phoenix, AZ 85016
raoyama@hinshawlaw.com
bdunn@hinshawlaw.com
*Attorneys for Baker*

1
2   By:  s/ Fritzia M. Marquez
3
4
...
28

4