Anthony J. Fernandez (Bar No. 018342)
Dustin A. Christner (Bar No. 019707)
Alyssa R. Illsley (Bar No. 032956)
**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
2390 E. Camelback Road, Suite 440
Phoenix, Arizona 85016
Telephone: (602) 954-5605
Facsimile: (602) 954-5606
afernandez@qpwblaw.com
dustin.christner@qpwblaw.com
alyssa.illsley@qpwblaw.com
*Attorneys for Defendants Corizon Health, Inc., Smalley, Ende, Riaz, Rojas, Lewis, Tucker,*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David M. Garcia, | Case No. CV-13-1591-PHX-DJH (DMF) |
| Plaintiff. | |
| v. | **DEFENDANT CORIZON HEALTH, INC.'S NOTICE OF SERVICE OF DISCOVERY** |
| Charles L. Ryan, *et al.,* | |
| Defendants. | |

NOTICE is hereby given that Defendants served Plaintiffs with the following discovery responses by U.S. Mail on December 3, 2018 respectively:

- Defendant Corizon Health, Inc.'s Supplemental Responses to Plaintiff's First Set of Interrogatories; and
- Defendant Corizon Health, Inc.'s Supplemental Responses to Plaintiff's Request for Production of Documents.

DATED this 3rd day of December, 2018.

          **QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

          By s/ Alyssa Illsley
            Anthony J. Fernandez
            Dustin A. Christner
            Alyssa R. Illsley
            *Attorneys for Defendants Corizon Health, Inc., Smalley, Ende, Riaz, Rojas, Lewis, Tucker,*

# CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of December, 2018, I electronically transmitted the foregoing with the Clerk of the Court using the CM/ECF system for filing, with copies submitted by U.S. mail to the following recipients:

Robert T. Mills
Sean A. Woods
**ANGELINI MILLS WOODS + ORI LAW**
5055 North 12th Street, Suite 101
Phoenix, AZ  85014
docket@millsandwoods.com
*Attorneys for Plaintiff David Garcia*


Mark Brnovich, Attorney General
Michelle Lombino, Assistant Attorney General
**OFFICE OF THE ATTORNEY GENERAL**
2005 N. Central Avenue
Phoenix, AZ  85004-1592
michelle.lombino@azag.gov
*Attorneys for Defendants*
*Charles Ryan, J. Kokemor, C. Thomas, Robert Runge, Mitchell Patrick, COIII McCutcheon, Jawad Riaz, Minerette Jasso, Martin Pacheco, Ian Thompson, C. Thomas, Chris Moody, Robert Runge, Ashis Puri and Randy Luker*


Kevin C. Nicholas
Michael B. Smith
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Ave. Suite 1700
Phoenix, Arizona 85012-2761
Kevin.Nicholas@lewisbrisbois.com
Michael.Smith@lewisbrisbois.com
Firm email: azdocketing@lewisbrisbois.com
*Attorneys for Defendant Thomas Rawa, M.D.*


///

///

2

1  Randy J. Aoyama
2  Bradley L. Dunn
   **HINSHAW & CULBERTSON LLP**
3  2375 East Camelback Road, Suite 8516
   Phoenix, AZ 85016
4  raoyama@hinshawlaw.com
5  bdunn@hinshawlaw.com
   *Attorneys for Baker*
6
7  By:  s/ Nelly Preca

3