MARK BRNOVICH
Attorney General

Michelle C. Lombino
Assistant Attorney General
State Bar No. 016158
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Phone:   (602) 542-7605
Fax:       (602) 542-3393
E-mail:   Michelle.Lombino@azag.gov

*Attorneys for Defendants Jasso, Pacheco, and Thompson*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| David M. Garcia, | No.  CV 13-01591-PHX-DJH (DMF) |
| Plaintiff, | |
| v. | **NOTICE OF SERVICE OF DISCOVERY** |
| Charles Ryan, et al., | |
| Defendants. | |

Defendants Jasso, Pacheco and Thompson give notice that ADC Defendants' Seventh Supplemental Rule 26.1 Initial Disclosure Statement was served on December 10, 2018 by email to:

>   Sean A. Woods, Esq.
>   swood@millsandwoods.com
>   Scott Griffiths, Esq.
>   sgriffiths@amwolawaz.com
>   Jordan Wolff, Esq,
>   jwolff@millsandwoods.com
>   Mills and Woods Law PLLC
>   5055 North 12th Street, Suite 101
>   Phoenix, AZ 85014
>   *Attorneys for Plaintiff*
>
>   Anthony J. Fernandez
>   afernandez@qpwblaw.com
>   Dustin A. Christner
>   dustin.christner@qpwblaw.com
>   Alyssa R. Illsley
>   alyssa.illsley@qpwblaw.com
>   QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
>   2390 E. Camelback Road, Suite 440
>   Phoenix, Arizona 85016
>   *Attorneys for Defendant Corizon Health, Inc.*

1  Kevin C. Nicholas, Esq.
   kevin.nicholas@lewisbrisbois.com
2  Michael B. Smith, Esq.
   Michael.Smith@lewisbrisbois.com>
3  LEWIS BRISBOIS BISGAARD & SMITH LLP
   Phoenix Plaza Tower II
4  2929 North Central Ave. Suite 1700
   Phoenix, Arizona 85012-2761
5  *Attorneys for Defendant Thomas Rawa, M.D.*

6  Bradley L. Dunn, Esq.
   bdunn@hinshawlaw.com
7  HINSHAW & CULBERTSON LLP
   2375 East Camelback Road, Suite 750
8  Phoenix, AZ 85016
   *Attorneys for Defendant Dottie Baker*

10  RESPECTFULLY SUBMITTED this 12th day of December, 2018.

                                    MARK BRNOVICH
                                    Attorney General


                                    s/Michelle C. Lombino
                                    Michelle C. Lombino
                                    Assistant Attorney General
                                    *Attorneys for Defendants Jasso, Pacheco, and Thompson*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2018, I electronically transmitted the attached document to the Clerk of the Court using the ECF System.

This document and the Notice of Electronic Filing were automatically served on the same date to the following, who are registered participants of the CM/ECF System:

Sean A. Woods, Esq.
swood@millsandwoods.com
Scott Griffiths, Esq.
sgriffiths@amwolawaz.com
Jordan Wolff, Esq,
jwolff@millsandwoods.com
Mills and Woods Law PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

Anthony J. Fernandez
afernandez@qpwblaw.com>
Dustin A. Christner
dustin.christner@qpwblaw.com>
Alyssa R. Illsley
alyssa.illsley@qpwblaw.com>
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
2390 E. Camelback Road, Suite 440
Phoenix, Arizona 85016
*Attorneys for Defendant Corizon Health, Inc.*

Kevin C. Nicholas, Esq.
kevin.nicholas@lewisbrisbois.com
Michael B. Smith, Esq.
Michael.Smith@lewisbrisbois.com>
LEWIS BRISBOIS BISGAARD & SMITH LLP
Phoenix Plaza Tower II
2929 North Central Ave. Suite 1700
Phoenix, Arizona 85012-2761
*Attorneys for Defendant Thomas Rawa, M.D.*

Bradley L. Dunn, Esq.
bdunn@hinshawlaw.com
Hinshaw & Culbertson LLP
2375 East Camelback Road, Suite 750
Phoenix, AZ 85016
*Attorneys for Defendant Dottie Baker*

s/ L. Fuentes
Legal Secretary to Michelle C. Lombino
#7527896