## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## CIVIL MINUTES - GENERAL

Phoenix Division

**CV-13-1591-PHX-DJH**       DATE: December 19, 2018

Title:  Garcia vs. Ryan et al
        Plaintiff   Defendants

================================================================

HON:   Deborah M. Fine           Judge # 70CD/DMF

       Caryn Smith               CourtSmart
       Deputy Clerk              Recorded

**APPEARANCES:**
Scott Griffiths for Plaintiff
Michelle Lombino, Dustin Christner and Tophas Anderson for Defendants

================================================================

**PROCEEDINGS:**      **X** Open Court      _____ Chambers      _____ Other

10:26 AM - This is the time set for Case Management Conference. Court and counsel discuss matters. IT IS ORDERED the parties shall meet and confer about the discovery issue raised by Plaintiff's counsel.

Discussion is held regarding expert depositions. Plaintiff's experts are to be deposed first followed by Defendants' experts. The Court is not inclined to extend deposition deadlines.

IT IS ORDERED setting next Case Management Conference for January 14, 2019 at 2:30 PM before this Court in the Special Proceedings Courtroom, 2nd Floor.

10:44 AM – Court is adjourned.

Time in court:  18 mins