Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
Scott Griffiths (Arizona Bar #028906)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone (480) 999-4556
docket@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David M. Garcia,<br><br>        Plaintiff,<br><br>vs.<br><br>Charles L. Ryan, et al,<br><br>        Defendants, | Case No.: 2:13-cv-1591-DJH<br><br>**NOTICE OF SERVICE OF PLAINTIFF'S DISCOVERY RESPONSES TO CORIZON DEFENDANTS' REQUEST FOR ADMISSIONS AND NON-UNIFORM INTERROGATORIES** |

PLEASE TAKE NOTICE that on December 31, 2018, Plaintiff David Garcia ("Plaintiff") served his responses to Corizon Defendants' Request for Admissions and Non-Uniform Interrogatories. Due to the holiday, a copy was sent electronically to recipients listed below and a copy was sent via US Mail as well.

**RESPECTFULLY SUBMITTED** this 31st day of December 2018.

**MILLS + WOODS LAW PLLC**


By   /s Scott Griffiths
     Robert T. Mills
     Sean A. Woods
     Scott Griffiths
     5055 N. 12th Street, Suite 101
     Phoenix, AZ  85014
     *Attorneys for Plaintiff David Garcia*

# CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of December 2018, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Mark Brnovich
Michelle Lombino
2005 N. Central Ave,
Phoenix, AZ 85004
michelle.lombino@azag.gov
*Attorneys for Jasso, Pacheco, Thompson, Ryan, Thomas, Moody, Runge, Puri, Luker, Kokemor, and McCutcheon*

Anthony J. Fernandez
Heather A. Neal
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
2390 E. Camelback Road, Suite 440
Phoenix, Arizona 85016
afernandez@qpwblaw.com
heather.neal@qpwblaw.com
*Attorneys for Defendant Corizon Health, Inc.*

Kevin C. Nicholas
Michael B. Smith
LEWIS BRISBOIS BISGAARD & SMITH LLP
Phoenix Plaza Tower II
2929 North Central Ave. Suite 1700
Phoenix, Arizona 85012-2761
*Attorneys for Defendant Thomas Rawa, M.D.*


/s Scott Griffiths