Anthony J. Fernandez (Bar No. 018342)
Dustin A. Christner (Bar No. 019707)
Alyssa R. Illsley (Bar No. 032956)
**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
2390 E. Camelback Road, Suite 440
Phoenix, Arizona 85016
Telephone: (602) 954-5605
Facsimile: (602) 954-5606
afernandez@qpwblaw.com
dustin.christner@qpwblaw.com
alyssa.illsley@qpwblaw.com
*Attorneys for Defendants Corizon Health, Inc.,*
*Smalley, Ende, Riaz, Rojas, Lewis, Tucker,*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| David M. Garcia,<br><br>              Plaintiff.<br><br>v.<br><br>Charles L. Ryan, *et al.,*<br><br>              Defendants. | Case No. CV-13-1591-PHX-DJH (DMF)<br><br>**DEFENDANTS CORIZON HEALTH, INC.'S NOTICE OF SERVICE OF SECOND AMENDED NOTICE OF DEPOSITION OF WALE OLUKANMI, PA-C** |

Defendant, Corizon Health, Inc., by and through undersigned counsel, hereby gives notice that it served Plaintiff David Garcia and Defendants Jasso, Pacheco, Thompson, Ryan, Thomas, Moody, Runge, Puri, Luker, Kokemor and McCutcheon with its Second Amended Notice of Deposition of Wale Olukanmi, PA-C. via U.S. Mail and Electronic Mail on January 4, 2019.

DATED this 4th day of January, 2019.

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

By /s/Anthony J. Fernandez
Anthony J. Fernandez
Dustin A. Christner
Alyssa R. Illsley
*Attorneys for Defendants Corizon Health, Inc.,*
*Smalley, Ende, Riaz, Rojas, Lewis, Tucker*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of January, 2019, I electronically transmitted the foregoing with the Clerk of the Court using the CM/ECF system for filing, with copies submitted by electronic mail and U.S. mail to the following recipients:

Robert T. Mills
Sean A. Woods
**ANGELINI MILLS WOODS + ORI LAW**
5055 North 12th Street, Suite 101
Phoenix, AZ  85014
docket@millsandwoods.com
*Attorneys for Plaintiff David Garcia*


Mark Brnovich, Attorney General
Michelle Lombino, Assistant Attorney General
**OFFICE OF THE ATTORNEY GENERAL**
2005 N. Central Avenue
Phoenix, AZ  85004-1592
michelle.lombino@azag.gov
*Attorneys for Defendants*
*Charles Ryan, J. Kokemor, C. Thomas, Robert Runge, Mitchell Patrick, COIII McCutcheon, Jawad Riaz, Minerette Jasso, Martin Pacheco, Ian Thompson, C. Thomas, Chris Moody, Robert Runge, Ashis Puri and Randy Luker*


Kevin C. Nicholas
Michael B. Smith
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Ave. Suite 1700
Phoenix, Arizona 85012-2761
Kevin.Nicholas@lewisbrisbois.com
Michael.Smith@lewisbrisbois.com
*Attorneys for Defendant Thomas Rawa, M.D.*

Randy J. Aoyama
Bradley L. Dunn
**HINSHAW & CULBERTSON LLP**
2375 East Camelback Road, Suite 8516
Phoenix, AZ 85016
raoyama@hinshawlaw.com
bdunn@hinshawlaw.com
*Attorneys for Baker*

By: /s/Barbara McKinley