# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL MINUTES - GENERAL

Phoenix Division

**CV-13-1591-PHX-DJH**          DATE: January 14, 2019

Title:  <u>Garcia</u> vs. <u>Ryan et al</u>
        Plaintiff   Defendants

================================================================

HON:  <u>Deborah M. Fine</u>          Judge # <u>70CD/DMF</u>

<u>        Caryn Smith          </u>       CourtSmart
        Deputy Clerk                      Recorded

**APPEARANCES:**
Scott Griffiths for Plaintiff
Dustin Christner, Michelle Lombino and Tophas Anderson for Defendants

================================================================

**PROCEEDINGS:**     <u>  X  </u> Open Court    <u>    </u> Chambers    <u>    </u> Other

2:31 PM - This is the time set for a Case Management Conference.  The Court is informed all expert depositions have been scheduled.  Discussion is held regarding the Plaintiff's expert, Dr. Levitt, requesting prepayment for her deposition in the amount of four hours.  The Court does not expect Defendants to make any prepayment over two hours.  Defendants will pay for their deposition time, and Plaintiff will pay for any deposition time for Plaintiff's counsel questioning of the witness. Further discussion is held regarding a W-9 for Dr. Levitt.

IT IS ORDERED Dr. Levitt shall appear for deposition as scheduled on January 24, 2019 at 2:00 PM.  IT IS FURTHER ORDERED Defendants shall pay for two hours in advance promptly upon receipt of a completed W-9 by Dr. Levitt; Dr. Levitt will be promptly paid by Defendants for any time Defendants use in excess of two hours.  IT IS FURTHER ORDERED that Corizon's counsel will make defense payment(s) and be reimbursed by other defense counsel as appropriate.  IT IS FURTHER ORDERED Plaintiff shall pay for any time during Plaintiff's counsel questioning and any additional time to which Plaintiff has agreed for a minimum if appropriate.  IT IS ORDERED Plaintiff's counsel shall make Dr. Levitt aware of the Court's Orders.

The Court is advised that the travel payment request of the other expert witness has been resolved.

2:50 PM – Court is adjourned.

Time in court: 19 min (2:31 PM – 2:50 PM)