SKC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David M. Garcia, | No.   CV-13-01591-PHX-DJH (DMF) |
| Plaintiff, | **ORDER** |
| v. | |
| Charles L. Ryan, et al., | |
| Defendants. | |

Plaintiff David M. Garcia, who is represented by counsel, brought this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Defendant Baker's Motion for Summary Judgment. (Doc. 261.)  Also before the Court is Plaintiff's Stipulated Dismissal of Defendant Dottie Baker Pursuant to Rule 41(a)(ii) Fed. R. Civ. P ("the Stipulation") (Doc. 272).

Under Rule 41(a)(1)(A)(ii), a Plaintiff may voluntarily dismiss an action without a court order by filing "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).  Further, "[u]nless the notice or stipulation states otherwise, the dismissal is without prejudice."  *Id.* at 41(B).  Here, the Stipulation pertains solely to the dismissal of Defendant Baker, and both Plaintiff and Defendant Baker have signed the Stipulation via their respective counsel.  (Doc. 272 at 1.)  The Stipulation also states that the dismissal is to be "with prejudice."  For good cause showing, the Court will dismiss Defendant Baker from this action with prejudice and will deny Defendant Baker's Motion for Summary Judgment as moot.

**IT IS ORDERED:**

(1) The reference to the Magistrate Judge is **withdrawn** as to Defendant Baker's Motion for Summary Judgment (Doc. 261), and the Motion is **denied as moot**.

(2) The Stipulation to Dismiss Defendant Baker (Doc. 272) is **granted**, and Defendant Baker is **dismissed** from this action **with prejudice**.

Dated this 24th day of January, 2019.

Honorable Diane J. Humetewa
United States District Judge