David Garcia v. Corizon Health
DAVID GARCIA - September 25, 2018

Index: $3–AIMS

**$**

**$3** 53:3,11

**$570** 97:5

**$700** 96:16

**$800** 98:21 99:13

**1**

**1** 13:12,15 38:2,3,4,7,9
39:17 40:1,4,7,8,10,
13,18 41:3,9 42:4,11,
22 43:17 45:19 46:11,
22 47:19 48:16 49:13,
21 52:21

**1/17** 46:14

**10** 83:14 84:1 93:19

**102** 96:14

**10:03** 5:1

**10:53 a.m** 35:5

**10:59 a.m** 35:5

**11** 53:24

**12** 10:6,8 38:9

**12:44 p.m** 100:20

**12:53 p.m** 100:20

**12th** 68:22 69:2,9

**13** 10:6,8 51:2

**13th** 50:23

**14th** 46:2

**15** 31:4 92:24

**16** 93:2

**16th** 77:12

**17** 46:15

**18** 10:20 81:7 82:2

**19** 10:20 11:17,22,25
12:4 45:20 46:12,15,
24 73:22 81:7 82:2

**1994** 24:22

**1996** 24:22

**1997** 13:21,22 14:18,

**19**

**1:03** 107:21

**2**

**2** 13:13,14,16,19 14:9
38:9 40:1,4 50:20,22
51:4,6,17,22,25 53:3,6

**20** 29:15 31:4 52:2
81:16

**2000** 25:6 103:1

**2003** 25:6

**2005** 26:1 103:1

**2007** 103:1,2

**2009** 26:1

**2012** 26:11,21,24
27:21 28:7,11,15,19,
25 38:6 57:5 58:10
68:22 69:2,10 75:1
80:4,7 100:22

**2013** 38:9 40:13 41:4
42:6,12 43:19 44:16
53:24 54:4 80:10

**2014** 45:20 46:2,8,9,
12,24 47:20 48:10,16
49:21 50:15,23 51:2
80:11

**2015** 80:21

**2016** 12:16 18:7,11,16
19:1 24:13,16 26:11,
21,24 28:8,12,16,20
38:6

**2018** 5:1 88:3

**20th** 57:5 58:10 73:20
74:25 80:4,7 100:22

**22** 75:24

**23rd** 47:20 48:10,16
49:21 50:15 87:3

**24/7** 43:9

**25** 5:1

**26** 11:24,25 12:4,8

**27** 11:24,25 12:4,8

**28** 12:11

**3**

**3** 30:9 40:10,12,18
41:3,9 42:23 56:11
64:15,19 65:1,4 66:5
70:3,5,10 84:23,25
92:2,22 100:23 101:2,
11 106:14,16

**3-1/2** 60:10

**313** 96:24 98:8,18

**34** 22:17

**3rd** 40:13 41:4 42:6,12

**4**

**4** 31:20 32:19,21 42:5,
11 44:15 60:10,13
62:23 63:22 64:12,13,
19 65:24 66:1,3,4,5

**4243** 98:19

**45** 11:5 52:2

**4:30** 29:11

**4th** 43:19

**5**

**5** 29:10,11 43:18 85:3
91:2,22 92:1 93:19

**50** 11:5 81:18 83:18

**52** 82:16,25

**53** 5:15 82:17 83:1,3

**5th** 84:22

**6**

**6-A** 53:7

**6:00** 100:4

**6th** 93:13

**7**

**7th** 88:17 94:8 95:15

**8**

**8th** 94:9,10 95:9,15,17

**9**

**9/11/65** 5:13

**91** 77:17

**96** 9:4

**97** 14:20 23:2

**98** 23:2

**9th** 92:22 94:8

**A**

**A-D-A-R-E** 76:21

**a.m.** 5:1

**ability** 50:2

**access** 28:13,16

**accomplished** 9:1

**acting** 30:12

**Adare** 76:18,20,21,22
78:3

**addict** 84:14

**addicted** 90:23

**addiction** 85:14 87:22
90:21 98:12 100:11

**addition** 90:24

**address** 93:5 99:16

**administration** 66:18

**adopt** 99:8

**age** 11:17,25 12:4 82:1

**agent** 65:12

**ages** 93:18

**aggravated** 25:10

**agree** 42:8

**AHCCCS** 24:1

**ahead** 22:6 55:12

**AIMS** 69:5,8



David Garcia v. Corizon Health
DAVID GARCIA - September 25, 2018

**air** 76:7,9,11,12

**alarm** 74:22 75:4

**alarms** 74:23

**Alhambra** 69:1,16,18, 20

**alleging** 7:17

**ambulance** 34:1

**Amendment** 39:12,15 41:25

**Anderson** 103:21,23 104:4,7

**Angel** 22:8

**answers** 6:3 19:8 57:1

**anymore** 84:12

**Anyplace** 78:17

**apartment** 23:20 76:13 97:2,15

**apparently** 53:25

**appears** 26:4

**appointments** 23:6 103:8

**approach** 51:12

**approached** 70:9

**April** 25:6 26:1

**area** 41:5

**arising** 41:24 44:23

**Arizona** 5:1 25:17 37:6 38:8 55:21,22 96:12

**asleep** 33:3

**assault** 25:11 50:4

**assistant** 23:17 55:21

**assume** 6:12,21

**attempted** 24:25

**attend** 9:22 94:18 95:2

**attendance** 93:6

**attended** 93:2,18 94:5

**attending** 94:3 96:7

**attention** 50:15 54:7 72:2

**attorney** 22:19 55:21 103:24

**attorneys** 7:24 8:3,6

**Audi** 102:24 103:2

**August** 26:11 28:11, 15,19 40:13 41:4 42:6, 11 43:19 44:15

**authorizations** 107:17

**Avenue** 87:3 88:17 96:24 98:8,18

**aware** 100:10

**Azteca-something** 77:11

**B**

**back** 11:3,4 25:6 27:16 29:21,24 30:4 31:9,24 32:1,2,19,20, 21 34:14,24 35:1 36:10,13 45:9 57:14, 15 58:25 59:1 62:7,18, 19 63:13,21,24 64:1 66:17,22 67:10 68:14 71:20 73:14,15 74:1 79:11 93:21 94:16 101:8,9

**bad** 16:9,10 18:19,20 45:1

**balance** 50:2

**ball** 33:7

**Band-aid** 29:19

**bandage** 29:19

**barely** 88:1

**baseball** 30:3,6 31:14 32:2 58:15,17 62:2,13 106:18,20

**basing** 72:14

**basis** 90:15,18

**bathroom** 17:1

**batteries** 10:24

**bed** 36:25

**begin** 43:15

**beginning** 83:2

**Bell** 11:4,10

**Bell/centurylink** 11:14

**belly** 34:5

**big** 30:9,15 32:4 33:7 65:6,7,10,13 89:9 106:13

**birth** 5:12 22:18

**birthday** 69:12

**bit** 5:21 7:1 8:8 9:24 13:9,10 15:25 16:24 65:5

**black** 77:15,16

**Blamed** 98:2

**blank** 63:14

**blocks** 61:2,3,4

**blood** 13:25 16:7,15, 19 17:10,13,22,24

**blue** 33:5

**blurred** 50:1

**blurry** 17:3

**body** 16:20,21 50:3

**body's** 16:25

**bogging** 83:4

**bottom** 38:12 40:5 53:7 86:2

**brain** 104:18

**Brakes** 10:23

**break** 35:3,9,12 60:23

**broke** 26:17 67:18,25

**brother** 76:24,25 99:17

**brother's** 99:18

**brought** 32:12

**bruising** 54:1,9

**buff** 96:3

**building** 30:1 31:9 59:6 62:19,23 63:13 64:9,10,11,25 66:1,3,4 106:10

**buildings** 64:17

**bunch** 24:3 30:8 31:3 32:5 33:7 34:8 65:19 70:19

**burglary** 26:15

**burning** 14:24

**burns** 14:24 15:9,10

**business** 9:8,17 10:12 11:5,12,13 20:10 54:24 95:23

**buttons** 66:10

**C**

**call** 23:21,22 24:3,7 75:7

**called** 5:4 29:20 65:12 66:9 74:9 76:20 77:11 78:22 97:11,14 100:4

**calls** 23:24 24:4

**canopy** 97:23,24,25

**car** 26:8,9,19,20 77:15, 16 97:25 101:25 102:2,10,14,15,16,19

**card** 86:4

**care** 11:12,14 20:6,9 23:7 24:9 29:20 45:5 48:21 91:5

**carry** 105:7

**cars** 98:1 102:20 103:4,6,10

**case** 7:13,17 8:16 24:7

**cell** 39:7 43:8,12,14 54:7

**center** 33:19,23 47:24 48:5

**Centurylink** 11:2,10

**certificate** 9:11 95:9, 17

**certified** 23:17

**Chambers** 96:14

**chance** 7:23 44:22 48:15



David Garcia v. Corizon Health
DAVID GARCIA - September 25, 2018

change 10:23

changing 11:11

chaos 66:12

charge 26:7

charges 97:17 100:6

Chavez 10:10

check 19:23

chemical 65:11

chemicals 9:19 96:3, 4

children 22:19

chow 29:25 30:1 57:12,20,22 58:1,4 106:6,7,8

CHRISTNER 5:8 7:22,23 20:19,23 22:21,24 27:17 29:3 35:6 37:5,11 38:4 45:15 49:12,17 50:21 52:25 53:20 54:16 55:5,12 104:16,21 106:23 107:2,14

civil 50:22

claiming 92:3

clarify 63:19

clean 10:24 23:10 76:6 96:4

cleaning 9:18

clear 5:24

clears 29:13

Clemente 98:22,24 99:10 100:10

client 11:9

clinic 86:16,23,24,25 88:9,12,13 89:6,11,21

clinics 89:7 91:18,21

close 68:14 71:20

closed 71:17

closing 72:9

clothes 23:7,8

cloud 30:15 58:12 61:9 64:24,25 65:8,13

cognitive 50:2

college 9:5 95:2,21

commotion 30:14

communicating 35:13

Community 87:1,2,5, 9,24 88:6,13 89:1 90:9,12,14,17 95:2

company 10:9 24:4 76:18,23

complaint 8:10,11,12 43:24 50:22 52:20 53:2,14

complete 9:11 93:14 94:21 95:16

completion 93:7 94:13

complex 67:10

complexes 76:13

concentrate 41:18

concerned 41:18 66:15

concerns 49:3

concluded 107:21

conditioners 76:11, 12

conditioning 76:7,8,9

constant 50:3

construction 96:2

continue 82:2

continued 61:5

continuously 102:3,4

control 16:15

controlling 15:18,22 16:7,19

Coolidge 88:17

cop 65:16

copies 75:23

cops 30:10 31:21 65:16,22 66:8 70:20 72:16,17

copy 40:1

corner 38:10,13 40:12 42:5 43:18 45:20 46:12,23 47:20 51:1 78:22

correct 19:10,15 49:5 57:2,9 58:20 59:2 63:22 69:15 73:17,19, 20 74:5 77:19 82:17 83:3,6 85:9 87:6 90:15,21 96:8,17,18 98:4

corrections 38:8 55:23 70:8 71:11 72:17,18

cost 84:4

Counsel 91:16

counselors 89:5

count 29:12,13 31:4 81:20 83:11,16 84:24

county 69:17

couple 12:19 33:12 104:8 106:23

courses 9:5,7,14,21, 22 95:21

court 5:22 51:2 59:14 61:19 62:8 97:15

covered 98:1

cramps 17:2

crazy 30:12 31:5

created 48:13

criminal 26:14

crowd 30:9 32:5

cuffs 71:17

custody 69:14,15,22

D

dad 11:22,23 20:6,9 21:1,5 23:14,15 76:3,5 78:1 96:23

dad's 10:9,22 11:2 12:7 20:20 76:23 79:11,12,16,17

daily 49:25 90:12,15, 18

damages 53:4,11

date 5:12 40:13 42:5,8 46:13 69:6 82:19,20 93:5,6

dated 38:9 42:11 43:19 44:15 45:20 47:20 48:16 49:21

dates 22:18 25:8 92:7 93:9,10

David 5:3,11 21:22,23 22:16,17

day 11:3 23:8 27:16 29:4,7,8,10 35:14,16 42:21 43:21 57:8 67:22 69:12 73:17 89:21 98:6

day-to-day 20:19

days 11:4 77:3

deadline 46:1,9

December 53:24 54:4

decided 84:20

decrease 50:2

Defendants' 56:14

defines 92:2

degree 9:11 26:15

demonstrating 31:1 59:12,13

Department 38:8 55:22

dependent 13:17

deposition 5:16,20 7:7 107:21

depression 24:8,11 56:2,5,9 86:5,6

describe 7:12 14:22 59:15,17 61:19,25

describes 7:16

describing 35:16 51:21

destination 106:15



destroy 97:22

destroyed 97:21

detail 35:24

determine 46:21 47:8,9,11

diabetes 13:23 14:9 16:1,4 24:9

diabetic 13:12,20

diagnosed 13:11,19, 25 14:5,18

diagnostic 69:18

diamond 32:2 58:15, 17 62:2,5,13

diary 8:23

diesels 11:16

difficult 101:22

directing 68:7

direction 62:15,16,17

disagree 27:22

disagreement 97:10

discharged 33:22

disclosure 7:11,15 8:14

disclosures 12:18

discovery 12:19 91:23

discussed 39:13

discussion 55:16

dishes 78:23 80:24

dishwasher 78:18

disoriented 17:3,5,6

distance 58:1,4,5 59:25 64:16

District 51:2

divorce 82:7

divorced 22:25 23:1 82:11

dizziness 107:6

dizzy 17:6

doctor 18:23 19:2,6,9, 13,17,18,22,23 85:22, 23 86:3,11,14 87:5

doctor's 23:24

doctors 18:13,22 19:22 104:19

doctors' 23:5

document 7:18 37:12 38:19 39:17 40:2 41:3, 22,24 42:9 43:17 44:12,15 47:22 48:5,9, 12,16,19 49:21 51:19 56:13,15,17 57:1

documentation 45:15

documents 7:7 8:7,9 37:16 43:22 52:21

door 29:13,14 31:10, 22 32:23 106:12

doors 66:11

doubt 69:10

drive 102:14 103:4,10, 12

driven 102:10

drives 103:8,13

driveway 98:1

driving 101:16,25 102:2,6,8

dropped 94:23

drove 34:1

drug 25:1 27:6

drugs 26:22 27:1,11, 13,18 28:13,17

dugout 30:3,6 65:25

duly 5:4

DUNN 103:18

### E

earlier 56:1 57:7 96:6 105:9

easier 5:21 46:23

eat 29:22 57:12,17,19

education 9:1

Eighth 39:12,15 41:25 94:15

electrical 96:2

Elementary 93:9,12, 16

em 70:23

employees 55:22

employment 76:1

end 60:17

entitled 56:13,21

Entry 95:23

Envoy 103:13

equipment 96:5

Eric 99:19,20

Ernster 96:17,19 99:1, 7

estimate 59:24,25

estimator 59:25

evaluated 36:11

events 57:4 70:21 100:22 101:6

eventually 11:10

evicted 97:8,9,15

exact 25:8 70:22

EXAMINATION 5:7 55:18 103:20 104:11 107:1

examined 5:5

excuse 49:11 60:5 79:25 83:25 86:21 99:23

exercise 24:17

exercises 34:13

exhibit 38:2,3,4,7 39:17 40:1,4,8,10,12, 18 41:3,9 42:4,11,22 43:17 45:19 46:11,22 47:19 48:16 49:13,20 50:20,22 51:4,5,17,22, 25 52:21 53:3,6 56:11 70:3 84:23 92:22

experienced 16:14

experiencing 19:3 107:12

explanation 6:1 42:20

extent 91:19

extinguisher 65:11

extremities 16:2

eye 17:10,13

eyesight 17:2

### F

face 54:10 73:6

facility 33:23

facts 8:15

factually 7:16

failing 27:5

faint 17:7

fair 6:5 19:19 37:6 43:22 73:22 79:10

fall 54:1,7 64:7,23

falling 100:1,2

familiar 37:11 56:15 70:1 72:22,25

family 12:22,23,24 21:11 34:20,22,23,25 35:13 54:17

farther 60:3,5,6,13,19

fast 6:24 7:1 31:8

father 11:6 75:19 96:20 98:11,25 99:5,7, 11,17 100:1

father's 10:12 11:9, 13,18 12:1,4 54:23 96:21

February 26:11 28:12,16,20 46:1,9 50:23 51:2

fed 36:17

federal 44:16

feel 17:7



**feet** 14:11,12,21,23
15:7,8,13,23 16:5,17
58:6 60:10,14 101:15

**fell** 61:15 65:20

**fellow** 39:14,23 52:14,
17 55:8 59:8

**felonies** 25:3

**female** 64:4,23 66:24
71:1,9 85:22,23 86:11,
14 87:5

**fence** 30:4,24 61:11
62:2,5,11,12,13 65:15
106:13

**field** 30:3,6 31:14
32:19 64:21,22 70:10
73:15 106:18,20

**fields** 31:12 62:1

**fight** 54:11,12 62:24

**fighting** 31:18,19,23
63:5,7 89:17

**file** 46:2,6 51:12 54:24

**filed** 44:18 50:23
75:18,20

**filing** 48:21 53:13

**fill** 37:12 40:21 41:15
49:4,6,7 67:12

**filled** 49:9 51:10

**filter** 10:23

**final** 105:23

**find** 95:14

**fine** 22:23 60:11

**fingers** 15:2,3,23

**fire** 65:10

**fix** 29:19

**fleet** 10:25 11:1

**flew** 31:2 65:19

**Flip** 43:17

**flipping** 51:18

**floors** 9:18 80:18 96:3

**flush** 10:24

**fog** 65:10

**fogger** 65:12 71:7

**follow-ups** 104:9

**food** 80:24 81:1

**foot** 14:24

**forget** 104:25

**forgot** 45:6

**form** 27:14 29:1 34:3
37:8 49:10,15 50:18
52:23 53:18 54:14
57:13 59:18 81:10
100:25

**forward** 10:1

**Foundation** 20:22
37:3 45:13 55:3 58:8
82:9 100:12 104:16,21

**fourth** 26:10

**frame** 55:9

**free** 84:6

**friends** 12:22

**front** 50:21 101:13,14

**full** 5:9

**full-time** 12:1 77:24
78:3 79:3

**function** 50:3

**G**

**gabapentin** 17:23

**gang** 28:20,22

**Garcia** 5:3,9,11,16
8:25 13:8 20:11 21:23
22:13,24 24:21 35:3,6,
12 49:12 50:21 55:20
56:12 68:7,21 75:18
77:14 81:3 84:22 85:5
90:23 91:1 92:22 95:8
96:10 98:18,22,24
99:10,20 100:10,21
103:14,22 107:3

**gate** 30:7,18,20,25
31:1,2,3,15,16 44:25
45:3 58:24 59:10,11
61:7,14,16 62:23 63:2,
12,25 65:17 66:6,13,
25 67:16,17,18,24,25

**gates** 30:19

**gave** 6:13,21 34:25
96:6

**GED** 9:2,3 95:19

**general** 30:3 55:21

**gestures** 59:14 62:9

**give** 5:25 6:2,8 22:4,18
24:7 34:13 58:6 84:6
89:23 90:5,17

**glasses** 105:4

**good** 15:21 35:6 41:16
42:24 43:5 73:6 81:25
102:6

**Graciela** 86:2

**grade** 93:13,25 94:23,
24 95:9,15,17

**grades** 93:11,14,21

**Greenfield** 94:3,5,11,
14

**grievance** 47:23 48:2,
21

**ground** 74:19

**group** 65:6,9

**Guajardo** 97:1

**guess** 14:20 15:15
27:16 32:14

**gurney** 32:17,18

**H**

**half** 42:25 88:24
99:17,18

**halfway** 40:16 42:12
47:2

**hall** 58:1,4 106:6,7,8

**hand** 6:11 59:14 62:9

**handcuffs** 68:9,15,16

**handful** 76:1

**handing** 56:12

**handlers** 76:13

**hands** 14:10,12,21,25
15:5,13 16:5,17

**handwriting** 38:23
40:7 41:12 42:18
42:25 44:2 45:24
46:20 47:7,10,23 48:1,
7 49:14 51:8,19

**handwritten** 38:20
41:5,10 44:12 45:23
46:18 47:6 48:4 51:5

**hanging** 33:6

**happen** 15:20 31:7
45:1 101:17 105:16,17

**happened** 7:13,17
8:15 10:19 26:18 31:2
32:13 33:13,14 34:23
35:2,14,16 36:1 51:21
53:15 63:16,17 68:19
69:21 70:21 71:10
101:6 104:18

**happening** 48:20
63:3,10 65:3 66:1 75:3

**hard** 6:1 34:4 49:7
61:25

**harm** 45:17

**head** 6:2 33:6 60:16
64:1 104:17

**headaches** 16:8,11,
14 49:25 105:12,16
107:3

**headed** 58:16 62:19

**heading** 59:1 66:22

**health** 8:20 24:4
37:12,20,23 38:5
46:17 49:1,3,4,8,13,17
50:16 75:16 92:13

**healthcare** 23:19,25
85:5,13 88:5,18 91:14
105:21,25 106:3

**hear** 63:16 74:16,22
75:2,4,7

**heard** 31:16 32:11,12
65:7 66:6

**hearing** 74:25

**held** 93:21 94:16



David Garcia v. Corizon Health
DAVID GARCIA - September 25, 2018

**helped** 39:24 52:19 71:16

**helper** 80:20,23

**helpful** 7:21 101:18

**helping** 39:10 41:15 43:7 44:19 45:4 86:14

**helps** 85:19 87:20,22 106:2

**hepatitis** 14:5

**heroin** 27:21 28:2,4,7, 13 81:4,9,14,20,21 82:1,2,8,15,19,23,25 83:6,11,16 84:4,8,11 85:14 90:21,24 98:7, 11 100:8,10

**high** 13:25 16:20 17:22 94:3,6,11,14,18, 21

**highest** 8:25 93:7 94:13

**hightailed** 65:23

**history** 9:25

**hold** 34:7 80:8

**home** 24:17 30:2 74:17

**hospital** 36:11 45:9 67:9

**hour** 42:25 43:1

**hours** 43:1

**house** 23:20 26:17 29:22,25 57:20 63:2,4, 24 96:21 99:22,23

**housing** 57:15 58:3,5, 18,23 59:20,22 60:25 63:21 64:11 69:19 106:10

**huh-uh** 6:2

**Humalog** 17:25

**hundred** 83:17

**hurt** 33:10

**I**

**ibuprofen** 18:18,20

**IC** 74:15

**ICS** 74:9,18,20,21

**idea** 105:20,24

**identification** 38:3 50:20 56:11

**illegal** 26:22 27:1,10, 13,18 28:13,16

**imagine** 91:12

**imbalance** 107:9

**immediately** 32:8

**incarcerated** 8:23

**incarceration** 77:19 78:12,25 79:23 82:3

**incarcerations** 79:23 80:2

**incident** 72:23 73:1,4, 8,14 80:4,7 98:3

**including** 51:4 70:8

**income** 13:5

**incorrect** 70:17

**indicating** 31:6,7 33:9 34:7 54:9

**Infinities** 102:24

**information** 35:21 42:22 93:4

**inhaler** 18:1

**injuries** 92:2

**inmate** 38:7 44:5 47:1

**inmate's** 38:13 40:15 48:9

**inmates** 58:12 59:8 62:4 63:5 65:9 66:21 73:22

**inside** 62:10,12 65:1 66:9

**install** 76:12

**installation** 76:10

**installed** 76:11

**instruct** 50:7

**insulin** 13:17,22 15:23 17:14,25 29:13 36:16,

17 73:16,23

**insurance** 24:4

**Intensive** 88:15,16, 22,25 89:7,12

**interacted** 75:11

**interaction** 18:25

**interactions** 73:3,7

**intercom** 75:7

**interest** 41:5

**interpreted** 39:20

**interrogatories** 56:14 84:23 96:11

**interrogatory** 85:3 91:1,22 92:24 93:2,3

**interrupt** 62:8

**introduced** 73:12

**investigators** 33:12

**involved** 28:24 74:20

**Isabel** 22:13

**issues** 37:24 89:4,7,8, 17

**J**

**J-A-S-S-O** 67:5

**jail** 69:18

**janitorial** 9:10 96:3

**January** 38:9 45:20 46:12,24 47:20 48:10, 16 49:21 50:14

**Jasmine** 22:10

**Jasso** 67:3,4,5 70:1,8, 16,24 100:24 101:3,12

**Jimenez** 22:12 23:4

**Jimenez-garcia** 22:9, 10

**job** 9:25 12:1 77:24 78:3 79:3 80:3 103:15

**jobs** 75:25 77:18 78:5 79:18,24 80:1,5,8

**Joe** 22:9

**Joe's** 34:2

**John** 96:16,19 99:1,7

**Johnny** 22:12

**Jones** 96:24 98:8,18

**Joseph** 22:7

**Joseph's** 34:21

**journal** 8:22

**journals** 53:14

**Julie** 22:11

**Julio** 91:2

**July** 24:22

**jump** 30:23 61:11

**jumping** 65:15

**June** 24:22 88:2,3 89:16

**Junior** 94:3,6,11,14

**K**

**key** 65:17

**keys** 105:3

**kicked** 89:10,12,15 100:4

**kid** 10:14 11:20 13:15 27:15 28:5 55:6

**kids** 21:15,16,18

**kill** 72:20

**kind** 9:9 13:9 39:7 84:15 87:17 102:19 105:2

**Kindergarten** 93:13

**kinds** 16:23 17:24

**kitchen** 80:20,23

**knew** 33:13 37:22 48:25

**L**

**Labor** 78:8

**ladies** 63:16



**lady** 30:24,25 71:7,8

**Lantus** 17:25

**laundry** 77:12

**law** 97:11,14 100:4

**lawsuit** 41:24 44:16, 18,22 51:12

**leave** 97:7 99:22,25 100:7

**leaves** 24:19

**leaving** 18:16 57:11 68:14

**left** 12:12,15 18:7,10 19:1,14 24:13,16 32:13 52:7 57:7,18 58:11 61:21 63:17 73:23 74:2,7,8,10 75:4,8,14 85:6 96:12 102:2,10 103:14 105:3,20,23

**left-hand** 38:12 62:21

**leg** 29:19

**legs** 17:1

**length** 60:20

**let alone** 43:16

**letter** 38:8

**letters** 35:15,16,20 36:3,7 54:20,21

**level** 8:25 93:7 94:13

**licensed** 102:17,21

**linen** 76:6 77:9,21

**Lisa** 23:4

**list** 12:19 85:5,9 96:11

**listed** 86:17

**live** 15:14 21:5,7,9,18 23:11,13 99:15

**lived** 32:23 98:19

**liver** 18:20

**lives** 21:11

**living** 12:20,22,23 13:1 20:5 96:14,23,24 97:3 98:3,7,16 99:16 100:8

**loaded** 33:1

**located** 88:16 94:11

**lock** 17:1 31:1 68:13, 16 71:16

**lockdown** 29:10 43:9 45:8

**locked** 29:12 36:18,23 37:1

**Lombino** 55:19,20 56:12 57:18 58:10 60:11,13 74:15 81:12 82:12 86:9,10 91:16, 24 92:5,7 100:15,17, 21 101:2,8,20,24 103:17

**long** 8:1 11:17,23 14:15,16 43:1 77:5,21 78:14 79:5

**longer** 21:2 82:24

**looked** 7:7 30:14 33:17 42:9 52:22 65:5 71:8 73:12 103:15

**loss** 50:1

**lost** 68:13 102:5,7

**lot** 17:1 65:7 70:19 77:1 105:7,15

**lube** 10:10,11,22,23 11:2,9,13,18 12:1,4,7 20:20 21:2 54:23 99:5

---

**M**

**M-E-N-D-I-V-I-L** 22:1

**Ma** 11:4,10,14

**made** 57:25 95:16

**mail** 34:25

**maintenance** 10:25

**make** 5:21,24 6:4 80:9 91:16 106:14

**makes** 5:14 15:16 23:7,8,9 24:8

**male** 71:11,23 72:4

**man** 65:23 66:7 100:3

**manager** 97:2

**map** 101:18,19

**marijuana** 86:4,6

**marked** 38:1,3 50:20 56:11

**married** 22:24 82:12

**mate** 39:7 43:8,12,14

**maximum** 69:14

**Mcdonald** 78:21,22

**means** 25:10 26:5

**mechanic** 10:2,5,7

**medical** 7:9 8:19 13:8 18:25 19:2 27:20,21 29:14,15 31:25 32:1,8, 16 33:19,23 36:12,17 37:7,14,23 41:20,23 42:1 43:24 46:2,6 47:23 48:2 50:15 53:23,25 54:6,7,10 57:8,12,18 58:2,4,5, 11,25 59:1,21 62:18 63:13,15,21 64:2,10 66:17,22 73:15,23 74:10 75:5,8,11,13 87:1,2,5,9,25 88:6,14 89:1 90:9,12,14,17 91:11,13,17,24 107:16

**medication** 17:24 87:16,17 89:23 90:15, 18,20

**medications** 14:3,7 17:17,19,20 18:4,5,8, 14,17 19:2,9,14,18,19 23:9 24:10 56:2,5,9

**medium** 69:14,22

**meet** 7:23 8:3 55:24, 25

**melee** 65:6

**Melissa** 85:24

**member** 28:20,22

**members** 34:20 35:13 54:17

**memories** 33:18 53:15 104:13

**memory** 28:2,4,7,24 37:1 39:16 44:17 45:17 46:3,5,8 48:12,

18 104:2

**Mendivil** 21:24 22:1,7, 8

**mental** 92:13

**mentioned** 44:16

**mentions** 46:1

**Mercaldo** 20:15,16,18

**met** 8:6 66:20,22

**Michael** 5:11

**Michelle** 55:20

**middle** 38:19 41:10

**million** 53:3,11

**mind** 50:3 83:5

**mine** 47:11

**minute** 61:18 100:18

**minutes** 8:2

**missing** 85:15,17,20

**mist** 71:1,2

**mobile** 11:4

**moment** 24:12 70:7

**money** 44:23

**month** 34:10 97:5 98:21 99:13

**months** 45:10 67:9 77:6,7,8,23 78:15,16 79:6

**mop** 80:19

**morning** 87:10 100:5

**Mountain** 94:18

**move** 9:25 74:19

---

**N**

**nah-uh** 16:9

**names** 11:15 17:18 22:4 43:16

**natural** 98:25 99:10, 17 100:1

**neck** 54:2,10

**needed** 37:7 50:15



David Garcia v. Corizon Health
DAVID GARCIA - September 25, 2018

105:21,24

**needle** 15:2,7

**needles** 14:23 15:1

**neighbors** 64:16

**nerve** 50:1

**neuropathy** 14:10 15:12,23 17:23 18:5

**neurosurgeon** 104:22

**Nice** 55:24,25

**Ninth** 94:24

**nods** 6:2

**Northern** 87:3,4

**notation** 53:24

**notepad** 105:7

**notes** 53:14,21 54:9

**November** 26:1

**numb** 14:23

**number** 51:4 53:7 55:22 81:19,21,24 83:15,20 84:23,25 85:3 91:1,22 92:1,2,24 93:2

**numbers** 24:7 52:1 81:25

**nurses** 23:19 36:15, 16 75:17

**nursing** 23:16,17

**O**

**objection** 74:12 101:4

**observe** 101:15

**occasions** 50:14

**occupational** 24:14 33:24

**office** 23:24 66:10,18 91:9

**officer** 29:24 30:17,25 59:11 61:12,13 64:5, 23 66:9,11,24 67:18, 19 68:1 70:1,16,17 71:1,8 72:8,22,25 73:3

75:10 100:24 101:3,12

**officers** 61:13 63:8,9 70:8,23 71:11,23 72:5, 10,17,18 75:13

**oil** 10:23

**ol'** 30:9,15 32:4 33:7 65:7,10,13 89:9

**oldest** 21:19 22:2

**open** 31:2,22 58:24 65:19 66:13 68:1

**opened** 29:13,14 30:20 31:1 44:25 45:3 59:11 61:14 65:17,18 66:25 67:16,17,23,25 68:2,3 70:10,16,24 71:4,7,18 72:1

**opening** 30:5 72:9

**opens** 30:20

**operations** 20:20

**oral** 5:25

**orange** 30:15 64:24, 25 65:13 71:1,2

**order** 79:8

**original** 38:9

**owned** 99:5

**P**

**p.m.** 107:21

**pages** 51:4,5,18 84:24

**pain** 14:10,14,21 15:12,23 16:1,4,6,17 18:5,8,14,17 19:2,9, 14,18 50:1,3 105:9

**pains** 15:2 16:18

**paragraph** 39:11 41:6,10 42:17,21 45:23 46:18 47:6 49:22,23

**paragraphs** 7:12 8:15 38:20 44:12 48:4

**paraphernalia** 25:1

**part** 11:8,9,13 14:9 32:2,20 36:22 39:11

48:2

**pass** 55:12

**passed** 100:23 101:2

**past** 56:6 82:22

**path** 31:11

**pathway** 62:4

**pay** 55:1 84:8

**paying** 12:25 13:3 72:2 96:16 97:5 98:21 99:13

**payroll** 10:16 11:22, 23

**pending** 86:8

**people** 23:25 27:25 30:9,23 31:3,5,10,16, 17 32:5,24 39:4,5 44:19,25 45:3 59:3,6 61:10 65:15,19 66:7, 19 67:24 72:20 80:24 85:10

**perfect** 6:15

**period** 88:21

**permanent** 69:19

**personnel** 27:21 36:12 45:16

**petitioned** 97:15

**Phoenix** 5:1 21:5,7,9, 12,18 34:2 77:13 93:16 94:12 96:14 98:19

**phone** 45:7

**physical** 24:14 33:24

**pick** 89:22,23

**picking** 24:19

**pills** 104:23

**place** 38:13 40:15 76:6 77:9,12,22 78:6,7 79:12,13 96:12,13

**places** 12:19,25 76:3 79:7,8,20,21

**plaintiff** 52:5

**Plaintiff's** 56:13

**plan** 23:25

**pleading** 7:16

**point** 10:15 29:5 58:19 64:4 70:15 72:4 82:5

**poking** 14:24

**porter** 80:2,10,14,17

**portion** 38:19

**practitioner** 91:25

**premises** 97:11

**prepare** 7:6 51:22

**prescribe** 18:13 19:9, 18,25 20:1

**prescribed** 18:8 19:14 56:8 86:4

**prescription** 18:8,13

**press** 97:17 100:6

**pressure** 14:1 17:22, 24

**pretty** 15:14 52:18 75:15

**preventive** 10:25

**previously** 99:4

**pricks** 15:8

**primary** 86:1

**printed** 51:25

**prior** 19:8 50:4,14 78:11 96:6,23 98:3,18

**prison** 12:10,11,12,15 18:7,10,16,24,25 19:1, 14 21:19,20 24:13,16, 21 25:6,9,16,19,25 26:10,21,24 28:8,11, 15,19,25 34:14,25 36:3,8,10 37:5,22 38:6 45:16 48:23 53:16,24 54:13,17 55:7 69:17 74:20 75:24 80:2,5,8, 14,21 83:7 85:7 95:4, 6,7,9,13,16,17,19,22 96:8,12 101:19 102:2, 10 103:15 105:20,23 107:4,7,10

**prisoner** 39:14,17,19, 23 50:23 52:14,17



**prisoners** 37:12 39:5 55:8 62:11

**prisons** 37:17,19 74:23,24

**privileges** 89:18,19, 20,24

**privy** 71:21

**problems** 17:14

**programming** 29:9

**programs** 24:17

**proper** 105:24

**property** 97:11,13,14

**prove** 97:18

**provide** 91:20

**provided** 87:12,14 101:18

**provider** 54:11 88:18

**providers** 23:19 85:6, 13 88:5,19 91:14

**psychiatrist** 91:3

**PTSD** 86:4

**push** 66:10

**pushed** 61:15,16

**pushing** 32:18

**put** 10:15 30:25 32:17, 18 34:1,4,6 36:17 45:6 74:18 76:8 80:24 81:1, 19,24 83:15,20

**putting** 34:5

**Q**

**question** 5:23 6:7,9, 11,13,17,20,21 53:9 81:13 83:21 86:8

**questions** 5:25 6:16 19:21 24:3,6 33:13 49:4 83:5 103:18 104:8 106:23 107:15

**quit** 84:20

**QWEST** 11:15

**R**

**radiator** 10:23

**radiators** 10:24

**Ramirez** 91:2,11 92:8, 10

**Ramirez's** 91:5

**ran** 30:18,19,24,25 31:10 59:6,10,11,13 61:13 65:16,19 66:19, 21 68:19 71:1,2,4,5

**Rawa** 103:24,25

**Ray** 97:1

**read** 7:18 46:23 48:15 87:20 107:20

**Reading** 44:15

**ready** 105:4

**real** 16:9,10 17:3 34:3 64:16 81:5

**realized** 50:11

**reason** 27:22 40:22, 24,25 69:10 90:5

**reasons** 17:9,10

**rec** 30:20,21

**recall** 28:12 68:21 71:23 73:9 74:9,25 75:10 77:21 78:5,9 80:10,14,20 82:20 86:11,12,13 92:16,19 93:10 94:2,23

**recalling** 104:13

**receive** 54:21

**received** 95:8

**receiving** 57:8

**recently** 82:17

**recess** 35:5 100:20

**recollect** 68:4

**recollection** 7:21 70:14 71:9

**record** 5:10,24 38:5 55:14,16 100:17

**records** 7:9 8:19 13:9 27:20 53:23 91:11,13, 17 95:14

**recover** 90:20

**recovering** 84:14

**recovery** 85:14 98:13, 15,16

**recreation** 70:10

**refer** 88:5 89:3

**referred** 88:8 89:1,10

**refers** 92:1

**reflects** 69:8

**refresh** 7:21

**refusing** 27:5

**registers** 76:8,13

**regular** 106:20

**regularly** 18:5,17

**rehab** 84:15,16,17,18

**rehabilitation** 86:15

**relation** 101:11

**release** 55:7

**released** 25:5

**relock** 68:8

**remember** 7:19 8:16, 17,24 12:6,10,11 18:15,24 19:5,25 25:13,14,21 27:2,3,5, 7,8,10,13,18,25 28:9, 16 29:4,6 32:5,6,7,8, 15,21,22 33:2,15,16, 22 36:11 39:1,2,22 43:6,14 45:8,11,14 47:12,14,18 50:12,13, 14,19 51:21,24 52:24, 25 53:2,10,19,22 54:12,15 55:5,6,10,11 56:10 61:19 63:14,18 66:23 68:23 70:25 71:22 72:12 73:5,13 74:13 76:2 77:3,15,16 78:20 79:21,25 80:1, 12 81:11 82:10 83:4 84:2,3,10 87:18 91:6, 7,8 92:9,11 94:20 95:1,3 100:13,16 101:5,7 105:6,10

**remembering** 71:10

**rent** 12:25 13:3 96:16 97:5 98:21 99:13

**repair** 76:9

**rephrase** 19:12

**report** 69:5,8

**reporter** 5:22 59:14 61:19 62:8

**represent** 55:22

**reprimand** 45:2

**request** 37:12 46:17 49:1,5 50:16 91:16,22

**requested** 54:6

**requesting** 46:2,6 53:3,11

**requests** 8:20 12:19 37:20,23 38:5 49:8,13, 18

**resided** 96:12

**residence** 97:7 100:7

**resort** 78:18,19

**respond** 92:6

**response** 5:25 85:3 91:1 92:23 93:1

**responses** 12:18 56:13 84:23

**responsive** 91:22

**rest** 22:19 103:17

**result** 16:8

**retired** 21:1

**return** 73:14 100:21

**returned** 107:4,6,10

**returning** 57:4

**returns** 54:24 75:19, 20,23

**review** 8:7,19

**reviewed** 7:9,11 8:9

**right-hand** 38:10 40:12 42:5 43:18 45:19 46:12,23 47:19 51:1 52:1



David Garcia v. Corizon Health
DAVID GARCIA - September 25, 2018                                         Index: rights–street

**rights** 50:22

**Rio** 9:7,12,14,21 95:2, 21 96:7

**riot** 28:25 30:22 33:20 35:14,21 44:23 51:22 53:16 60:21,24 107:4, 7,10

**rioting** 63:21

**Rita** 68:22 69:9

**Road** 78:21 98:19 99:16

**Roeser** 98:19

**Romero** 85:24

**room** 36:18,23 37:2 42:3 43:10 45:5,6,9

**Rosa** 99:16

**route** 30:3

**rude** 6:4

**rules** 5:19

**run** 62:6 63:9

**Rundle** 86:2

**Runge** 70:9 72:22 73:3

**running** 20:19 30:11, 16 31:11 59:8 61:10, 13,17,21 62:5 72:7

**rush** 31:3

——————————

**S**

——————————

**S-T-E-P-H-E-N** 52:9

**S-W-A-R-T-Z** 52:8

**Salado** 9:7,12,15,21 95:2,21 96:7

**Santa** 68:22 69:9

**scared** 72:19

**scary** 72:19

**scattered** 71:4

**school** 93:5 94:19,21

**schools** 93:2

**Schwartz** 52:8

**Scottsdale** 78:21,22

**scratches** 54:2,10

**screaming** 30:11 31:17 63:16 65:7

**Sean** 22:22 107:16

**Security** 13:4,5 91:3

**sees** 86:16,20,22,23, 24

**send** 92:3

**senile** 100:3

**sentences** 38:20

**separated** 62:2,4 106:13

**September** 5:1 28:25 57:5 58:10 68:22 69:2, 9 74:25 80:4,7 83:2 100:22

**sergeant** 67:11 73:7

**series** 70:21 101:5

**served** 80:24

**service** 10:10,11,22 11:2,9,18 12:1,4,8 20:20 21:2 54:24

**services** 87:1,2,6,9, 11,14,25 88:6,14 89:1 90:10,12,14,17 92:13

**Set** 56:14

**Seventh** 94:10

**sh-** 65:7

**shakes** 6:2

**shocks** 10:24

**shoes** 15:20

**shop** 99:5

**short** 64:16

**shot** 29:23 57:16 73:16,25 74:2,4

**shots** 73:23

**showing** 38:1

**shows** 69:5

**shwish** 65:14

**side** 52:1 62:3,13,21

**sign** 40:22,23 41:1 107:18,20

**signature** 38:13,15,17 40:5,15,18 42:12,15, 18 44:5,7 47:1,4 48:9, 10 52:4,5 56:23

**signed** 40:20 44:9

**similar** 37:16 40:1 107:12

**sister** 19:23,24 20:2 35:17 98:5,14 103:9, 12 106:5

**sister's** 20:3 103:7

**sister-in-law's** 76:22

**sit** 81:20 83:10,16

**situation** 74:21

**sixth** 70:7 94:1

**sized** 106:20

**slow** 7:2,3

**slurred** 50:1 107:9

**Social** 13:4,5 91:2

**sort** 8:23

**sound** 19:8 24:22 25:7 26:1,12

**sounds** 69:7

**sources** 13:6

**South** 94:18

**speaking** 53:10

**specifically** 92:1

**speech** 24:14 33:24 50:1 107:9

**speed** 13:9

**spell** 41:16 43:5

**spent** 75:24

**spoken** 55:8

**spray** 65:12

**sprayed** 65:16 71:3

**sprayer** 30:18

**spraying** 70:20

**sprays** 65:11

**St** 34:2,21

**staff** 18:25 75:16

**stamp** 51:2

**stand** 29:15

**Standing** 101:13

**staples** 33:8

**start** 10:5 14:13 31:18 51:17 54:3 63:13 87:24

**started** 11:21 14:14 30:2,16 31:19 32:1 44:24 61:21 65:2 66:17 76:24 88:1,2 93:5 94:2

**starting** 51:5,17 62:24 65:4

**starts** 49:22,23

**state** 5:9 24:4 55:21 56:13 60:9 96:12

**stated** 27:20

**statement** 7:16 8:14

**statements** 7:12

**stay** 36:11 38:6 74:4

**stays** 37:5

**steady** 15:13,14

**stepfather** 99:2,3

**Stephen** 52:8

**steps** 105:21,24

**sticks** 33:21

**stitches** 33:8

**Stole** 26:9

**stoled** 26:8

**stomped** 68:18,19

**stop** 68:14

**stopped** 11:20 12:7 82:5,21 98:10

**straight** 30:6

**street** 61:3,4 77:12 96:14



David Garcia v. Corizon Health
DAVID GARCIA - September 25, 2018

**strength** 34:16

**strike** 79:10

**stucco** 78:6,7 79:13

**stuck** 42:3

**study** 96:4

**stuff** 9:19 16:23 18:20 19:22 20:10 24:18,19, 20 26:19 30:12 33:7 34:5 44:25 48:22 49:7 72:20 76:8 84:11

**stunned** 61:6,7

**subsides** 15:25

**suffer** 105:10

**suffering** 49:22,25

**sugars** 15:18,22 16:8, 15,19,20 17:10,13

**Sunland** 93:9,11,16

**supplement** 91:23 93:8

**supplemental** 92:4

**supports** 98:13,15

**supposed** 106:8

**Swartz** 52:19 53:10,20

**sweep** 80:18

**sweeping** 24:18

**swoosh** 65:13

**sworn** 5:4

**Sylvia** 20:4 21:7 23:6, 11,13,16 35:18,20 54:20

**Sylvia's** 20:11

**symptoms** 19:3

**system** 96:13

**Systems** 88:15,16,22, 25 89:13

---

**T**

**table** 55:1 60:2,16,17, 20

**tag** 73:12

**takes** 19:23 20:6,9 23:7

**taking** 5:22 13:22 14:3,7 18:4,5 23:5 24:10 27:10,13,18 28:2,4 48:21 86:6

**talk** 19:24 34:3 105:4

**talked** 73:11

**talking** 6:24 15:1 16:12 35:12 39:16 40:3 44:17 59:8 60:22 105:9

**taught** 34:2

**tax** 54:24 75:18,20,23

**teach** 34:11

**teaching** 9:19

**technical** 9:6,22

**telling** 11:8

**term** 60:25

**terminated** 93:6

**Terros** 92:12,13,14, 17,20

**testified** 5:5 56:1 57:7 58:20 70:15 99:4

**testimony** 57:11 96:6

**tests** 27:6

**text** 46:1

**theft** 24:25 25:10 26:4

**theirselves** 73:12

**therapy** 24:14 33:24, 25

**thing** 8:14 29:6,18 32:15 33:5 63:15 89:9

**things** 7:15 49:6 104:25 105:2,6

**thinking** 105:4

**Thomas** 103:24

**Thompson** 70:9 72:25 73:8

**thought** 31:24 54:11 63:10 86:10

**threatening** 45:16

**Three-quarters** 44:4

**threw** 45:5

**throw** 81:2

**till** 34:24

**time** 6:7 7:3 10:15 11:19 12:3,12 14:15, 16 16:11,13 18:10 21:25 24:22 25:9,16, 22,25 26:10 28:4 35:9 37:20 41:17 43:7,10 44:14,21 48:25 53:23 54:12 55:8 56:8 58:19 64:4 69:22 71:25 72:4, 7,11 73:25 77:16 78:1 79:12 81:20 82:1,14 87:8 88:21 95:5 102:3 103:14 105:19,23 106:18

**timeframe** 53:17

**times** 27:17 34:8 76:2 81:16,18 83:9,11,14, 16,17,18 84:1,3 102:13

**tips** 15:3

**today** 5:14 7:7,24 17:17,21 55:23 56:1,2 67:2 87:12,15 96:7 99:4 102:8

**told** 11:21 19:13 27:25 29:14,21 34:19,22,23 35:1,2,25 39:19 50:10 67:13,17,22 68:3,4,8, 15,17,18,20 69:5,8 70:25 74:13,17 86:12 104:22

**top** 38:9 40:12 42:5 43:18,24 45:19 46:11, 22 47:19,22,23 51:1, 25 85:2 92:23

**Tophas** 103:23

**tore** 98:2

**track** 32:1,3 66:20,21

**trade** 9:8

**trades** 9:8,9

**training** 9:6,22 23:16 76:15,17 96:7

**transferred** 68:21,23 69:9,13,14

**transportation** 25:10 26:5

**transported** 32:17

**trash** 81:2

**tray** 80:25 81:1

**treated** 74:5

**treating** 92:10

**treatment** 37:7 57:8 88:15,16,22,25 89:10, 12,13,15 92:14,16,19

**trespass** 26:14

**trouble** 104:13

**truck** 33:1

**true** 57:2 70:13,14 95:8

**truth** 86:18

**tube** 33:6

**Tucson** 34:2

**Tuesday** 5:1

**turn** 56:17 58:21,22 63:12 84:22 96:10

**turned** 31:25 32:4 58:20,24 59:21 62:17 63:20 64:1 66:16,19 82:17 83:2

**TV** 45:6

**Tylenol** 18:17

**Tylenols** 18:19

**type** 10:21 13:12,13, 14,15,16,19 14:9

---

**U**

**U.S.** 51:2

**uh-huh** 6:1 18:12 76:10 85:8,18 86:16 106:4

**unassisted** 98:4

**understand** 6:4,7,17 13:11 14:9 16:12,22 19:11 20:25 21:4 37:9



50:13 59:17,18 101:22

**understanding** 44:22

**understood** 6:12,21 37:6 48:25

uniform 71:15

uniforms 72:15

**unit** 53:25 54:6 57:8, 12,15,18 58:2,3,5,11, 18,23 59:20,22 60:6, 19 61:1 62:18 63:21 64:11 65:1,4,24 68:22 69:14,15,19,22 70:9 73:15,24 74:10 75:5,8, 11,14 100:23 101:2,9, 11 106:10,14,16

**units** 76:14

**University** 33:19,23 77:13

useless 63:1

USWEST 11:3,15

---

**V**

vehicle 103:11

**vehicles** 10:25 11:1, 12,14

**Verification** 56:21

verifying 56:25 57:1

violation 39:12,15

vision 50:1

visit 34:21 54:17

visited 91:9

---

**W**

wait 61:18

waiver 67:13

**Waking** 29:9

**walk** 24:20 31:12,13 34:4,8

walk- 31:11

walked 30:5

walker 34:6

**walking** 30:2,8 31:8, 25 32:1 57:21 58:15, 16 59:12 61:5 64:9,21 66:6,17 101:9

walkway 62:1

wallet 105:3

**wanted** 44:24 45:1 67:12,23 73:10 97:14 100:7

ward 36:17

washed 78:23 80:24

waxing 9:18

wear 23:8

**week** 8:3,7,18 69:18, 19,20 89:22,25 90:3,7, 9

weeks 33:3,4

**West** 96:14,24 98:8, 18,19

whack 16:21,25

whatsoever 104:2

white 33:7

wife 82:7

wife's 23:3

wiggling 15:2

**Wilmot** 18:7 25:19,22 28:25 36:10 37:22 38:6 53:24 54:13,16 55:7

wind 98:2

window 32:24

windows 32:25

windshield 10:24

wipers 10:25

witnesses 97:18

woke 33:5

**WOODS** 7:20 20:17, 22 22:23 27:14 29:1 37:3,8 45:13 49:10,15 50:18 52:23 53:18 54:14 55:3,14 57:13

58:8 60:9,12 74:12 81:10 82:9 86:8 91:19 92:1,6 100:12,25 101:4,17,21 104:6,8, 12,19,25 106:22 107:18

words 34:3 59:15

**work** 9:24 10:7,13,21 11:17,23 12:5,8,13 24:19 76:3,8 77:2,5,14 78:11,14,18 79:5,12, 17 80:9 96:3

**worked** 12:3,15,17 75:25 76:5,6,7,24 77:21 78:6 79:8,12 99:5

**working** 11:20,21 12:7 21:2 54:23 75:19 76:25 78:1 80:10,14, 20

worried 66:15

worry 66:14

worse 15:16

wound 29:20 74:5

wrecked 97:13

**write** 35:15 39:3,20,24 41:16,18 42:21,22,24, 25 43:5 47:13,17 50:7, 8,16,17 52:19 53:21 54:20 105:7

writing 35:1 47:12

**written** 8:15 42:17 48:19 49:18

wrong 19:25 29:18

**wrote** 35:1,20 36:3,7 38:17,25 39:20,24 41:14 42:21 44:11 47:14 52:20,21

---

**Y**

**yard** 24:19 30:9,19 31:17,19 32:19,21 59:7 62:3 64:18 66:10, 18 68:13,15 69:23,24 101:8,15 106:11,12,14

Yards 58:6

year 77:4 82:22 88:23, 24 102:25

**years** 10:6,8 11:5,16, 22 75:24 77:2 81:21, 23 94:5,18

yell 74:24

**yelling** 30:10 31:18 66:5

young 81:5

**younger** 10:14 27:16 77:1,3

---

**Z**

Zamora 22:11

---



PAGE 1 of 2 (original)

Garcia
Exhibit 1
Date 9-25-18

ARIZONA DEPARTMENT OF CORRECTIONS

Requests are limited to one name and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

Inmate Letter

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Garcia, David. M | 106743 | Tucson/Manz./11 | 1/12/13 |

| To: COIII J. KOKEMOR | Location COIII Office—ASPC-T-Manzanita |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Informal Resolution: Threat to Safety (violation of the Eighth Amendment)
I am willing to resolve the following issue. Under the Eighth amendment to the United States Constitution, I am protected, better yet, my safety, by any circumstance, is not to ever be exposed to threat or risk of any sort.

Sometime towards the end of September of 2012, during the first week of my imprisonment in the Dept. of Corrections, I found myself in a coma with life threatening injuries as a result of negligence in behalf of D.O.C. officers.

I vividly recall exiting medical and going towards my housing unit. Inexplicably, during a full blown riot, and "ICS" initiated, I found myself in the center of it all but protected until, I seen COII Alvarez and COII Martinez open the gate and a multitude of blacks ran out, caught me by myself, attacked me, stomped me, and almost killed me!

I was in the hospital for two months. I was in a coma. I suffered chronically serious trauma to the head, my head was literally split from my forehead all the way to the back of my head. I couldn't speak, I couldn't walk. To make matters worse, this institution attempted to conceal this prevent occurrence by not notifying my family. They were worried sick! They thought I was dead since the seriousness of the riot made national news. I intend to pursue a federal complaint but will resolve this issue once I am awarded monetary compensation for: pain & suffering; mental anguish; emotional distress; violation of rights; irreparable damage; negligence.

| Inmate Signature | Date 1-13-2003 |
|---|---|

| Have You Discussed This With Institution Staff?  ☐ Yes  ☐ No | RECEIVED BY: _____ |
| If yes, give the staff member's name: | BADGE # 9144    DATE 1/13/14 |

Distribution: Original - Master Record File
Copy - Inmate

GARCIA_000095

916
5/14/

Page 2 of 2 (copy)

ARIZONA DEPARTMENT OF CORRECTIONS

Requests are limited to one page and one issue NO ATTACHMENTS PERMITTED Please print all information

Inmate Letter

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Garcia, David M | 106743 | Tucson / Manz / 91 | 1/12/13 |

| To: | Location |
|---|---|
| COIII | COIII office     ASPC-T-Manzanita CDCI, COIII officer |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Informal Resolution: Threat to Safety (Violation of the Eighth Amendment) I am willing to resolve the following issue. Under the Eighth Amendment to the United States Constitution, I am protected better yet, my safety, by any circumstance, is not to ever be exposed to threat or risk of any sort.

Sometime towards the end of September of 2012, during the first week of my imprisonment in the Dept of Corrections, I found myself in a coma with life threatening injuries as a result of negligence in behalf of D.O.C. officers.

I vividly recall exiting medical and going towards my housing unit, I inexplicably, during a full blown riot, and "Ics" initiated, I was found myself in the center of it all but protected until, I seen C.O.II Alvarez and C.O.II Martinez open the gate and a multitude of blacks ran out, caught me by myself, attacked me, stomped me, & almost killed me!

I was in the hospital for two months. I was in a coma. I suffered chronically serious trauma to the head. My head was literally split from my forehead all the way back of my head. I couldnt speak, I couldnt walk. To make matters worse, this institution attempted to conceal this preventable occurrance by not notifying my family. They were worried sick!! They thought I was dead since the seriousness of the riot made national news, I intend to pursue a federal complaint but will resolve this issue once I am awarded monetary compensation for: pain & suffering; mental anguish; emotional distress; violation of my rights; irreparent damage; and negligence.

| Inmate Signature | Date |
|---|---|
| | 1-12-2013 |

| Have You Discussed This With Institution Staff?  ☐ Yes  ☐ No | RECEIVED BY: Gomez |
|---|---|
| If yes, give the staff member's name: | BADGE # 1544   DATE: 1/15/ |

Distribution  Original - Master Record File
Copy - Inmate

GARCIA_000094          5P

**ARIZONA DEPARTMENT OF CORRECTIONS**
Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

**SECTION/SECCION I**

Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial)
GARCIA, DAVID

ADC Number/Número de ADC
106743

Date/Fecha
8-3-13

Call/Bed Number/Celda/Número de Cama
5FHL

Unit/Unidad
BACHMAN

P.O. Box/Apartado Postal

Institution/Facility/Instalación: ASPC
Lewis

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). (Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar, asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria [Use este formulario para describir un problema a la vez])

**SECTION/SECCION II**

AREA OF INTEREST(Check only one block below)/AREA DE INTERES(MARQUE UN ESPACIO SOLAMENTE) [X] Medical/Médica ☐ Dental ☐ FI
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique)
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!] I have continually requested follow up treatment and Medical Care by physical therapists, neurologists and other professional from the Attack on me of 9/20/12 and the resulting traumatic head & brain injuries I sustained as a part of it I would like to be refered to a neurologist Consult ASAP to Measure the degree of permanent brain injury, I've sustained and if there is further treatment and care that should be provided to me that is not presently being provided. Please Schedule me to discuss this ASAP.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exonolnes otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero _____

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MEDICAS]

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA [✓] Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____
Comments/Comentarios _____

Staff Signature Stamp/Firma del empleado

Date/Fecha

Time/Hora

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION
you are schedule for Provider Line.

Staff Signature Stamp/Firma del empleado

Date/Fecha
8/10/13

Time/Hora
1160

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero
This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101
1

GARCIA_000083

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

**SECTION/SECCION I**

Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial)
Garcia, David M

ADC Number/Número de ADC
166743

Date/Fecha
8-3-13

Cell/Bed Number/Celda/Número de Cama
B-4-4

Unit/Unidad
Rehman

P.O. Box/Apartado Postal

Institution/Facility/Instalación: ASPC
Aspc - Lewis

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria [Use este formulario para describir un problema a la vez]]

**SECTION/SECCION II**

AREA OF INTEREST(Check only one block below)/AREA DE INTERES(MARQUE UN ESPACIO SOLAMENTE) [X] Medical/Médica [ ] Dental [ ] FI
[ ] Pharmacy/Farmacia [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other (specify)/Otros (especifique)
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I am a Insulin Diabetic. And my Gabapentin meds exp in Sep 2013. I need to be seen ASAP to get a renewal for my med. So I won't stop getting them

Thank you

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA [X] Medical/Médica [ ] Dental [ ] Pharmacy/Farmacia [ ] FHA
[ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other/Otros (specify) (especifique)
Comments/Comentarios

Staff Signature Stamp/Firma del empleado

Date/Fecha

Time/Hora

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION

Staff Signature Stamp/Firma del empleado

Date/Fecha
8/1/13

Time/Hora
1100

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisionero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

GARCIA_000084

1101
1

"Medical Complaint"

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit   SF4L | Date |
|---|---|---|---|
| GARCIA, DAVID | 106743 | Lewis / Bachman | 8-4-13 |

| To AHN: CAMERON LEWIS, Site MGR, CORIZON HEALTH Services | Location   Lewis Medical Complex |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

"I AM Attempting to informally resolve the following problem." Since the 9/20/12 attack on me at Santa Rita Unit at Tucson Complex and Multiple head and brain Surgeries I have requested and not been granted Follow physical therapy, off-Site Consults with A Neurologist to determine the degree of permanent brain injury I have suffered and what, if any other Kinds of treatment are AVAILABLE to me. However, both Wexford & Corizon has dropped the ball as far as my requests for treatment or for my pain issues. A civil lawsuit in Federal Court has already been initiated regarding certain issues stemming from this lawsuit, I would like to Know if Corizon is going to provide me with any type of followup Medical CAre & treatment, or are they going to sweep my case under the rug as it has been Since my Surgeries. I presently am experiencing severe pain in my head with headaches and am having problems with my day to day life styles as my entire life has changed Since the injury, I want to be immediately Scheduled to See yard provider, and refered to an outside consult with Neurologist. I would also like to be provided some Kind of pain Medications other than Tylenol that alleviates pain & headaches. I have put in HNR's previously and it doesn't do any good as nothing comes of them. Please contact yard provider and schedule Appt for me with him to discuss my Medical issues.

| Inmate Signature   David Garcia | Date   8-4-13 |
|---|---|

Have You Discussed This With Institution Staff?     ☐ Yes     ☐ No

If Yes, give the staff member Name:

Distribution:   Original - Inmate
Copy - Grievance Coordinator File

902-11(e)
12/10/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

| | | |
|---|---|---|
| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
| Garcia, Javier M. | 105743 | 1/11/2014 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación |
|---|---|---|---|
| 1-D-5 | BMU | 3600 | ASPC |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria [Use este formulario para describir un problema a la vez]

AREA OF INTEREST(Check only one block below)/AREA DE INTERES(MARQUE UN ESPACIO SOLAMENTE) ☐ Medical/Médica ☐ Dental ☐ FH
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☒ Other (specify)/Otros (específique) _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I need access to my M___ ___ F___ ___ either has Cap___ ___ ___ ___ Wi___ ___ informa___ that I need.
I have a Session on 2/14/14 and would Very much appreciate it if I could arrange access for me as soon as possible.

THANK You!!

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exonaciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (específique) _____
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

PLAN OF ACTION/PLAN DE ACCION

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisionero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

GARCIA_000108

**ARIZONA DEPARTMENT OF CORRECTIONS**
Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

## SECTION/SECCION I

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| GARCIA, DAVID M. | 106743 | 1/17/2014 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 1-D-5 | 1-D-5 | 3600 | Lewis - RAST |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema de cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria [Use este formulario para describir un problema a la vez].*

## SECTION/SECCION II

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) ☐ Medical/Médica ☐ Dental ☐ FH.
☐ Pharmacy/Farmacia ☒ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify) (especifique)
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Since being severly assulted on 12-26-13 I have had a surgery off of a AR + at ASPC Tucson Santa Rita I believe I am experiencing Suicidal Ideas as I am cutting + I have extreme paranoia. On + off I'm So depressed I can barely function + I cry out of fear. All of this on top of the extreme Physical Problems and pain I'm having which I'm being denied treatment and/or Medication For. I'm having an extremely difficult time Performing the Necessary activities of living. May I please be Seen.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE L COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

## SECTION/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

## SECTION/SECCION IV

PLAN OF ACTION/PLAN DE ACCION

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-1C

GARCIA_000107

**ARIZONA DEPARTMENT OF CORRECTIONS**

Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

**SECTION/SECCION I**

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| García Jyler M. | 106743 | 1/19/204 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad RASR | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 1-D-5 | 1-D-5 | 3600 | Lewis RASR |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]*

**SECTION/SECCION II**

AREA OF INTEREST*(Check only one block below)*/AREA DE INTERES*(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FH/
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)*
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!] Since my head/Brain surgeries I have almost Constantly been suffering from Headaches, Dizziness, Imbalance, Slurred and Slow speech, I'm I have problems concentrating and thinking and at times my vision is blurry along with a constant pain throughout my scalp and face what feels like a knife being shoved under my skin. Additionally the Neuropathy from my diabetes seems to become worse everyday.

Further, this year I had a CatScan performed and the doctor at Corizon told me that I have no bleeding in my brain (no more) without bleeding, I should be given no treatment, and that for any and all wounds I was healing that I also contract I.B.V.S From the tqm store.

May I please be sent to address these medical issues I'm having and may I please be prescribed some type of Medication that will relieve my Pain Suffering & Neuropathy

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero  "THANK You"

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE L COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☒ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify)* *(especifique)*
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | 1/21/20 | 08:00 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10
10/1

— MEDICAL GRIEVANCE —

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue,
NO ATTACHMENTS PERMITTED. Please print all
information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| GARCIA, DAVID M. | 106743 | Lewis-RAST   1. D - 5 | 1 - 23 - 2014 |

| To | Location |
|---|---|
| CO. III  M^c CUTCHEON | Lewis - RAST    Bldg   1 C/D |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I am attempting to Informally Resolve the following problem: In September of 2012 I was assaulted and beaten during a Riot at A.S.P.C. Tucson, Santa Rita, As a Result I suffered brain damage and had to undergo two (2) brain surgeries and Physical Therapy.

After being returned to prison from St. Joseph's Hospital I have Not been given any type of follow up care other than an MRI. Corizon employee Tucker gave me the results of my MRI telling me there was No bleeding on my brain and that without any bleeding I needed No Medical treatment, and that for pain I would have to purchase Ibuprofen From the Inmate Store. Basically I was given No treatment and prescribed No pain medication or Follow up therapy.

I am suffering daily from headaches, Nerve pain, blurred vision, Slurred Speech, Loss of balance and a decrease in my Cognitive ability. I am in constant pain and my body and mind does Not function as well as it did Prior to the assault. I feel that there must be therapies and Medications available that will help me to regain a higher and better level of use of my limbs and help my Cognitive abilities to return to more of what they were prior to the assault.

I am Requesting the Following Relief,

1) That I be given follow-up care to help me rehabilitate my physical and Cognitive abilities to Some Semblance of what they were prior to the assault and improve on what they are Now.

2) That an Investigation into why I was Not given follow up care after two (2) brain Surgeries be Conducted,

3) That Some type of pain Management Plan be developed and Prescribed as Ibuprofen does Nothing to decrease my Suffering.

4) That Physical Therapy be authorized to help me regain More use of and improve My Physical and Mental functioning,

5) That Corizon and Corizon employees Involved in Failing to provide me with treatment be Censured and reprimanded,

| Inmate Signature | Date |
|---|---|
| [signature] | 1 - 23 - 2014 |

| Have You Discussed This With Institution Staff? | ☒ Yes   ☐ No |
|---|---|

If Yes, give the staff member Name: Previous Informal August 2013   Numerous HNR's

Distribution:  Original - Inmate
Copy – Grievance Coordinator File

802-11(a)
12/19/12

GARCIA_000106



Garcia
Exhibit  2
Date  9-25-18

DAVID M. GARCIA #106743
Name and Prisoner/Booking Number
A.S.P.C. LEWIS - RAST
Place of Confinement
P.O. BOX 3600, 1-D-5
Mailing Address
BUCKEYE, AZ  85326
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

☐ FILED    ☐ LODGED
☐ RECEIVED  ☐ COPY

FEB 13 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

DAVID   GARCIA
(Full Name of Plaintiff)      Plaintiff,

vs.

(1) CHARLES L. RYAN, et.al.,
(Full Name of Defendant)

(2) RICHARD PRATT,

(3) CAMERON LEWIS,

(4) LINDA HAMMER,
                  Defendant(s).
☑ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV 13-01591-PHX-DGL(MEA)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

JURY TRIAL REQUESTED
☐ Original Complaint
☑ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: A.S.P.C. TUCSON; TUCSON AZ AND A.S.P.C. LEWIS; BUCKEYE, AZ

Revised 2/9/07                    1                    **550/555**

ADDITIONAL DEFENDANTS:

5. WARDEN THOMAS

6. DEPUTY WARDEN LUNDBERG

7. CAPTAIN CHILDREE

8. C.O.III J. KOKEMOR #5267

9. TUCKER

10. John DOE #1

11. John DOE #2

12. John DOE #3

A. JURISDICTION (CONTINUED)

STATEMENT OF PROCEDURAL HISTORY:

The INSTANT Complaint Constitutes plaintiff's First Amended Complaint. The Original Complaint, Garcia v. Ryan, et al, CV 13-01591-PHX-DGC-(MEA), was filed in this Court on August 5th, 2013. Notice of Assignment was issued by the Court Clerk on 8/5/2013.

The Next action in this case was taken on 1/15/2014 when the Honorable David G. Campbell issued an Order for Payment of Inmate Filing Fees and an Order granting Plaintiff in forma pauperis status and dismissing the Complaint for failure to state a Claim, however, leave to file an Amended Complaint within 30 days was granted. Plaintiff's Motion for Appointment of Counsel was denied.

Thus plaintiff hereby submits a First Amended Complaint in which some of the defendants in the Original Complaint have

been removed and New and relevant defendants added
along with material and relevant facts and exhibits
which plaintiff prays will present a clearer picture and
adequately state a claim.

## B. DEFENDANTS

1.  Name of first Defendant: SEE PAGE 2-A, ATTACHED . The first Defendant is employed as:
    _____ at _____.
    (Position and Title)                                    (Institution)

2.  Name of second Defendant: _____. The second Defendant is employed as:
    _____ at _____.
    (Position and Title)                                    (Institution)

3.  Name of third Defendant: _____. The third Defendant is employed as:
    _____ at _____.
    (Position and Title)                                    (Institution)

4.  Name of fourth Defendant: _____. The fourth Defendant is employed as:
    _____ at _____.
    (Position and Title)                                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☑ No

2.  If yes, how many lawsuits have you filed? N/A. Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: N/A v. _____
        2.  Court and case number: _____
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

    b.  Second prior lawsuit: N/A
        1.  Parties: _____ v. _____
        2.  Court and case number: _____
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

    c.  Third prior lawsuit: N/A
        1.  Parties: _____ v. _____
        2.  Court and case number: _____
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## B. DEFENDANTS

1. Name of first Defendant: CHARLES L. RYAN. The first defendant is employed as: Director of the Arizona Department of Corrections, (A.D.O.C. hereinafter) at A.D.O.C. Central Office in Phoenix, AZ. Mr. Ryan is sued herein in both his official and individual capacities. Mr. Ryan at all time relevant to this case was acting under color of state law and he is responsible for establishing, monitoring and enforcing overall operations, policies and practices of the A.D.O.C. which includes the provision of constitutionally adequate Medical, Mental Health and Dental care for all prisoners committed to the custody of the A.D.O.C., see A.R.S. §§ 31-201; 41-1604(A); 41-1608. As A.D.O.C. Director Mr. Ryan is responsible for decisions concerning hiring of staff, supervision, deployment and training that directly affect prisoners' abilities to obtain adequate and necessary health care services. Mr. Ryan is also responsible for providing constitutional conditions of confinement, the resolution and addressing of grievances and corrective disciplinary action for all staff.

2. Name of second defendant: Richard Pratt. The second defendant is employed as the Interim Division Director of the Health Services Division of the A.D.O.C. at A.D.O.C. Central Office, Phoenix, AZ. Mr. Pratt is being sued in his official and individual capacities and he is responsible for establishing, monitoring and supervising and enforcing system-wide health care practices and policies. He is responsible for the

2-A

provision of adequate health care for all prisoners within the custody of the A.D.O.C. and at all times relevant to this matter he was acting under Color of State Law.

3. Name of the third defendant: Cameron Lewis. The third defendant is employed as an ON-SITE Manager for Corizon Health Care at A.S.P.C. Lewis and was acting under Color of State Law. Mr. Lewis is being sued in both his official and individual capacities as he was responsible for the provision of adequate health care services and the supervising of health care staff and failed to uphold his responsibilities.

4. Name of the fourth defendant: Linda Hammer. The fourth defendant is employed as an ON-SITE Manager for Corizon Health Care at A.S.P.C. Lewis and at all time was acting under Color of State Law. Ms. Hammer is being sued in both her individual and official capacities for failing in her responsibility to provide adequate health care services and supervision of the health care staff which caused Plaintiff damage, pain and suffering.

5. Name of the fifth defendant: Warden Thomas. The fifth defendant is employed as a Complex Warden at A.S.P.C. Tucson and at all times relevant to this case was acting under Color of State Law. Mr. Thomas is responsible for the supervising of A.S.P.C. Tucson staff, the safety and security of the prisoners, daily operations, conditions of confinement

2-B

policy compliance, training and disciplining of staff and the addressing and resolution of problems that effect the prisoner's daily lives. Mr. Thomas is being sued in his official and individual capacities for failing his responsibilities and duty of care owed to Plaintiff.

6. The sixth Named defendant: Deputy Warden Lundberg. The sixth defendant is employed as a Deputy Warden at A.S.P.C. Tucson, Manzanita Unit and at all times was acting under Color of State Law. Mr. Lundberg is responsible for the supervising of staff, daily operations, the addressing and resolution of grievances, policy compliance and numerous other duties. Mr. Lundberg is being sued in both his individual and official capacities.

7. Name of the seventh defendant: Captain Childree. The seventh defendant is employed as a Captain at A.S.P.C. Tucson and at all times relevant was acting under Color of State Law. Mr. Childree is responsible for supervising, training and disciplining staff, daily operations, safety and security of prisoners, conditions of confinement, policy compliance and the resolution of grievances affecting prisoners among other duties. Mr. Childree is being sued in both his official and individual capacities.

8. Name of the eigth defendant: J. Kokemor #5267. The eigth defendant is employed as a Correctional Officer (CO III) at A.S.P.C. Tucson and at all times was acting under Color of State Law. Mr. Kokemor is responsible for assisting prisoners with the

2-c

Necessities of Classification, resolution of complaints and grievances, and other duties related to prison life. Mr. Kokemor is being sued in his official and individual capacities.

9. Name of the Ninth defendant: Tucker. The Ninth defendant is employen as a Medical person by Corizon Health Services at A.S.P.C. Lewis, and at all times was acting under Color of State Law. Mr. Tucker's medical title is Unknown, however, Mr. Tucker was providing medical attention and treatment to prisoners at A.S.P.C. Lewis, Bachman Unit and has the responsibility and duty to ensure that prisoners receive Necessary and adequate medical treatment and Mr. Tucker's failure of this duty causes him to be sued in both his individual and official capacities.

10. Name of the tenth defendant: John Doe #1. The tenth defendant is employed as a COII at A.S.P.C. Tucson, and at all times was acting under Color of State Law. Mr. Doe #1 is responsible for the safety and security of the prisoners under his supervision. Mr. Doe #1's failure to keep Plaintiff safe and acting to facilitate Plaintiff's assault and beating is cause for his being sued in both his individual and official capacities.

11. Name of the eleventh defendant: John Doe #2. The eleventh defendant is employed as a C.O.II at A.S.P.C. Tucson and at all times was acting under Color of State law. Mr. Doe #2 is responsible for the safety and security of the prisoners

2-D

under his Supervision. Mr. Doe #2's failure to keep plaintiff safe from being assaulted and beaten and facilitating said attack is reason for his being sued in his individual and official capacities.

12. Name of the twelveth defendant: John Doe #3. The twelveth defendant is employed as a C.O.III at A.S.P.C. Tucson and at all times relevant to this case was acting under Color of State Law. Ms. Jane Doe is responsible for the safety and security of the prisoners under her supervision. Ms. Doe's failure to keep plaintiff safe from being assaulted and beaten and facilitating said attack is reason for her being sued in her individual and official capacities.

13. Plaintiff reserves the right to Amend the List of defendants as more facts and information become available through investigation and discovery.

### D. CAUSE OF ACTION

#### COUNT I

1. State the constitutional or other federal civil right that was violated: _EIGTH AMENDMENT TO THE United States CONSTITUTION_

2. Count I. Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. Supporting Facts. State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Plaintiff David M. Garcia, is and was a prisoner in the Arizona Department of Corrections, (hereinafter A.D.O.C.), at all times relevant to this action. At the time of the filing of this First Amended Complaint Plaintiff is housed at A.S.P.C. Lewis in Buckeye, AZ, and at all other times relevant to this action Plaintiff was housed at A.S.P.C. Tucson, Tucson AZ.

   The originating cause of this action took place on September 20th, 2012 at the Santa Rita UNIT of the A.D.O.C. Tucson prison complex. At approximately 5:00 PM Plaintiff was instructed to Return to his Housing Unit/Yard, Unit #4, from the Medical building and Plaintiff was released from the Medical building onto the large recreation Field and started walking back to his assigned housing unit/yard.

   (CONTINUED, PAGE 3-A→)

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).

   Plaintiff was assaulted and beaten by numerous inmates suffering severe head and body injuries to the extent two (2) brain surgeries and two (2) month of physical therapy were required. Plaintiff still has not fully recovered.

5. Administrative Remedies:
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

D. CAUSE OF ACTION
COUNT I (CONTINUED)

In order to present a clear picture plaintiff will attempt to describe the layout of the Santa Rita Unit at A.S.P.C. Tucson. Santa Rita Unit consists of Numerous buildings and individual housing Units/yards surrounding a large center area or recreation field. Each and every housing Unit/yard is separated not only from the large recreation field but also from each other by razor wire topped fences and locked gates. Each housing Unit/yard is its own mini Unit. Said housing Units/yards are meant and suppose to be kept securely separated from each other and the large recreation field at all times. In otherwords the 200 or so inmates housed on each individual Unit/yard are suppose to be kept separate from each other for many different security reasons.

On September 20th 2012 as Plaintiff was returning to his housing Unit/yard from the medical building a mass disturbance or riot, between the different races of inmates started on housing Unit/yard #3. These events and riot were reported and aired on state and National T.V. News programs. Plaintiff was able to observe these events unfolding through the fences and secured gates as plaintiff walked back to his assigned housing Unit/yard. While plaintiff was securely watching this riot take place plaintiff observed several Correctional Officers (C.O.'s), defendants Does 1, 2 and 3, Names being unknown at this time, attempting to control the rioters by verbal commands and the

3 - A

dispensing of tear gas as they ran away.

While plaintiff was on the large recreation field observing these events unfold plaintiff was the only inmate on the large recreation field and was separated from the fighting and violence by fences topped with razor wire and locked gates when plaintiff observed defendants John Does #1 and #2, and Jane Doe, two male and one female C.O.'s, approach the locked gate separating the large recreation field and Plaintiff from the riot. All of a sudden one of the John Doe defendants extracted a set of keys from his pants pocket, unlocked and opened the gate, contrary to A.D.O.C. policy and established practices and procedures, separating and protecting the plaintiff from the riot. As a direct result of Defendant John Doe unlocking and opening the gate a large group of African Americans were allowed access to and forced their way through the now unlocked/unsecured gate onto the large recreation field where they immediately went after, attacked, assaulted and beat plaintiff.

From this point on plaintiff does not have a concrete memory of further events, however, plaintiff does know that plaintiff was struck in the head with a metal object repeatedly by inmate Richard Johnson and was severely beaten by Johnson and numerous other inmates. Plaintiff was rendered unconcious and sustained severe

3-B.

and traumatic injuries to plaintiff's head, brain and body. Inmate Richard Johnson was the only inmate known to plaintiff to have received disciplinary charges and criminal charges in Pima County case number: CR 2013-1188.

The intentional, wilful and negligent actions of John Does #1 and #2 and Jane Doe in unlocking and opening the secured gate separating housing unit #3 from the large recreation field which was protecting and keeping plaintiff separate from the violence and fighting is the direct cause of plaintiff being assaulted, beaten and sustaining traumatic, permanent life altering injuries which have and still are severely affecting plaintiff's quality of life and ability to perform basic functions.

The next conscious memory that plaintiff can recall is waking up in a hospital bed at University Medical Center, (U.M.C.) in Tucson. While in U.M.C. it was necessary for plaintiff to undergo two (2) brain surgeries and have a hole in plaintiff's skull patched. Additionally it was necessary for plaintiff to undergo substantial and lengthy treatment for other injuries during the one (1) month stay in U.M.C. The injuries to plaintiff's brain has caused plaintiff to suffer numerous problems such as headaches, nerve pain, slow and slurred speech, blurred vision and other problems with plaintiffs eyes, a loss of balance and a severe decrease in

3-C

cognitive abilities. Basically plaintiff has suffered a complete change for the worse to his person, ability to function and quality of life that will effect plaintiff for the remainder of his life.

Upon plaintiff's release from U.M.C in Tucson plaintiff was transferred to St. Joesph's hospital in Phoenix where plaintiff underwent physical therapy for thirty (30) days in the attempt to assist plaintiff in regaining the use, and normal operation, of plaintiff's arms, legs and bodily functioning. To date plaintiff has not regained completely the normal use of his legs and arms nor plaintiff's cognitive abilities.

Upon being released from St. Joesph's hospital plaintiff was taken to A.S.P.C. Tucson, Rincon Unit, housing unit #9 medical unit where on approximately November 13th, 2012 an unknown Sargeant and female c.o. came to see plaintiff. The Sargeant told plaintiff that the rioting inmates had in fact broken down the gate, on September 30th 2012, gaining access to the large recreation field and thus plaintiff. However, when plaintiff told the sargeant that this was not true and that plaintiff, with his own eyes, saw one of the male co's extract keys from his pants pocket and unlock and open the gate the female c.o. then asked plaintiff if " he knew why the male c.o. had opened the gate?" When plaintiff responded "No" the female c.o. stated, " In order to let me out."

While at the Tucson Complex plaintiff started the

3 - D

the A.D.O.C. administrative Grievance process only to be thwarted at every step, (see Exhibit 1, attached), to which defendant Kokemor responded, (see Exhibit 2), and in which Defendant Captain Childree states that under riot conditions it would have been impossible to protect plaintiff and also refusing to provide the names and/or badge numbers of the three (3) Doe defendants. Defendant Childree, in this grievance response, goes on to admit that the gate through which Plaintiff's attackers gained access to plaintiff was in fact unlocked and opened, where defendant Childree states "But in opening the gate and allowing the African Americans to exit the yard the officer more than likely saved many more inmate lives."

Plaintiff submitted another Informal Complaint on 1/31/2013 requesting the names of the officers responsible for opening the gate and received another response from defendant Kokemor, (see Exhibit 3), stating the requested information could not be verified.

On 2/10/2013 plaintiff proceeded with a grievance against defendants Capt. Childree and the three (3) Doe's responsible for opening the gate, (see Exhibit 4). Plaintiff requested monetary reparations and disciplinary action against the CO's responsible. Plaintiff received a response on 3/11/2013, (see Exhibit 5) which claims there were 200 inmates involved in the riot, contradicting the previous grievance response which claimed there were 400 inmates involved in the riot, and denying any responsibility or liability

3-E

attributable to the A.D.O.C. as plaintiff's injuries were the "result of the action of other inmates," and denying any compensation, reparations or relief of any kind.

On 3/10/2013 plaintiff started another grievance, (see Exhibit 6), again in the hope of ascertaining the names of the C.O.'s responsible for opening the gate which allowed plaintiff to be attacked. Defendant Hokemus responded, (see Exhibit 7), claiming he could not provide a response. On 3/11/2013 plaintiff submitted a grievance Appeal, (see Exhibit 8), which was responded to by Warden Thomas on 3/29/2013, (see Exhibit 9), again denying that the A.D.O.C. was responsible or liable, claiming that plaintiff's injuries resulted from the actions of other inmates and that staff negligence played no part and that "Staff acted accordingly," denying any relief at all.

3-F

**COUNT II**

1, State the constitutional or other federal civil right that was violated: _Eighth Amendment_
_To The United States Constitution_

2. Count II.  Identify the issue involved.  Check only one.  State additional issues in separate counts,
   ☐ Basic necessities      ☐ Mail      ☐ Access to the court      ☒ Medical care
   ☐ Disciplinary proceedings      ☐ Property      ☐ Exercise of religion      ☐ Retaliation
   ☐ Excessive force by an officer      ☐ Threat to safety      ☐ Other:_____

3.  Supporting Facts.  State as briefly as possible the FACTS supporting Count II.  Describe exactly what
    each Defendant did or did not do that violated your rights.  State the facts clearly in your own words without
    citing legal authority or arguments,

    During the September 20th, 2012 assault and beating that Plaintiff
suffered, severe, and extensive injuries were inflicted on plaintiff
including having the skull broken open, exposing the brain. Plaintiff
was transported to U.M.C. in Tucson where it was found Plaintiff in
fact had suffered bodily traumas and also injuries to the brain.
During the course of the next thirty (30) days plaintiff underwent
two (2) brain surgeries and had a patch attached to his skull.
    After one (1) month in UMC plaintiff was transferred to St. Joseph's
hospital in Phoenix where he underwent thirty (30) days physical Therapy
to assistance in regaining as much use as possible of plaintiffs limbs,
after which plaintiff was returned to ASPC Tucson, Rincon Medical
Unit #9. Plaintiff was then placed in Manzanita Detention Unit and
remained there, until May of 2013 when plaintiff was placed in
protective custody and transferred A.S.P.C. Lewis, Bachman Unit.

(CONTINUED - PAGE 4-A)

4.  Injury.  State how you were injured by the actions or inactions of the Defendant(s),
    Plaintiff has been forced to endure months of pain without medication or
treatment for the multiple symptoms and conditions he has been and
is experiencing. Plaintiff has and is suffering Physically and Mentally,

5.  Administrative Remedies.
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available
        at your institution?      ☒ Yes    ☐ No
    b.  Did you submit a request for administrative relief on Count II?      ☒ Yes    ☐ No
    c.  Did you appeal your request for relief on Count II to the highest level?      ☒ Yes    ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why
        you did not. _____

4

D. CAUSE OF ACTION

COUNT II (CONTINUED)

Following plaintiff's release from St. Joesph's hospital and UMC, after having undergone two (2) brain surgeries and thirty (30) days physical therapy plaintiff was not provided any type of pain medication or pain management treatment, physical therapy or training, and no follow-up care all the way up to the present, even though plaintiff submitted numerous Health Needs Request, (H.N.R's)

Even with the submittal of multiple H.N.R.'s plaintiff was still not given any medical attention or treatment until after submitting an Informal Complaint, (see Exhibit 10), which to date has never been responded to. Finally plaintiff was seen and evaluated by Corizon employee defendant Tucker who ordered an MRI to be done. After said MRI plaintiff had a follow-up consultation with defendant Tucker who explained to plaintiff that said MRI showed "No bleeding on the brain and that without bleeding on the brain he (plaintiff) would not be receiving anymore treatment and for any pain he could purchase Thiprofen at the inmate store."

Plaintiff has had absolutely no follow-up care after the two (2) brain surgeries, other than the MRI, and yet plaintiff suffers constantly from headaches, vision problems, speech problems, a loss of balance, and sever cognitive problems. Plaintiff has submitted numerous H.N.R's concerning these symptoms and problems with no responses; the last Request was submitted on 1/19/2014, (see Exhibit 11). Plaintiff has also attempted to address the lack of medical care.

4-A

through the A.D.O.C. grievance system, (see Exhibit 10) with
No responses and most recently started an Informal
Complaint on 1/23/2014, and is awaiting a response, (see
Exhibit 12).

4-B

### E. REQUEST FOR RELIEF

State the relief you are seeking:

   Plaintiff requests that this Court order declaratory, Compensatory
and punitive damages against the defendants in their official and
individual capacities Jointly and severally.

                                             ( CONTINUED ON PAGE 6·A )

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _1-31-2014_                    _____
            DATE                           SIGNATURE OF PLAINTIFF


   STEPHEN O. SWARTZ
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)


_____
(Signature of attorney, if any)


_____
(Attorney's address & telephone number)


### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

### E. REQUEST FOR RELIEF
#### (CONTINUED)

Plaintiff requests that this Court declare that the A.D.O.C. and it's employees and representatives, have a duty and obligation to provide adequate medical care and that in the INSTANT case defendant's failed to honor and uphold their duty and obligation to provide medical care that meets societal standards. Furthermore that this honorable Court order the A.D.O.C. to immediately provide medical treatment for plaintiff through outside specialists to prevent plaintiff's condition from deteriorating further.

That this Court order monetary reparations to be in the form of compensatory and punitive damages and in the amount of three-Million (3,000,000,000.00) dollars against the defendants jointly and severally for the pain, suffering and life changing permanent injuries plaintiff suffered and is suffering and to also hopefully prevent the A.D.O.C. and defendants from inflicting this cruel and unusual punishment on others and acting in such an irresponsible and negligent manner that violates the standards of treatment of citizens and human beings that live in such an evolved society and country such as ours.

Plaintiff prays that this Honorable Court will order all the relief requested above and any other relief deemed to be just and appropriate under the premises.

6 · A

Garcia
Exhibit 3
Date 9-25-18

1  Robert T Mills (Arizona Bar #018853)
   Sean A Woods (Arizona Bar #028930)
2  Jordan C. Wolff (Arizona Bar #034110)
   **MILLS + WOODS LAW, PLLC**
3  5055 North 12th Street, Suite 101
   Phoenix, Arizona, 85014
4  Telephone (480) 999-4556
   docket@millsandwoods.com
5  *Attorneys for Plaintiff*

6

7              **UNITED STATES DISTRICT COURT**

8              **FOR THE DISTRICT OF ARIZONA**

9

10  David M. Garcia,                    Case No.: 2:13-cv-1591-DJH (DMF)

11              Plaintiff,              **PLAINTIFF'S RESPONSES TO**
                                        **STATE DEFENDANTS' FIRST SET**
12       vs.                            **OF INTERROGATORIES**

13
   Charles L. Ryan, et al,
14                                      (Assigned to Honorable Deborah M. Fine)
              Defendants.
15

16

17

18          Plaintiff David M. Garcia, by and through undersigned counsel, pursuant to Rules 26

19  and 33 of the Federal Rules of Civil Procedure, responds to State Defendants' First Set of

20  Non-Uniform Interrogatories to Plaintiff as follows:

21                          **PRELIMINARY STATEMENT**

22          Plaintiff has not completed its discovery, investigation, research, and pretrial

23  preparation. The following objections and responses are based on records and information

24  reasonably available to and located by Plaintiff as of the date of this response. Plaintiff

25  expressly reserves the right to complete its investigation and discovery of the facts and to

26  rely, at the time of trial or in other proceedings, upon documents and evidence in addition to

27  the information provided regardless of whether such information is newly discovered or

28  currently in existence.

Plaintiff may, in the future, obtain or locate additional documents and materials responsive to the Interrogatories. Plaintiff therefore reserves the right, at any time, to revise, amend, correct, supplement, modify, or clarify their objections and responses to these interrogatories, or production made pursuant thereto, as additional facts are ascertained, analyses are made, legal research is completed, contentions are made, and/or as a result of the court's legal determination of the issues. Plaintiff does not undertake to revise, amend, correct, supplement, modify, or clarify their objections and responses to these Requests for Production except to the extent required by Federal Rule of Civil Procedure 26(e).

Plaintiff's objections and responses are made without in any way waiving or intending to waive, but on the contrary preserving and intending to preserve: all questions as to competency, relevancy, materiality, privilege, and admissibility as evidence for any purpose of the responses or subject matter thereof, in any subsequent proceeding in or the trial of this or any other action; the right to object on any ground to the use of said objections and responses, or the subject matter thereof, in any subsequent proceeding in or the trial of this or any other action; and the right to object on any ground at any time to other interrogatories, requests for production, requests for admission, or other discovery procedures involving or relating to the subject matter of these Requests for Production.

## RESPONSES

**INTERROGATORY NO. 1**: State exactly and in detail your version of how the alleged September 20, 2012 assault (hereinafter, the "Incident") on you occurred.

**RESPONSE TO INTERROGATORY NO. 1**: *Objection* – Plaintiff objects to Interrogatory No. 1 on the grounds that it is overly broad, unduly burdensome, and Defendants are in possession of various documents, reports, pleadings, and motions that directly address this request. Subject to and without waiving any objections, on the morning of September 20, 2012, Plaintiff checked his inmate orders given by the ADOC staff and saw that he was scheduled for his insulin shot at 5:00 P.M. Accordingly, Plaintiff was given leave to exit Unit 4 to travel across the large recreation field to the Medical Unit to receive his insulin shot. Plaintiff walked to Medical unaccompanied around 5:00 P.M. Between 5:05-

1   5:10 P.M., Plaintiff had received his insulin shot and began to walk back across the

2   recreation field towards Unit 4. Plaintiff was once again unaccompanied. Unbeknownst to

3   Plaintiff, an inmate disturbance began around the same time in Unit 3, to which corrections

4   officers were responding. Plaintiff eventually saw the rioters through the fences between

5   Unit 3 and the recreation field. At or around 5:13 P.M., Plaintiff saw several corrections

6   officers attempting to subdue rioters as he walked back to Unit 4. A brief moment later,

7   certain corrections officers, including Jasso, Runge, and Thompson approached the locked

8   gate between Unit 3 and the recreation field and opened it. A large group of African

9   American inmates rushed the field. Plaintiff began running towards the locked gate doors of

10   Unit 4 but was denied access to the building when he reached the gates. Plaintiff then

11   attempted to climb the fences to escape the rioters chasing after him, but he was pulled down

12   to the ground from the fence. Plaintiff does not recall the sequence of events from this point

13   forward.

14

15   **INTERROGATORY NO. 2**: State specifically and in detail the conduct of another party,

16   including former parties, or non-parties that you contend caused or contributed to the

17   Incident.

18   **RESPONSE TO INTERROGATORY NO. 2**: *Objection* – Plaintiff objects to

19   Interrogatory No. 2 on the grounds that it is overly broad, unduly burdensome, and

20   Defendants are in possession of various documents, reports, pleadings, and motions that

21   directly address this request. Subject to and without waiving any objections, Defendants

22   Baker, Puri, Pacheco, Runge, Jasso, Patrick, Luker, and Thompson had a duty to assure the

23   safety and well-being of Plaintiff Garcia while in their care, custody, and control. Among

24   other things, Defendants were aware or should have been aware of the security issues at the

25   prison, the possibility that a disturbance had been planned, and therefore should have acted

26   in a manner to reduce or eliminate the threat to safety to Plaintiff. Defendants' failure to

27   protect through acts and omissions was in willful, reckless, and malicious indifference to

28   Plaintiff's rights.

**INTERROGATORY NO. 3**: Describe in detail all injuries, whether physical, mental, or emotional, that you have experienced since the Incident and that you claim were caused, aggravated, or otherwise contributed to by the Incident.

**RESPONSE TO INTERROGATORY NO. 3**: *Objection* – Plaintiff objects to Interrogatory No. 3 on the grounds that it is overly broad and unduly burdensome. Plaintiff has timely disclosed Medical Reports and Images from Maricopa Integrated Health System (GARCIA_000184-232). Additionally, Defendant Corizon produced medical records from University Medical Center as part of its CIU Report Part One #2012-04068 (ADC/GARCIA 001181-001255).

Subject to and without waiving any objections, Plaintiff has been diagnosed with and suffers from depression, post-traumatic stress disorder (PTSD), anxiety (especially in large group settings) and panic attacks. Plaintiff has suffered and continues to suffer memory loss, causing him anger and frustration. Plaintiff cannot keep a train of thought.

**INTERROGATORY NO. 4**: For all injuries that you described in your response to the preceding interrogatory, please identify those injuries, which you consider to be permanent.

**RESPONSE TO INTERROGATORY NO. 4**: Plaintiff contends that the injuries denoted in Interrogatory No. 3, *supra*, are permanent and debilitating. See expert reports of Dr. Alan Block and Dawn Cook, R.N.

**INTERROGATORY NO. 5**: As to each medical practitioner who has examined or treated you for any of the injuries that you described your response to Interrogatory No. 3, state:

A.      The name, address, and specialty of each medical practitioner.

B.      The date of each examination or treatment.

C.      The physical, mental, or emotional condition for which each examination or treatment was performed.

**RESPONSE TO INTERROGATORY NO. 5**: *Objection* – Plaintiff objects to Interrogatory No. 5 on the grounds that it is overly broad, unduly burdensome, and Defendants are in possession of various documents, reports, pleadings, and motions that directly address this request. Subject to and without waiving any objections, since the time of his release from prison, Plaintiff has seen or continues to see the following care providers:

(1) Primary care provider; chronic care treatment
- Dr. Melissa Romero M.D., 33 W Tamarisk St, Phoenix, AZ 85041

(2) Social Security Psychiatrist
- Dr. Julio Ramirez PhD, 2331 E Osborn Rd, Phoenix, AZ 85016

(3) Mental Health Services
- Terros, 5801 N 51st Ave, Glendale, AZ 85301

(4) Vision
- Dr. Brian Mach M.D., 5620 W Thunderbird Rd, Glendale, AZ 85306

(5) Neurology
- Dr. Mark Merroto M.D., 2601 E Roosevelt St, Phoenix, AZ 85008

(6) Kidney
- Dr. Maher Mousa, 2601 E Roosevelt St, Phoenix, AZ 85008

(7) Naturopathic
- Dr. Graciela Rundle N.M.D., 6851 S Central Ave, Phoenix, AZ 85042

**INTERROGATORY NO. 6**: State as to each item of medical expense attributable to the Incident:

A.    The name and address of the person or organization paid or owed for the medical expense.

B.    The amount;

C.    The date of each item of expense (attach copies of the itemized bills, if desired).

D.    The person or organization who paid the medical expense.

E.    The condition for which you incurred the expense.

1  **RESPONSE TO INTERROGATORY NO. 6**: Plaintiff is in the process of obtaining

2  medical records since the time of his release and investigating any subrogation requirements.

3  Plaintiff will supplement his responses as more information becomes available. Plaintiff has

4  coverage through AHCCCS and receives Social Security benefits.

5

6  **INTERROGATORY NO. 7**: Will you incur medical expenses in the future as a result of the

7  Incident?  If so, state the amount of medical expenses which will be incurred in the future

8  and state in detail the knowledge and source upon which you rely in support of this belief.

9  **RESPONSE TO INTERROGATORY NO. 7**: See expert reports of Dr. Block and Dawn

10  Cook, R.N.

11

12  **INTERROGATORY NO. 8**: List each injury, symptom, or complaint mentioned in your

13  response to Interrogatory No. 3 from which you suffered at any time before the Incident.

14  **RESPONSE TO INTERROGATORY NO. 8**: Plaintiff presented to ADOC with no pre-

15  existing injuries, symptoms, or complaints, absent diagnosis of and care for diabetes and

16  high blood pressure.

17

18  **INTERROGATORY NO. 9**: For all injuries that you described in your response to the

19  preceding interrogatory, please identify those injuries, which you consider to be permanent.

20  **RESPONSE TO INTERROGATORY NO. 9**: N/A

21

22  **INTERROGATORY NO. 10**: Do you claim to have lost any time from gainful

23  employment as a result of the Incident?  If so, state:

24  A.      The specific condition, which you claim caused the loss of time.

25  B.      The amount of time lost.

26  C.      The rate of pay or compensation regularly received from each gainful employment.

27  D.      If you claim any damage as a result of the time lost, the total and your method of

28  computation.

**RESPONSE TO INTERROGATORY NO. 10**: *Objection* – Plaintiff objects to Interrogatory No. 10 as irrelevant. As a result of the assault and care (or lack thereof) received afterward, Plaintiff has permanent injuries that preclude employment.

Subject to and without waiving any objections, Plaintiff worked as an automotive mechanic at his family's service and repair shop. On average, Plaintiff received compensation of approximately $100/day. Plaintiff intended to return to work at the family business upon release from prison. This opportunity has been entirely foreclosed by the permanent and debilitating injuries caused by Defendants' constitutional violations and negligence.

**INTERROGATORY NO. 11**: If your answer to Interrogatory No. 10 is yes, list each job or position of employment including self-employment, held by you on the date of and since the Incident, stating as to each, the following:

A.    Name and address of employment.

B.    Date of commencement of and date of termination.

C.    Place of employment.

D.    Nature of employment and duties performed.

E.    Name and address of immediate supervisor.

F.    Rate of pay or compensation received.

**RESPONSE TO INTERROGATORY NO. 11**: N/A

**INTERROGATORY NO. 12**: Do you claim that your ability to engage in any type of gainful employment has been affected by the Incident. If so, state:

A.    The specific condition which limits your ability to engage in gainful employment.

B.    The economic loss caused by your inability to find gainful employment.

C.    Your method of computation for computing such loss.

1  **RESPONSE TO INTERROGATORY NO. 12**: *Objection* – Plaintiff objects to
2  Interrogatory No. 12 as irrelevant. As a result of the assault and care (or lack thereof)
3  received afterward, Plaintiff has permanent injuries that preclude employment.

4        Subject to and without waiving any objections, Plaintiff worked as an automotive
5  mechanic at his family's service and repair shop. On average, Plaintiff received
6  compensation of approximately $100/day. Plaintiff intended to return to work at the family
7  business upon release from prison. This opportunity has been entirely foreclosed by the
8  permanent and debilitating injuries caused by Defendants' constitutional violations and
9  negligence.

10

11  **INTERROGATORY NO. 13**: Identify each individual with whom you discussed the
12  Incident and/or the injuries that you allegedly suffered as a result of the Incident, including
13  but not limited to family, friends, inmates, and employees of the Arizona Department of
14  Corrections. For each such discussion identify the date, time and substance of the
15  conversation.

16  **RESPONSE TO INTERROGATORY NO. 13**: *Objection* – Plaintiff objects to
17  Interrogatory No. 13 as vague, overbroad, and unduly burdensome. Further, the
18  conversations that likely occurred with numerous individuals and entities, including but not
19  limited to those stated in the question, cannot be recalled by Plaintiff due to the injuries
20  sustained in the September 20, 2012 assault, including traumatic brain injuries.

21

22  **INTERROGATORY NO. 14**: State whether you declare under penalty of perjury that the
23  facts alleged in your Third Amended Complaint in this case dated June 5, 2017 and filed
24  June 23, 2017 are true and correct to your knowledge, information and belief.

25  **RESPONSE TO INTERROGATORY NO. 14**: Yes, and the responses to these
26  interrogatories are verified.

27

28  **INTERROGATORY NO. 15**: Identify any witnesses to the Incident.

1    **RESPONSE TO INTERROGATORY NO. 15**: *Objection* – Plaintiff objects to

2    Interrogatory No. 15 on the grounds that it is vague, overly broad, unduly burdensome, and

3    Defendants are in possession of various documents, reports, pleadings, and motions that

4    directly address this request. Subject to and without waiving any objections, Plaintiff refers

5    to documents disclosed by State Defendants, including but not limited to IR and CIU reports,

6    interview transcripts, medical records, and grievances.

7

8    **INTERROGATORY NO. 16**: List all schools that you attended, stating as to each, the

9    following:

10    A.      Name and address of school.

11    B.      Date of commencement of and date of termination of your attendance.

12    C.      Highest level of completion.

13    D.      Any degrees or certifications conferred.

14    **RESPONSE TO INTERROGATORY NO. 16**: Plaintiff attended the following schools:

15      (1) Sunland Elementary

16      (2) Greenfield Junior High

17      (3) South Mountain High School

18      (4) Rio Salado Community College (no degree)

19      (5) GED received in 1996

20

21    **INTERROGATORY NO. 17**: List all on-line or correspondence courses in which you

22    participated, stating as to each, the following:

23    A.      Name and address of school.

24    B.      Date of commencement of and date of termination of your participation.

25    C.      Highest level of completion.

26    D.      Any degrees or certifications conferred.

27    **RESPONSE TO INTERROGATORY NO. 17**: Plaintiff received basic job skills and re-

28    entry courses prior to his release from prison.

1

2   **INTERROGATORY NO. 18**: List each job or position of employment including self-

3   employment, held by you before the Incident, stating as to each, the following:

4   A.     Name and address of employment.

5   B.     Date of commencement of and date of termination.

6   C.     Place of employment.

7   D.     Nature of employment and duties performed.

8   E.     Name and address of immediate supervisor.

9   F.     Rate of pay or compensation received.

10   **RESPONSE TO INTERROGATORY NO. 18**: *Objection* – Plaintiff objects to

11   Interrogatory No. 18 on the grounds that it is unduly burdensome and irrelevant. Subject to

12   and without waiving any objections, Plaintiff worked in the family car repair and service

13   shop business, Chavez Lube Service. Plaintiff worked evenings for Century Link fleet

14   service. Plaintiff performed various car care services including but not limited to oil changes,

15   brakes, wiper blades, radiators, batteries, lights, suspension, tires, and transmission services.

16   Plaintiff was paid daily depending on the nature if his work, but received average

17   compensation for $100/day.

18

19   **INTERROGATORY NO. 19**: List each place in which you have resided since your last

20   release from the Arizona State Prison system, stating as to each, the following:

21   A.     Physical and mailing address.

22   B.     Date of commencement of and date of termination of your residence.

23   C.     Whether you owned or rented.

24   D.     Amount of monthly rent or mortgage payments.

25   E.     Name and address of holder of any mortgage or deed of trust on any property owned

26   by you, and of any owner and landlord of any other property.

27   **RESPONSE TO INTERROGATORY NO. 19**: Plaintiff has resided at the following

28   addresses since his release from prison:

(1) 4243 W Roeser Road, Phoenix, AZ 85040 – Clemente Garcia

- Date of release thru following July 2017; rent $800/month

(2) 313 W Jones Ave, Phoenix, AZ 85041 – Ray Guajardo

- July 2017 thru January 2018; rent $570/month

(3) 102 W Chambers St, Phoenix, AZ 85041 - John Ernster

- January 2018 – Present; rent $700/month


**RESPECTFULLY SUBMITTED** this 10th day of September 2018.


MILLS + WOODS LAW, PLLC


By  /s/ *Sean A. Woods*

Robert T. Mills
Sean A. Woods
Jordan C. Wolff
5055 North 12th Street, Suite 101
Phoenix, AZ  85014
*Attorneys for Plaintiff*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**VERIFICATION**

I, David Garcia, am the Plaintiff in this matter and am competent to make this Verification. I have read the foregoing "Response to Interrogatories" and know the contents thereof. The statements contained therein are true to the best of my knowledge, information, and belief.

**DATED** this 10th day of September 2018.

David Garcia