EXHIBIT C

MARK BRNOVICH
Attorney General

Michelle C. Lombino
Assistant Attorney General
State Bar No. 016252
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-8170
Fax:  (602) 542-7670
E-mail: michelle.lombino@azag.gov

*Attorneys for Defendants Jasso, Pacheco and Thompson*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David M. Garcia, | No.  CV 13-01591-PHX-DJH (DMF) |
| Plaintiff, | |
| | **DECLARATION OF MINERETTE** |
| v. | **JASSO** |
| Charles Ryan, et al., | |
| Defendants. | |

I, MINERETTE JASSO, hereby state and declare, under penalty of perjury, that the following information is true to the best of my knowledge, information and belief:

1.      I am employed by the Arizona Department of Corrections ("ADC") as a Lieutenant.

2.      I am competent to testify as to the matters contained herein and make this Declaration based upon my personal knowledge.

3.      On September 20, 2012, I was a CO II at ADC and was stationed as a Yard 3 officer at ASPC-Tucson, Santa Rita Unit.

4.      During my shift, there was a disturbance that affected all four yards of the Santa Rita Unit.

1    5.    I did not know who David Garcia was before the September 20, 2012

2  disturbance.

3    6.    During the disturbance, I did not know David Garcia's location.

4    7.    I did not know any inmates would be walking from medical to Yard 4 at any

5  point in time while the disturbance was active.

6    8.    I only became aware there were inmates in the recreation field after I had

7  exited Yard 3.

8    9.    For my efforts during the September 20, 2012 disturbance within the Santa

9  Rita Unit, I received a Life Saving Award (attached to this Declaration as **Attachment 1**), a

10  Certificate of Commendation from the ADC (attached to this Declaration as **Attachment 2**)

11  and a personal letter of appreciation from Governor Jan Brewer (attached to this Declaration

12  as **Attachment 3**).

1    I declare under penalty of perjury that the foregoing is true and correct.

2    Executed this _7_ day of May, 2019.

3

4

5    Minerette Jasso

6    #7870277

# ATTACHMENT 1

11-24-2012

To: C.O.II Minerette Jasso
From : Sgt. Mark Quintero
Ref: Life Saving Award


    Officer Jasso:
           I wish to express my sincere gratitude for your actions during the Major Disturbance on Santa Rita's Yard. To say I am proud of you would be an understatement, I am very glad to see the Department of Corrections Award you and Sgt. Thompson with the Life Saving Award. I am also proud of the fact that at one time, I was your supervisor, at that time I could see your Drive and Work Ethic and dedication would open doors for you. I only wish this Department had more Officer's with your Commitment to Excellence. I also need you to know that this Sergeant Salute's you for a job well done.

Sgt. Mark Quintero

ADC/GARCIA 013420

**ATTACHMENT 2**

ADC/GARCIA 016419



# Certificate of Commendation

— is hereby presented to —

## Minerette Jasso

ASPC–Tucson/Santa Rita Unit

For exceptional performance by the unit

On September 20, 2012, a fight occurred involving nearly 300 inmates at the Santa Rita Unit of ASPC–Tucson. Staff responded immediately to the disturbance and quickly locked down the Unit. Two staff members and eleven inmates were transported to local hospitals and treated for injuries sustained during the fight. Following the initial incident, staff worked together to support each other to get the Unit back to normal operations. Many employees worked incredible hours during this recovery period, often having to be forced to go home by their supervisors. Their outstanding performance of duty and professionalism reflects greatly upon themselves, the Arizona Department of Corrections and the great State of Arizona.

Charles L. Ryan, Director
December 13, 2012

**ATTACHMENT 3**



## STATE OF ARIZONA

JANICE K. BREWER
GOVERNOR

EXECUTIVE OFFICE

January 24, 2013

Correctional Officer Minnerette Jasso
Arizona Department of Corrections
1601 West Jefferson Street
Phoenix, Arizona 85007

Dear Officer Jasso:

On behalf of the citizens of the state of Arizona, I would like to express my sincerest appreciation for your brave and heroic efforts during what must have been a frightening situation on September 20, 2012.  Your initiation of the Incident Command System followed by your quick actions to bring four seriously injured inmates into a safe location helped to get the situation under control and saved lives.

Your decision to disregard your own safety for the safety of others is admirable.

The bravery and good judgment you displayed throughout this dangerous situation are truly an inspiration and deserving of the Department's Lifesaving Award.  You have my sincerest appreciation for your outstanding response to this situation.

I am relieved to hear that the injury to your arm has mended.

Congratulations for a job well done, and thank you for your dedicated service to the great State of Arizona.

Sincerely,

Janice K. Brewer
Governor

1700 WEST WASHINGTON STREET, PHOENIX, ARIZONA 85007
602-542-4331 • FAX 602-542-7602

ADC/GARCIA013441