# EXHIBIT E

MARK BRNOVICH
Attorney General

Michelle C. Lombino
Assistant Attorney General
State Bar No. 016252
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-8170
Fax: (602) 542-7670
E-mail: michelle.lombino@azag.gov

*Attorneys for Defendants Jasso, Pacheco and Thompson*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

David M. Garcia,

Plaintiff,

v.

Charles Ryan, et al.,

Defendants.

No. CV 13-01591-PHX-DJH (DMF)

**DECLARATION OF IAN THOMPSON**

I, Ian Thompson, hereby state and declare, under penalty of perjury, that the following information is true to the best of my knowledge, information and belief:

1. I was employed by the Arizona Department of Corrections ("ADC") in 2002 and 2003, and again from approximately 2009 to August, 2017.

2. I am competent to testify as to the matters contained herein and make this Declaration based upon my personal knowledge.

3. On September 20, 2012, I was a Sergeant at ADC posted to ASPC-Tucson, Santa Rita Unit, and a member of ADC's tactical support unit ("TSU").

4. During my shift, there was a disturbance among two to three hundred inmates that affected all four yards of the Santa Rita Unit.

5. I did not know who David Garcia was before the September 20, 2012 disturbance.

6. For my efforts during the September 20, 2012 disturbance within the Santa Rita Unit, I received a Life Saving Medal from ADC (attached to this Declaration as **Attachment 1**) for carrying Garcia off the field and to the medical unit that day, and a personal letter of appreciation from Governor Jan Brewer (attached to this Declaration as **Attachment 2**).

7. I received a second Life Saving Medal from ADC (attached to this Declaration as **Attachment 3**) in 2016, when I performed the Heimlich maneuver on a cadet in COTA who was choking during lunch.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of May, 2019.

Ian Thompson

#7877628



Scanned by CamScanner

# ATTACHMENT 1

Scanned by CamScanner

ADC/GARCIA013416

CORRECTIONS

ADC

# Life Saving Medal

*is hereby presented to*

## Ian Thompson

***In recognition of your distinguished conduct while rendering life saving measures in the line of duty.***

*On September 20, there was a disturbance at the Santa Rita Unit involving approximately 200-250 inmates. Sgt. Ian Thompson saw three inmates kicking another inmate and charged towards them. The attackers fled and Sgt. Thompson picked up the injured and unconscious inmate and carried him, on his back, to the Health Unit, approximately 250 yards away. Health Unit staff began life saving measures on the inmate, who would likely have been killed if not for Sgt. Thompson's quick actions. Sgt. Thompson's extraordinary performance of duty reflects greatly upon himself, the Arizona Department of Corrections and the great State of Arizona.*

Charles L. Ryan, Director

December 13, 2012

# ATTACHMENT 2



STATE OF ARIZONA

JANICE K. BREWER
GOVERNOR

EXECUTIVE OFFICE

January 24, 2013

Sergeant Ian Thompson
Arizona Department of Corrections
1601 West Jefferson Street
Phoenix, Arizona 85007

Dear Sergeant Thompson:

On behalf of the citizens of the state of Arizona, I would like to express my sincerest appreciation for your brave and heroic efforts during what must have been a frightening situation on September 20, 2012. I was told your immediate response to a dangerous and sudden situation helped to save lives.

Your decision to disregard your own safety for the safety of others is admirable. Your actions to carry the seriously injured and unconscious inmate to the health unit, despite the significant risk to your own safety, are an inspiration to all.

The bravery and good judgment you displayed throughout this dangerous situation are truly deserving of the Department's Lifesaving Award. You have my sincerest appreciation for your outstanding response to this situation.

Congratulations for a job well done, and thank you for your dedicated service to the great State of Arizona.

Sincerely,

Janice K. Brewer

Janice K. Brewer
Governor

1700 WEST WASHINGTON STREET, PHOENIX, ARIZONA 85007
602-542-4331 • FAX 602-542-7602

Scanned by CamScanner

# ATTACHMENT 3

Scanned by CamScanner
ADC/GARCIA013418

CORRECTIONS
ADC

# Life Saving Medal

*is hereby presented to*

# Ian Thompson

***In recognition of your distinguished conduct while rendering life saving measures in the line of duty.***

*On March 10, 2016 a COTA cadet began to choke during lunch. Sergeant Thompson noticed the cadet grasping at his throat and pulled the cadet from his seat to begin applying the Heimlich maneuver. He continued this for several times, until the object was expelled and the cadet was able to breathe again. Sergeant Thompson's outstanding professionalism reflects greatly upon himself, the Arizona Department of Corrections and the great State of Arizona.*

Charles L. Ryan, Director
December 9, 2016