Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
Jordan C. Wolff (Arizona Bar #034110)
Scott Griffiths (Arizona Bar #028906)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| David M. Garcia,<br><br>    Plaintiff,<br><br>vs.<br><br>Charles L. Ryan, et al,<br><br>    Defendants. | Case No.: 2:13-cv-1591-DJH (DMF)<br><br>**NOTICE OF SETTLEMENT**<br><br>(Assigned to the Hon. Diane J. Humetewa) |

Pursuant to AZ R USDCT LRCiv 40.2, Plaintiff hereby gives notice, by and through undersigned counsel, that Plaintiff and Defendant Corizon Health, Inc. have reached a settlement in connection with this matter concerning all health care claims related to Corizon's time period of care. The parties will submit appropriate dismissal documents to the Court upon completion of all settlement logistics.

**RESPECTFULLY SUBMITTED** this 1st day of July 2019.

**MILLS + WOODS LAW, PLLC**


By    /s/ Sean A. Woods
    Robert T. Mills
    Sean A. Woods
    Jordan C. Wolff
    Scott Griffiths
    5055 North 12th Street, Suite 101
    Phoenix, AZ 85014
    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Anthony J. Fernandez
Dustin A. Christner
Alyssa R. Illsey
**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
2390 E. Camelback Road, Suite 440
Phoenix, Arizona 85016
*Attorneys for Defendants Corizon Health, Inc.,*
*Smalley, Ende, Riaz, Rojas, Lewis, Tucker*

Mark Brnovich, Attorney General
Michelle Lombino, Assistant Attorney General
**OFFICE OF THE ATTORNEY GENERAL**
2005 N. Central Avenue
Phoenix, Arizona 85004
*Attorneys for Defendants Charles Ryan, J. Kokemor,*
*C. Thomas, Robert Runge, Mitchell Petrick, COIII*
*McCutcheon, Minerette Jasso, Martin Pacheco,*
*Ian Thompson, Chris Moody, Ashis Puri, and Randy Luker*

Kevin C. Nicholas
Michael B. Smith
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012
*Attorneys for Defendant Thomas Rawa, M.D.*

/s/Elisabeth A. Small