SKC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David M. Garcia, | No. CV-13-01591-PHX-DJH (DMF) |
| Plaintiff, | **ORDER** |
| v. | |
| Charles L. Ryan, et al., | |
| Defendants. | |

Pending before the Court are Defendant Thomas Rawa, M.D.'s Motion for Summary Judgment (Doc. 290) and Defendants Corizon Health, Inc. ("Corizon"), Smalley, Ende, Rojas, Lewis, and Tucker's ("Corizon Defendants") Motion for Summary Judgment (Doc. 292).[1]

The Court will deny as moot Defendant Rawa's Motion for Summary Judgment and will require Plaintiff to clarify the status of settlement negotiations with Corizon and/or Corizon Defendants before ruling on Corizon Defendants' Motion for Summary Judgment.

**I.    Defendant Rawa**

After Defendant Rawa filed his Motion for Summary Judgment, Plaintiff and Defendant Rawa filed a Stipulation of Dismissal (Doc. 301), and the Court approved the

---

[1] Also pending are Defendants Jasso, Pacheco, and Thompson's Motion for Summary Judgment (Doc. 297) and Plaintiff's Cross Motion for Partial Summary Judgment as to Count Three of the Third Amended Complaint (Doc. 299), which the Court will address by separate Order.

Stipulation and dismissed Defendant Rawa from this action with prejudice. (Doc. 302). Because Defendant Rawa is no longer a defendant in this action, the Court will deny as moot his Motion for Summary Judgment.

**II.     Corizon Defendants**

Corizon Defendants filed their Motion for Summary Judgment on May 17, 2019, and Plaintiff did not file a response. Instead, on July 1, 2019, Plaintiff filed a Notice of Settlement, informing the Court that Plaintiff and Corizon Health, Inc. had reached a settlement "concerning all health care claims related to Corizon's time period of care" and that "[t]he parties will submit appropriate dismissal documents to the Court upon completion of all settlement logistics." (Doc. 312 at 1.) Plaintiff's Notice did not make clear whether "all health care claims related to Corizon's time period of care" pertained only to the claims against Corizon Health, Inc., as an entity, or if it also included all health care claims from the same time period against all of the individually named Corizon Defendants. Additionally, in the two months since Plaintiff filed the Notice of Settlement, the parties have not filed any stipulations of dismissal or apprised the Court of the status of their settlement agreement.

Because a settlement may moot all or part of Corizon Defendants' Motion for Summary Judgment, the Court will require Plaintiff, within 5 days of this Order, either to file a stipulation of dismissal of Corizon and any Corizon Defendants subject to the settlement noticed to the Court on July 1, 2019 or file a notice informing the Court of the status of that settlement.

**IT IS ORDERED**:

(1)     The reference to the Magistrate Judge is withdrawn as to Defendant Rawa's Motion for Summary Judgment (Doc. 290), and the Motion is **denied as moot**.

. . . .

. . . .

. . . .

(2)     Within **5 days** of this Order, Plaintiff must either file a **stipulation of dismissal** of Corizon and any individually named Corizon Defendants subject to the settlement noticed to the Court on July 1, 2019 **or** file a **notice** informing the Court of the status of that settlement.

Dated this 6th day of September, 2019.

Honorable Diane J. Humetewa
United States District Judge